# In the United States Court of Federal Claims

**01-249C**

**Filed: April 8, 2004**

**TENNESSEE VALLEY AUTHORITY,**

**v.**

**THE UNITED STATES**

**Transcript of Proceedings (1 Volume) Taken at Washington, DC**
**on April 2, 2004 Before Judge Charles F. Lettow**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.