IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 01-249-C

(Filed: July 9, 2004)

| | |
|---|---|
| TENNESSEE VALLEY AUTHORITY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

SCHEDULING ORDER

This Scheduling Order draws upon the parties' Joint Status Report, submitted on July 2, 2004. The Court adopts the parties' proposed pre-trial schedule in large part with the alterations set forth below. The events set forth in the following schedule shall occur on or before the specified dates:

| Event | Date |
|---|---|
| submission of damages report by TVA for fiscal year 2004 | December 1, 2004 |
| submission of expert reports by TVA | December 1, 2004 |
| submission of expert reports by defendant | February 15, 2005 |
| conclusion of depositions of plaintiff's experts | February 15, 2005 |
| conclusion of depositions of defendant's experts | April 15, 2005 |
| close of discovery | April 15, 2005 |
| submission of TVA's and defendant's witness and exhibit lists | April 29, 2005 |

| | |
|---|---|
| submission of TVA's Memorandum of Facts and Law and any supplemental witness and exhibit lists | May 13, 2005 |
| submission of defendants's Memorandum of Facts and Law and any supplemental witness and exhibit lists | June 10, 2005 |
| submission of motions *in limine* by either party | May 13, 2005 |
| submission of responses to motions *in limine* | May 27, 2005 |
| pretrial conference | June 13, 2005 at 9:30 a.m. |
| trial commencement | June 20, 2005 at 9:30 a.m. |

The pretrial conference to be held on June 13, 2005, commencing at 9:30 a.m., shall be held at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The particular courtroom to be used will be designated in a posting made in the lobby of the building.

A portion of the trial may be held in Knoxville, Tennessee, with the remainder in Washington, DC. The parties shall file a joint status report on or before February 1, 2005, that addresses proposals for the place of trial. In that report, the parties shall provide a preliminary estimate of the time required for the trial.

The parties shall file a joint status report on or before May 5, 2005, that provides a final estimate of the time required for trial.

Any further submission of dispositive motions by the parties is strongly discouraged.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge