No. 01-249C
(Judge Lettow)

---

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TENNESSEE VALLEY AUTHORITY,

Plaintiff,

v.

UNITED STATES,

Defendant.

---

## DEFENDANT'S MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 2, 2004 ORDER

---

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D. C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

SONIA M. ORFIELD
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20585

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

August 10, 2004