# TABLE OF CONTENTS

PAGE(S)

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

I. STANDARD OF REVIEW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

II. THE PORTIONS OF THE COURT'S JUNE 2, 2004 DECISION AT ISSUE . . . 1

III. THE COURT SHOULD RECONSIDER ITS RULING THAT TVA CAN RECOVER DAMAGES INCURRED PRIOR TO THE PARTIAL BREACH OF CONTRACT UNDER A "MITIGATION" THEORY . . . . . . . . . . 3

A. Because TVA Is Not Claiming Damages Incurred Prior To January 31, 1998, The Court Need Not Rule Upon TVA's Right To Recover Damages Incurred Prior To That Date . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

B. Because It Seeks Continued Performance Of The Standard Contract, TVA, To The Extent It Seeks Pre-Breach Damages, Would Not Be Able To Recover Damages For Costs That It Incurred Prior To The Department Of Energy's Partial Breach Of The Contract . . . . . . . . . . . . . 3

1. A Claim For Partial Breach Of Contract Differs From A Claim For A Total Breach . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

2. Under A Partial Breach Claim, A Plaintiff Cannot Rely Upon An Anticipatory *Partial* Repudiation Theory To Recover Damages That Precede The Actual Partial Breach . . . . . 5

3. TVA Cannot Circumvent The Legal Bar To Recovery Of Its Pre-Breach Damages By Formulating Them As Costs Incurred In The Exercise Of Its Duty Of Mitigation . . . . . . . . . . 12

IV. THE COURT SHOULD RECONSIDER ITS RULING, ISSUED PRIOR TO DISCOVERY UPON CAUSATION ISSUES, THAT TVA'S CONSTRUCTION OF DRY STORAGE FACILITIES WAS CAUSED BY DOE'S PARTIAL BREACH . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

# TABLE OF AUTHORITIES

CASES PAGE(S)

Ammex, Inc. v. United States,
52 Fed. Cl. 555 (2002) . . . . . . . . . . 1

Apex Pool Equipment Corp. v. Lee,
419 F.2d 556 (2d Cir. 1969) . . . . . . . . . . 9

Barron Bancshares, Inc. v. United States,
53 Fed. Cl. 310 (2002) . . . . . . . . . . 5

Chain Belt Co. v. United States,
127 Ct. Cl. 38, 115 F. Supp. 701 (1953) . . . . . . . . . . 15, 16

Cities Service Helix, Inc. v. United States,
211 Ct. Cl. 222, 543 F.2d 1306 (1976) . . . . . . . . . . 4, 11

City of Fairfax, Va. v. Washington Metropolitan Area Transit Authority,
582 F.2d 1321 (4th Cir. 1978), cert. denied, 440 U.S. 914 (1979) . . . . . . . . . . 8

Coconut Grove Entm't, Inc. v. United States,
46 Fed. Cl. 249 (2000) . . . . . . . . . . 1

Danzig v. AEC Corp.,
224 F.3d 1333 (Fed. Cir. 2000) . . . . . . . . . . 6

Dittmore-Freimuth Corp. v. United States,
390 F.2d 664 (Ct. Cl. 1968) . . . . . . . . . . 13

Dunkin Donuts of America, Inc. v. Minerva, Inc.,
956 F.2d 1566 (11th Cir. 1992) . . . . . . . . . . 11

Fawick Corp. v. United States,
149 Ct. Cl. 623 (1960) . . . . . . . . . . 17

Franconia Associates v. United States,
536 U.S. 129 (2002) . . . . . . . . . . 6, 7, 11

Fru-Con Construction Corp. v. United States,
44 Fed. Cl. 298 (1999) . . . . . . . . . . 1

Hanson Bancorp, Inc. v. United States,
53 Fed. Cl. 92 (2002) . . . . . . . . . . 4

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

Hess Energy, Inc. v. Lightning Oil Co.,
338 F.3d 357 (4th Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Indiana Michigan Power Co. v. United States,
60 Fed. Cl. 639 (2004), appeal pending, No. 04-5122 (Fed. Cir. docketed
July 26, 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 15, 16

Lovink v. Guilford Mills, Inc.,
878 F.2d 584 (2d Cir. 1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Lucente v. International Bus. Machines Corp.,
310 F.3d 243 (2d Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 8, 16

Middleton v. United States,
175 Ct. Cl. 786 (1966) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Olin Jones Sand Co. v. United States,
225 Ct. Cl. 741 (1980) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

PVI, Inc. v. Ratiopharm,
253 F.3d 320 (8th Cir. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Pinewood Realty Ltd. Partnership v. United States,
223 Ct. Cl. 98, 617 F.2d 211 (1980) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 11

Reynolds v. United States,
141 Ct. Cl. 211, 158 F. Supp. 719 (1958) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Robinson v. United States,
305 F.3d 1330 (Fed. Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Roboserve, Inc. v. Kato Kagaku Co.,
78 F.3d 266 (7th Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Roehm v. Horst,
178 U.S. 13 (1900) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

TABLE OF AUTHORITIES (cont'd)

CASES PAGE(S)

S&R Corp. v. Jiffy Lube International, Inc.,
968 F.2d 371 (3d Cir. 1992) . . . . . . . . . . 3

San Carlos Irrigation & Drainage District v. United States,
23 Cl. Ct. 276 (1991), aff'd, 111 F.3d 1557 (Fed. Cir. 1997) . . . . . . . . . . 3

Sharma v. Skaarup Ship Management Corp.,
916 F.2d 820 (2d Cir. 1990) . . . . . . . . . . 6

Spartan Aircraft Co. v. United States,
120 Ct. Cl. 327, 100 F. Supp. 171 (1951) . . . . . . . . . . 17

Tretchick v. Department of Transportation,
109 F.3d 749 (Fed. Cir. 1997) . . . . . . . . . . 6

United States v. Dekonty Corp.,
109 F.3d 749 (Fed. Cir. 1991) . . . . . . . . . . 7

Wisconsin Power & Light Co. v. Century Indemnity Co.,
130 F.3d 787 (7th Cir.1997) . . . . . . . . . . 7

Yuba Natural Resources, Inc. v. United States,
904 F.2d 1577 (Fed. Cir. 1990) . . . . . . . . . . 1

MISCELLANEOUS

4 A. Corbin, Corbin on Contracts § 972 (1951) . . . . . . . . . . 8

Restatement (Second) of Contracts § 236 (1981) . . . . . . . . . . 8

Restatement (Second) of Contracts § 253 (1981) . . . . . . . . . . 7, 8, 15

Restatement (Second) of Contracts § 350 (1981) . . . . . . . . . . 13