IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 01-249-C

(Filed: January 28, 2005)

| | |
|---|---|
| TENNESSEE VALLEY AUTHORITY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is Defendant's Motion for an Enlargement of Time for the Submission of Expert Reports by Defendant, filed January 19, 2005. The court will hold a telephonic hearing to address this motion on February 3, 2005, commencing at 3:30 p.m. The court will initiate the call.

In the circumstances, the court requests that plaintiff respond to the motion by filing a submission on or before 5:00 p.m. on February 2, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge