IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 01-249-C

(Filed: February 4, 2005)

TENNESSEE VALLEY AUTHORITY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Motion for an Enlargement of Time for the Submission of Expert Reports by Defendant, filed on January 19, 2005. Plaintiff filed a response to this motion on February 2, 2005, and the court held a hearing to address the motion on February 3, 2005. For good cause shown, defendant's motion to enlarge is GRANTED IN PART AND DENIED IN PART. Defendant's motion to enlarge the deadline for its submission of expert reports by six weeks is granted. This court's scheduling order of July 9, 2004 is hereby amended as follows:

| Event | Original Deadline | Revised Deadline |
|---|---|---|
| Submission of damages report by TVA for fiscal year 2004 | December 1, 2004 | December 1, 2004 |
| Submission of expert reports by TVA | December 1, 2004 | December 1, 2004 |
| Submission of expert reports by defendant | February 15, 2005 | March 29, 2005 |
| Conclusion of depositions of plaintiff's experts | February 15, 2005 | February 15, 2005 |
| Conclusion of depositions of defendant's experts | April 15, 2005 | April 29, 2005 |

| | | |
|---|---|---|
| Close of discovery | April 15, 2005 | April 29, 2005 |
| Submission of TVA's and defendant's witness and exhibit lists | April 29, 2005 | April 29, 2005 |
| Submission of TVA's Memorandum of Facts and Law and any supplemental witness and exhibit lists | May 13, 2005 | May 27, 2005 |
| Submission of defendants's Memorandum of Facts and Law and any supplemental witness and exhibit lists | June 10, 2005 | June 10, 2005 |
| Submission of motions *in limine* by either party | May 13, 2005 | May 13, 2005 |
| Submission of responses to motions *in limine* | May 27, 2005 | May 27, 2005 |
| Pretrial conference | June 13, 2005, at 9:30 a.m. | June 13, 2005 at 9:30 a.m. |
| Trial commencement | June 20, 2005 at 9:30 a.m. | June 21, 2005 at 9:30 a.m. |

The pretrial conference and the portions of the trial in Washington, D.C. shall be held at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The particular courtroom to be used will be designated in a posting made in the lobby of the building.

The court has tentatively set the following schedule for trial in this case. For the convenience of witnesses, pursuant to 28 U.S.C. §§ 173, 2503(c), and 2505, trial will be held in part in Chattanooga, Tennessee on June 21-24, 27-30, 2005, and July 1, 2005 (9 trial days, plus a tenth trial day for site visits). The parties may arrange site visits either for Saturday, June 25, 2005 or Saturday, July 2, 2005, as the parties may agree. The remainder of the trial will be held in Washington, D.C. on July 8, 11-15, and 18-20, 2005 (9 trial days). Each side will have forty-seven hours to present its case. This time limit does not include opening statements, questions posed by the court, arguments on evidentiary motions, or housekeeping details.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge