IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TENNESSEE VALLEY AUTHORITY<br>Plaintiff<br><br>v.<br><br>UNITED STATES<br>Defendant | No. 01-249-C<br>Judge Lettow |

JOINT MOTION FOR A ONE-WEEK ENLARGEMENT OF TIME FROM APRIL 29, 2005 TO MAY 6, 2005 WITHIN WHICH TO EXCHANGE WITNESS AND EXHIBIT LISTS

Plaintiff Tennessee Valley Authority and Defendant United States hereby move the Court for a one-week enlargement of time from April 29, 2005 to May 6 2005, within which to exchange the witness and exhibit lists required by the Court's February 4, 2005 ORDER. As grounds for the motion, the parties state that the conclusion of discovery is scheduled for April 29, 2005, that the parties are concluding general discovery matters as well as the depositions of expert witnesses during the last two weeks of April, that the final expert deposition is not scheduled to be concluded until April 28 in Washington, D.C., that the one-week enlargement to the pretrial schedule for

the exchange of witness and exhibit lists will not impact any other date in the Court's scheduling order, and that the extra time will allow the parties to provide more definitive lists.

This 19th day of April, 2005.

Respectfully submitted by the parties,

Maureen H. Dunn
General Counsel

Edwin W. Small
Assistant General Counsel

S/Peter K. Shea

Peter K. Shea,
Senior Attorney/Attorney of Record
Telephone 865-632-7319

Office of the General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Facsimile 865-632-6718

Peter D. Keisler
Assistant Attorney General

David M. Cohen
Director

S/Harold D. Lester, Jr. (by permission)

Harold D. Lester, Jr.
Assistant Director

S/Sonia M. Orfield (by permission)

Sonia M. Orfield, Esq.
Trial Attorney/Attorney of Record
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0534
Fax: (202) 307-2503