IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 01-249-C

(Filed: April 20, 2005)

| | |
|---|---|
| TENNESSEE VALLEY AUTHORITY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is the parties' Joint Motion for a One-Week Enlargement of Time from April 29, 2005 to May 6, 2005 Within Which to Exchange Witness and Exhibit Lists, filed on April 19, 2005. The parties are currently scheduled to exchange witness and exhibit lists on April 29, 2005. They seek an additional seven days in which to exchange these documents.

For good cause shown, the parties' motion is GRANTED. This court's scheduling order of July 9, 2004, as amended on February 4, 2005, is further amended such that the parties shall exchange their witness and exhibit lists on or before May 6, 2005. The scheduling order is otherwise unchanged.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge