IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TENNESSEE VALLEY AUTHORITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-249C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S EXHIBIT LIST

Pursuant to the Court's order filed February 4, 2005, defendant submits the attached exhibit list.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

SONIA M. ORFIELD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0534
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

ALAN LO RE
Senior Trial Attorney

KEVIN B. CRAWFORD
SHARON A. SNYDER
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

May 6, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that, on this 6th day of May 2005, a copy of the foregoing "Defendant's Exhibit List," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sonia M. Orfield

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0001 | TVA051169 | TVA051169 | Unit O - Location of Structures - Browns Ferry Nuclear | 10/17/1980 |
| | 0002 | TV 1378 | TV 1426 | Letter from James J. Fiore, DOE, to Ray Hoskins, TVA, enclosing draft version of contract for disposal of spent | 06/03/1982 |
| | 0003 | TV 1365 | TV 1376 | Letter from Larry Hobart, American Public Power Association, to Charles Dean, TVA, enclosing parts of a | 01/12/1983 |
| | 0004 | TV 1317 | TV 1359 | Letter from S.P. Kraft, Edison Electric Institute, to Robert Mullin, TVA, enclosing EEI mark-up of draft contract | 01/24/1983 |
| | 0005.00 | ARC0010001 | ARC0010055 | Administrative Record-Standard Contract: Public Hearing on the Standard Contact for Disposal of Spent Nuclear Fuel | 03/03/1983 |
| | 0005.001 | ARC0010056 | ARC0010070 | Federal Register Notice Part IV re: Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level | 02/04/1983 |
| | 0005.002 | ARC0010071 | ARC0010090 | Federal Register Notice Part II re: Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level | 04/18/1983 |
| | 0005.003 | ARC0010091 | ARC0010101 | Response to request for comments on Standard Contract for Disposal of SNF and/or HLW | 02/04/1983 |
| | 0005.004 | ARC0010102 | ARC0010120 | Letter from Hunton & Williams to NWPA-Project Office, DOE | 02/08/1983 |
| | 0005.005 | ARC0010121 | ARC0010125 | Letter from Southern California Edison Company to NWPA-Project Office re: Contract for Disposal of SNF | 02/07/1983 |
| | 0005.006 | ARC0010126 | ARC0010136 | Letter from H.B. Tucker, Duke Power Company, to NWPA-Project Office re: Contract for Disposal of SNF | 02/08/1983 |
| | 0005.007 | ARC0010137 | ARC0010137 | Letter from the Virginia State Corporation Commission Division of Energy Regulation to NWPA - Project Office re: | 02/17/1983 |
| | 0005.008 | ARC0010138 | ARC0010140 | Letter from San Diego Gas & Electric to NWPA-Project Office re: Request for Comments on Standard Contract - | 02/24/1983 |
| | 0005.009 | ARC0010141 | ARC0010148 | Statement before the Public Hearing on DOE's Draft | 03/03/1983 |
| | 0005.010 | ARC0010149 | ARC0010156 | Statement of E. Linn Draper, Jr., Senior Vice President-External Affairs Gulf States Utilities Company on behalf of | No Date |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0005.011 | ARC0010157 | ARC0010163 | Public Hearing Comments from Dr. William M. Jacobi, General Manager, Nuclear Fuel Division, Westinghouse | 03/03/1983 |
| | 0005.012 | ARC0010164 | ARC0010168 | Letter from D. H. Peterson, Northern State Power Co., to NWPA-Project Office re: Comments on the Draft Waste | 03/03/1983 |
| | 0005.013 | ARC0010169 | ARC0010175 | Omaha Public Power District's Comments concerning draft standard contract for the disposal of SNF. | No Date |
| | 0005.014 | ARC0010176 | ARC0010187 | Letter from the Cincinnati Gas & Electric Company re: Notice of Proposed Rulemaking on standard contract for | 03/04/1983 |
| | 0005.015 | ARC0010188 | ARC0010206 | Comments by Consumers Power Company on Contract for disposal of SNF | No Date |
| | 0005.016 | ARC0010207 | ARC0010211 | Letter from H.L. Brey, Public Service Company of Colorado to NWPA-Project Office re: Proposed standard contract for | 03/03/1983 |
| | 0005.017 | ARC0010212 | ARC0010224 | Comments from the Cleveland Electric Illuminating Company re: Contract for disposal of SNF and/or High-Level | 03/04/1983 |
| | 0005.018 | ARC0010225 | ARC0010235 | Comments from the Gulf States Utility re: Standard Contract for disposal of SNF and/or High-Level Radioactive Waste | No Date |
| | 0005.019 | ARC0010236 | ARC0010239 | Comments by Wisconsin Public Service Corporation; Contract for the disposal of SNF and/or High Level | 03/03/1983 |
| | 0005.020 | ARC0010240 | ARC0010241 | Letter from the Iowa Department of Transportation to NWPA-Project Office re: Proposed DOE Standard Contract | 03/04/1983 |
| | 0005.021 | ARC0010242 | ARC0010245 | Letter from the Public Service of New Hampshire to NWPA-Project Office re: Standard Contract for disposal of | 03/04/1983 |
| | 0005.022 | ARC0010246 | ARC0010249 | Letter from GPU Services to NWPA-Project Office re: Contract for disposal of SNF and/or High-Level Radioactive | 03/04/1983 |
| | 0005.023 | ARC0010250 | ARC0010254 | Letter from Yankee Atomic Electric Company, A.R. Soucy to NWPA-Project Office re: Standard Contract for disposal of | 03/04/1983 |
| | 0005.024 | ARC0010255 | ARC0010259 | Letter from Public Service Electric and Gas Company, Richard Fryling, to NWPA-Project Office re: Nuclear Waste | 03/03/1983 |
| | 0005.025 | ARC0010260 | ARC0010262 | Letter from the Long Island Lighting Company, W.J. Tunney, to NWPA-Project Office re: Contract for disposal of SNF | 03/03/1983 |

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0005.026 | ARC0010263 | ARC0010268 | Letter from Northeast Utilities, B.W. Erk, to NWPA-Project Office re: Contract for disposal of SNF and/or High-Level | 03/03/1983 |
| | 0005.027 | ARC0010269 | ARC0010273 | Letter from Southern Company Services, Inc., Ruble A. Thomas, to Robert Morgan, NWPA-Project Office re: | 03/04/1983 |
| | 0005.028 | ARC0010274 | ARC0010282 | Letter from Alabama Power, F.L. Clayton, to Robert Morgan, NWPA-Project Office re: Contract for Disposal of SNF | 03/04/1983 |
| | 0005.029 | ARC0010283 | ARC0010290 | Standard Contract Administrative Record Final Comments from Duke Power Company; Standard Contract for disposal | 03/03/1983 |
| | 0005.030 | ARC0010291 | ARC0010298 | Letter from Kansas Gas and Electric Company to NWPA-Project Office re: Contract for disposal of SNF and/or | 03/01/1983 |
| | 0005.031 | ARC0010299 | ARC0010301 | Letter from Iowa Electric Light and Power Company to NWPA-Project Office re: Comments on the he proposed | 03/03/1983 |
| | 0005.032 | ARC0010302 | ARC0010315 | Letter from the Mississippi Power and Light Company to NWPA-Project re: Grand Gulf Nuclear Station Units 1 & 2 | 03/04/1983 |
| | 0005.033 | ARC0010316 | ARC0010324 | Letter from Portland General Electric Company, J.T. Owens to NWPA- Project Office re: Comments and | 03/04/1983 |
| | 0005.034 | ARC0010325 | ARC0010412 | Letter from Edison Electric Institute to Robert Morgan, NWPA-Project Office re: Standard Contract for Disposal of | 03/07/1983 |
| | 0005.035 | ARC0010413 | ARC0010413 | Letter from Atlantic Electric to NWPA-Project Office re: Nuclear Waste Policy Act of 1982 Standard Contract for | 03/02/1983 |
| | 0005.036 | ARC0010414 | ARC0010415 | Letter from Detroit Edison to NWPA-Project Office re: comments on Standard Contract for disposal of SNF and/or | 03/03/1983 |
| | 0005.037 | ARC0010416 | ARC0010416 | Letter from the State of Iowa, Dept. of Public Defense-Disaster Services to NWPA-Project Office re: | 03/02/1983 |
| | 0005.038 | ARC0010417 | ARC0010417 | Letter from Robert Alexander to the NWPA-Project Office re: Standard Contract for disposal of SNF and/or High-Level | 03/02/1983 |
| | 0005.039 | ARC0010418 | ARC0010420 | Letter from American Electric Power to NWPA Project Office re: 10 C.F.R. PART 961, Standard Contract for disposal of | 03/07/1983 |
| | 0005.040 | ARC0010421 | ARC0010422 | Letter from Nuclear Energy Information Service, Energy Analyst, to NWPA Project Office re: Corrections to testimony | 03/05/1983 |

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0005.041 | ARC0010423 | ARC0010435 | Letter from Penberthy Electomelt International, Inc., L. Penberthy to NWPA-Project Office re: Hearing for Public | 03/04/1983 |
| | 0005.042 | ARC0010436 | ARC0010437 | Letter from Larry Caldwell to NWPA Project Office re: Comments on Standard Contract for Disposal of Spent | 03/05/1983 |
| | 0005.043 | ARC0010438 | ARC0010441 | Letter from Florida Power and Light Company re: Standard Contract for disposal of SNF and/or High Level Radioactive | 03/07/1983 |
| | 0005.044 | ARC0010442 | ARC0010443 | Letter from Arkansas Power & Light Company re: Comments on Contract for disposal of SNF and /or High | 03/04/1983 |
| | 0005.045 | ARC0010444 | ARC0010445 | Letter from Nebraska Public Power District to NWPA-Project Office re: Comments on Contract for disposal of SNF and | 03/04/1983 |
| | 0005.046 | ARC0010446 | ARC0010446 | Letter from Department of Justice to NWPA-Project Office re: Contract for disposal of SNF and /or High Level | 03/07/1983 |
| | 0005.047 | ARC0010447 | ARC0010448 | Letter from Nebraska Public Power District to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or | 03/04/1983 |
| | 0005.048 | ARC0010449 | ARC0010451 | Letter from Pennsylvania Power & Light Company to NWPA-Project Office re: Comments on Contract for | 03/04/1983 |
| | 0005.049 | ARC0010452 | ARC0010455 | Letter from Duquesne Light to NWPA-Project Office re: Letter from Nebraska Public Power District to NWPA-Project | 03/04/1983 |
| | 0005.050 | ARC0010456 | ARC0010457 | Letter from Toledo Edison to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High | 03/04/1983 |
| | 0005.051 | ARC0010458 | ARC0010464 | Letter from Commonwealth Edison to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High | 03/04/1983 |
| | 0005.052 | ARC0010465 | ARC0010467 | Letter from the Environmental Policy Inst. re: Comments on Contract for disposal of SNF and /or High Level Radioactive | 03/07/1983 |
| | 0005.053 | ARC0010468 | ARC0010472 | Letter from Westinghouse Electric Corporation to NWPA-Project Office re: Comments on Contract for disposal | 03/07/1983 |
| | 0005.054 | ARC0010473 | ARC0010473 | Letter from Atlantic Electric to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High | 03/02/1983 |
| | 0005.055 | ARC0010474 | ARC0010476 | Responsive Comments from the AIF Committee on the Nuclear Waste Fund re: Comments on Contract for disposal | No Date |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0005.056 | ARC0010477 | ARC0010483 | Letter from the American Electric Power Service Corp., to NWPA-Project Office re: Comments on Contract for disposal | 03/04/1983 |
| | 0005.057 | ARC0010484 | ARC0010487 | Letter from the Philadelphia Electric Company to NWPA-Project Office re: Comments on Contract for disposal | 03/03/1983 |
| | 0005.058 | ARC0010488 | ARC0010490 | Letter from Carolina Power and Light Company to NWPA-Project Office re: Contract for disposal of SNF and | 03/03/1983 |
| | 0005.059 | ARC0010491 | ARC0010492 | Letter from Friends of the Earth to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High | 03/07/1983 |
| | 0005.060 | ARC0010493 | ARC0010524 | Comments by Pacific Gas and Electric Company; Contract for the disposal of SNF and/or High Level Radioactive Waste | 03/04/1983 |
| | 0005.061 | ARC0010525 | ARC0010526 | Letter from Mary Metcalf to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High | 03/02/1983 |
| | 0005.062 | ARC0010527 | ARC0010532 | Letter from LeBoeuf, Lamb, Leiby and MacRae to NWPA-Project Office re: Contract for disposal of SNF and | 03/07/1983 |
| | 0005.063 | ARC0010533 | ARC0010559 | Comments by TVA; Contract for the disposal of SNF and/or High Level Radioactive Waste | No Date |
| | 0005.064 | ARC0010560 | ARC0010561 | Letter from the Nuclear Fuel Service, Inc. to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or | 03/07/1983 |
| | 0005.065 | ARC0010562 | ARC0010564 | Letter from Maine Yankee Atomic Power Company to NWPA-Project Office re: Comments on Contract for disposal | 03/07/1983 |
| | 0005.066 | ARC0010565 | ARC0010570 | Letter from The Houston Lighting and Power Company to Office of Procurement Operations re: Comments on | 03/04/1983 |
| | 0005.067 | ARC0010571 | ARC0010573 | Letter from Virginia Electric and Power Company to NWPA-Project Office re: Comments on Contract for disposal | 03/07/1983 |
| | 0005.068 | ARC0010574 | ARC0010623 | Letter from General Electric to NWPA re: Comments on Contract for disposal of SNF and /or High Level Radioactive | 03/08/1983 |
| | 0005.069 | ARC0010624 | ARC0010631 | Letter from Middle South Services, Inc., to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or | 03/07/1983 |
| | 0005.070 | ARC0010632 | ARC0010638 | Letter from Vermont Yankee Nuclear Power Corp., to NWPA-Project Office re: Comments on Contract for disposal | 03/07/1983 |

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0005.071 | ARC0010639 | ARC0010641 | Letter from Baltimore Gas and Electric to NWPA-Project Office re: Draft DOE Utility Standard Waste Disposal | 03/07/1983 |
| | 0005.072 | ARC0010642 | ARC0010647 | Letter from Consolidated Edison Company to NWPA re: Draft Contract for disposal of SNF and /or High Level | 03/07/1983 |
| | 0005.073 | ARC0010648 | ARC0010648 | Letter from C-E Power Systems to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High | 03/07/1983 |
| | 0005.074 | ARC0010649 | ARC0010649 | Letter from Southern California Edison Company to NWPA-Project Office re: Comments on Contract for disposal | 03/04/1983 |
| | 0005.075 | ARC0010650 | ARC0010652 | Letter from Virginia Electric and Power Company to NWPA-Project re: Comments on Contract for disposal of | 03/07/1983 |
| | 0005.076 | ARC0010653 | ARC0010656 | Letter from Louisiana Power and Light to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or | 03/07/1983 |
| | 0005.077 | ARC0010657 | ARC0010659 | Letter from Rochester Gas and Electric Corp. to NWPA-Project Office re: Comments on Contract for disposal | 03/07/1983 |
| | 0005.078 | ARC0010660 | ARC0010662 | Letter from South Carolina Electric and Gas Co., to NWPA-Project Office re: Comments on Contract for disposal | 03/07/1983 |
| | 0005.079 | ARC0010663 | ARC0010663 | Letter from Arizona Nuclear Power Project to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or | 03/07/1983 |
| | 0005.080 | ARC0010664 | ARC0010672 | Letter from Dairyland Power Corp., to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High | 03/07/1983 |
| | 0005.081 | ARC0010673 | ARC0010680 | Letter from J.T. Beckham, Jr, Georgia Power to NWPA-Project Office re: Comments on Contract for | 03/04/1983 |
| | 0005.082 | ARC0010681 | ARC0010681 | Letter from Delmarva Power to NWPA-Project Office re: Contract for disposal of SNF and /or High Level Radioactive | 03/08/1983 |
| | 0005.083 | ARC0010682 | ARC0010690 | Letter from Niagara Mohawk Power Corp., to NWPA-Project Office re: Contract for disposal of SNF and /or High Level | 03/07/1983 |
| | 0005.084 | ARC0010691 | ARC0010692 | Letter from Florida Power to NWPA-Project Office re: Standard Contract for disposal of SNF and/or High Level | 03/04/1983 |
| | 0005.085 | ARC0010693 | ARC0010694 | Comments by Boston Edison: Contract for the disposal of SNF and/or High Level Radioactive Waste | No Date |

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0005.086 | ARC0010695 | ARC0010696 | Excerpts from Federal Register re: Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level | 05/24/1983 |
| | 0006 | TVP0041022 | TVP0041036 | Letter from the American Public Power Association, L. Hobart to DOE, Dr. Thomas Dillon re: APPA's comments on | 01/21/1983 |
| | 0007 | SMUD0011715 | SMUD0011729 | Letter to T. Dillon re: Specific Language Changes to 1/19/83 DOE Draft Contract | 01/21/1983 |
| | 0008 | TVP0041103 | TVP0041145 | Letter from Edison Electronic Institute S. Kraft to Tennessee Valley Authority, R. Mullin containing attachment EEI's | 01/24/1983 |
| | 0009 | TVP0041012 | TVP0041021 | Memorandum from Eileen Peerless to APPA Members with Interest in Nuclear Power re: Results of DOE Briefing on | 01/24/1983 |
| | 0010 | TVP0041148 | TVP0041148 | Letter from the Atomic Industrial Forum, Inc., Emanuel Gordon to Working Group on Nuclear Waste Fund Draft | 01/24/1983 |
| | 0011 | TV 1251 | TV 1261 | Letter from Larry Hobart, American Public Power Association, to Charles Dean, TVA, enclosing APPA | 01/24/1983 |
| | 0012 | TVA000237 | TVA000253 | Memo from R.J. Mullin to Erik Kvaven re: Implementation of Nuclear Waste Policy Act of 1982, with Attachments | 01/24/1983 |
| | 0013 | TV 1223 | TV 1223 | Memorandum from H.G. Parks to W.F. Willis re: Working Draft of a Contract Between DOE and Utilities for Disposal | 01/31/1983 |
| | 0014 | SMUDPRIV0050 | SMUDPRIV0054 | DOE Spent Fuel Disposal Contract | 02/04/1983 |
| | 0015 | TVA000174 | TVA000188 | Memo from James Ratliff to Erik Kvaven re: Draft Comments regarding the Waste Bill | 02/18/1983 |
| | 0016 | GPE0010322 | GPE0010392 | Letter from Edison Electric Inst. S.P. Kraft to Members of the Nuclear Fuel Committee re: Comments on Draft | 02/18/1983 |
| | 0017 | TVA000170 | TVA000172 | Telecopy Request from Erik Kvaven to M.L. Wills of a letter from James Williams to Jan Atkinsons re: Draft Standard | 02/24/1983 |
| | 0018 | TVA000189, TVA000131 | TVA000189, TVA000132 | Transmittal from Erik Kvaven to J.H. McDowell, Jr. of a letter from James Williams to Jan Atkinsons re: Draft Standard | 02/28/1983 |
| | 0019 | TVA000054 | TVA000061 | Statement of M.C. Cook Vice President, Contracts, Fuels and Corporate Development On Behalf of Florida Power & | 03/01/1983 |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0020 | TVA000079 | TVA000082 | Memo from H.G. Parris to W.F. Willis re: Nuclear Waste Policy Act of 1982 (Act) - Comments on Draft Contract | 03/02/1983 |
| | 0021 | TVA000044 | TVA000045 | Letter from James Williams to Jan Atkinsons re: Draft Standard Contract for Disposal Services | 03/07/1983 |
| | 0022 | SMUDPRIV0102 | SMUDPRIV0104 | Shaw Pittman Memorandum from Jay Silberg re: DOE Final Disposal Contract | 04/14/1983 |
| | 0023 | TVA000744, TVA000013 | TVA000744, TVA000014 | Letter from Erik Kvaven, TVA, to Thomas Keefe, DOE, re: The March 7, 1983 letter from C.H. Dean, Jr. to Robert | 05/06/1983 |
| | 0024 | GPE0010496 | GPE0010501 | Meeting Notes from Edison Electric Institute, Task Group on Waste Contract | 05/12/1983 |
| | 0025 | TVA000516 | TVA000518 | Letter from L.E. Gruber, General Electric, to James Williams, Jr., TVA re: Contracts 66-p-76-t1 and 67p-76-t2, Including | 05/19/1983 |
| | 0026 | TVA000506 | TVA000509 | Letter from Erik Kvaven, TVA, to Thomas Keefe, DOE, re: Deviations from and changes to the Standard Contract | 05/20/1983 |
| | 0027 | YDK023709 | YDK023716 | Letter from Edison Electric Inst. J. J. Kearney to NWPA Project Office, Robert Morgan re: 10 CFR Part 961 - | 05/20/1983 |
| | 0028 | TV 1467 | TV 1475 | Memorandum from Allan T. Mullins to Erik Kvaven re: Requisition for Contract with DOE Required by the Nuclear | 05/24/1983 |
| | 0029 | TVA000514 | TVA000515 | Letter from Thomas Keefe, DOE, to Erik Kvaven, TVA, re: Deviations from and changes to the Standard Contract | 06/17/1983 |
| | 0030 | TVA000495 | TVA000497 | Memo from James Williams, Jr. to W.F. Willis re: Requisition 66-938611 - Contract with the Department of Energy for | 06/20/1983 |
| | 0031 | TVA000544 | TVA000544 | Letter from Erik Kvaven, TVA, to Thomas Keefe, DOE, re: Copies of Contract for Disposal of Spent Fuel containing | 06/24/1983 |
| | 0032 | JT EX p. 1 | JT EX p. 70 | Standard Contract DE-CR01-83NE44420, Contract between TVA and the United States for Disposal of Spent Nuclear | 06/28/1983 |
| | 0033 | TVA000505 | TVA000505 | Lette from Erick Kvaven to Herbert Sanger re: Nuclear Waste Policy Act of 1982 (Nwpa) - Initial Payment under | 07/13/1983 |
| | 0034 | SMUDPRIV0130 | SMUDPRIV0146 | Potential Issues to Be Addressed in a Rulemaking Proceeding on the DOE Disposal Contract | 08/29/1983 |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0035 | TVA001651 | TVA001651 | Memo from C.R. Dodson to W.A. Dobson Re: Contract DE-CR01-83NE44420- Contract for Disposal of Spent | 09/12/1983 |
| | 0036 | YDK045589 | YDK045591 | Memorandum from Yankee Atomic - Bolton, J. Buchheit and E. Pilat to R. Grube and R. Rich re: Sept. 27, 1983 | 10/19/1983 |
| | 0037 | SNP0118459 | SNP0118885 | DOE Office of Civilian Radioactive Waste Management: Proceedings of the 1983 Civilian Radioactive Waste | 12/12/1983 |
| | 0038 | CTR-042-1065 | CTR-042-1190 | Draft Civilian Radioactive Waste Management Program Mission Plan, Volume I, Overview and Current Program | 12/20/1983 |
| | 0039 | YDK023771 | YDK023772 | Memorandum from Yankee Atomic, J.M. Buchheit to R.M. Grube re: Petition for Rulemaking to Amend the Nuclear | 01/20/1984 |
| | 0040 | PNL-150-0158 | PNL-150-0167 | Draft Program Strategy w/attached comments from Head, C.R. | 02/29/1984 |
| | 0041 | TVA001592 | TVA001615 | Memo from A. T. Mullins Distributing Raymond E. Hoskins Presentation titled Concepts for an All-Purpose Transport, | 03/19/1984 |
| | 0042 | | | Draft Mission Plan for the Civilian Radioactive Waste Management Program, Volumes I: Overview and Current | 04/1984 |
| | 0043 | YDK013940 | YDK013941 | Letter from Donald Paul Hodel, Secretary, Dept. of Energy to the Honorable J. Bennett Johnston, Committee on Energy | 09/07/1984 |
| | 0044 | SMUD0014889 | SMUD0014914 | Memorandum in Support of Petition for Rulemaking | 03/18/1985 |
| | 0045 | HQR0031088 | HQR0031620 | DOE, Office of Civilian Radioactive Waste: 1985 Mission Plan for the Civilian Radioactive Waste Management | 06/1985 |
| | 0046 | TVA000594 | TVA000594 | Appendix a Nuclear Power Reactor(s) or Other Facilities Covered | 06/1986 |
| | 0047 | HQR0540039 | HQR0540101 | Recommendations for Management of Greater-Than-Class-C Low-Level Radioactive Waste: Report | 12/01/1987 |
| | 0048 | PNL-037-0307 | PNL-037-0349 | Monitored Retrievable Storage Submission to Congress—Volume I: The Proposal | 03/1987 |
| | 0049 | HQ 0005797 | HQ 0006319 | OCRWM Mission Plan Amendment with Comments on the Draft Amendment and Responses to the Comments | 06/1987 |

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0050 | HQR0012705 | HQR0012792 | DOE Office of Civilian Radioactive Waste Publication: 1987 Annual Capacity Report | 06/1987 |
| | 0051 | HQR0031621 | HQR0032143 | DOE Office of Civilian Radioactive Waste: 1987 OCRWM Mission Plan Amendment w/ comments on the Draft | 06/01/1987 |
| | 0052 | TVA001936 | TVA001944 | Summary of Standard Contract Issues | 06/15/1987 |
| | 0053 | YDK038291 | YDK038416 | Letter from Utility Nuclear Waste Management Group, Nancy Montgomery to Members, High-Level Waste/Spent | 06/24/1987 |
| | 0054 | CTR0031055 | CTR0031056 | Letter from Utility Nuclear Waste Management Group, Nancy Montgomery to DOE, Office of Civilian Radioactive | 11/10/1987 |
| | 0055 | TVA001839 | TVA001901 | Letter from Alan Brownstein to Nancy Montgomery re: Draft Summary 1987 Annual Capacity Report (ACR) | 11/19/1987 |
| | 0056 | PNL0460173 | PNL0460173 | Edison Electric Inst. Listing of Members of the Utility Nuclear Waste Management Group; Annual Capacity Report | 12/09/1987 |
| | 0057 | DB0001097 | DB0001187 | Annual Capacity Report | 06/1988 |
| | 0058 | HQR0012610 | HQR0012704 | DOE Office of Civilian Radioactive Waste Publication: 1988 Annual Capacity Report | 06/1988 |
| | 0059 | HQR0030688 | HQR0030797 | Draft 1988 Mission Plan Amendment | 06/1988 |
| | 0060 | HQR0255201 | HQR0255309 | DOE Report, Office of Civilian Radioactive Waste Management: Draft 1988 Mission Plan Amendment | 06/1988 |
| | 0061 | CTR0060075 | CTR0060085 | Minutes of Meeting between ACR Response Team, UNWMG, and DOE | 10/13/1988 |
| | 0062 | TVA002428 | TVA002446 | Statement of William F. Willis Before the Monitored Retrievable Storage Review Commission | 01/17/1989 |
| | 0063 | CDB006316 | CDB006336 | Letter from Edison Electric Inst. Brian Farrell to ACR Committee re: DOE White Papers | 07/17/1989 |
| | 0064 | DB0001441 | DB0001474 | Report to Congress on Reassessment of the Civilian Radioactive Waste Management Program | 11/1989 |

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0065 | NET0010692 | NET0010714 | Letter from Energy Resources International, M. Schwartz to Brian Farrell, Edison Electric Institute | 11/15/1990 |
| | 0066 | HQR0012487 | HQR0012609 | DOE Office of Civilian Radioactive Waste Publication: 1990 Annual Capacity Report | 12/1990 |
| | 0067 | EDB0011518 | EDB0011519 | DOE Memorandum from Ron Milner to the Director, Office of Civilian Radioactive Waste Management, Approval for the | 12/21/1990 |
| | 0068 | | | Letter re enclosures of final versions of 11 ACR positions discussed at 2/19/91 meeting; also enclosed is draft | 03/20/1991 |
| | 0069 | CTR0001694 | CTR0001712 | Letter re Annual Capacity Report Issue Resolution Process | 04/01/1991 |
| | 0070 | TVA001966 | TVA001966 | Modifications for the TVA to DOE's Draft Acceptance Priority Ranking | 05/1991 |
| | 0071 | TVA001552 | TVA001552 | Modifications for the TVA to DOE's Draft Acceptance Priority Ranking | 05/1991 |
| | 0072 | TVA005188 | TVA005191 | Memo from T. L. Hayslett, Jr. to M.O. Medford re: High-Level Waste Briefing Paper | 07/10/1991 |
| | 0073 | HQR0030798 | HQR0031012 | Office of Civilian Radioactive Waste Management: 1991 Draft Mission Plan Amendment | 09/1991 |
| | 0074 | TVA004271 | TVA004285 | Memo from R. J. Mullin to T. L. Hayslett, Jr. re: Spent Fuel Management - Draft Input For FY 1992 Annual Plan | 09/04/1991 |
| | 0075 | TVA004268 | TVA004270 | Memo from R. J. Mullin to T. L. Hayslett, Jr. re: Spent Fuel Management - Draft Input For Nuclear Fuel Supply Strategy | 09/05/1991 |
| | 0076 | HQR0012357 | HQR0012419 | DOE Office of Civilian Radioactive Waste Publication: DOE 1991 Annual Capacity Report | 12/1991 |
| | 0077 | HQ0006854 | HQ0006889 | 1991 Acceptance Priority Ranking | 12/1991 |
| | 0078 | EDB0011764 | EDB0011765 | DOE Memorandum to the Director, Office of Civilian Radioactive Waste Management, J.W. Bartlett re: Approval | 12/20/1991 |
| | 0079 | TVA001560 | TVA001569 | Letter from M. Detmer, DOE to David H. Marks, TVA re: Standard Contract for Disposal of SNF and/or High-Level | 03/04/1992 |

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0080 | RS001570 | RS001572 | Dual Purpose Cask/Dry Transfer System Demonstration Project Meeting | 04/07/1992 |
| | 0081 | TVA004286 | TVA004299 | Memo from T. L. Hayslett, Jr. re: FY 1993 Annual Plan - Nuclear Fuel Supply | 10/06/1992 |
| | 0082 | TVA004301 | TVA004307 | Fiscal Year 1992 Situation Assessment for the Nuclear Fuel Supply Program of the TVA | 11/1992 |
| | 0083 | HQR-038-0090 | HQR-038-0093 | Letter enclosing "A New Strategy for Management of Commercial Spent Nuclear Fuel" | 12/17/1992 |
| | 0084 | HQR0012315 | HQR0012353 | DOE Office of Civilian Radioactive Waste Publication: 1992 Annual Capacity Report | 05/1993 |
| | 0085 | TVA004065 | TVA004135 | Presentation Outline Spent Fuel Storage/Disposal TVA Perspective and Projects | 08/30/1993 |
| | 0086 | GPE0010596 | GPE0010597 | Letter from DOE, Office of Civilian Radioactive Waste Management, L. Barrett to Sacramento Municipal Utility | 09/02/1993 |
| | 0087 | TVA004206 | TVA004207 | Spent Nuclear Fuel Plans/Contingencies | 01/10/1994 |
| | 0088 | EDB0010315 | EDB0010384 | DOE Report, Office of Civilian Radioactive Waste Management: Acceptance Priority Ranking and Annual | 03/1995 |
| | 0089 | HQ0002243 | HQ0002312 | 1995 Acceptance Priority Ranking and Annual Capacity Report | 03/1995 |
| | 0090 | CTR0020138 | CTR0020200 | 1995 Acceptance Priority Ranking and Annual Capacity Report | 09/1996 |
| | 0091 | TVA005206 | TVA005208 | Letter from Don Hutson to Ed Hartwig | 10/09/1996 |
| | 0092 | TVA001404 | TVA001404 | TVA High Level Waste Situation | 12/05/1996 |
| | 0093 | TVP0170001 | TVP0170168 | TVA Dry Cask Spent Fuel Storage Projects Sequoyah and Browns Ferry Nuclear Plants Contract No: 99999906 with | 06/01/2000 |
| | 0093.001 | TVP0171067 | TVP0171067 | Holtec International, A New Jersey Corporation Notes to Financial Statements (Continued) December 31, 1996 and | 12/31/1996 |

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0093.002 | TVP0171076 | TVP0171238 | TVA Contract No: 99999906 with Holtec International Attachments I through K | 12/31/1996 |
| | 0093.003 | TVA05 1594 | TVA05 1695 | Specification for On-Site Spent Fuel Storage at the Browns Ferry Nuclear Plant (BFN), Revision 3 | 06/07/2002 |
| | 0093.004 | TVA04 11618 | TVA04 11623 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Sixth Supplement | 03/10/2003 |
| | 0093.005 | TVA04 11611 | TVA04 11612 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Seventh Supplement | 03/31/2003 |
| | 0093.006 | TVA04 11600 | TVA04 11601 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Eighth Supplement | 04/02/2003 |
| | 0093.007 | TVA04 11474 | TVA04 11476 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Ninth Supplement | 06/26/2003 |
| | 0093.008 | TVA04 11452 | TVA04 11453 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Tenth Supplement | 07/28/2003 |
| | 0093.009 | TVA04 9208 | TVA04 9211 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Eleventh Supplement | 08/05/2003 |
| | 0093.010 | TVA04 11389 | TVA04 11390 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Twelfth Supplement | 08/12/2003 |
| | 0093.011 | TVA04 11376 | TVA04 11378 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Thirteenth Supplement | 09/03/2003 |
| | 0093.012 | TVA04 9192 | TVA04 9194 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Fourteenth Supplement | 10/21/2003 |
| | 0093.013 | TVA04 11222 | TVA04 11223 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Fifteenth Supplement | 10/28/2003 |
| | 0093.014 | TVA04 9190 | TVA04 9190 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Fifteenth Supplement, | No Date |
| | 0093.015 | TVA04 12063 | TVA04 12064 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Sixteenth Supplement | 02/16/2004 |
| | 0093.016 | TVA04 12060 | TVA04 12062 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Seventeenth Supplement | 01/27/2004 |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0093.017 | TVA04 8257 | TVA04 8258 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Eighteenth Supplement | 01/16/2004 |
| | 0093.018 | TVA04 12054 | TVA04 12057 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Nineteenth Supplement | 02/16/2004 |
| | 0093.019 | TVA04 12052 | TVA04 12053 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Twentieth Supplement | 02/13/2004 |
| | 0093.020 | TVA04 12033 | TVA04 12034 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Twenty-First Supplement | 03/08/2004 |
| | 0093.021 | TVA04 9139 | TVA04 9142 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Twenty-Second | 03/23/2004 |
| | 0093.022 | TVA04 9134 | TVA04 9137 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Twenty-Third Supplement | 03/23/2004 |
| | 0093.023 | TVA04 9129 | TVA04 9130 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Twenty-Fourth | 03/24/2004 |
| | 0093.024 | TVA04 11888 | TVA04 11889 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Twenty-Fifth Supplement | 04/15/2004 |
| | 0093.025 | TVA04 11782 | TVA04 11783 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Twenty-Sixth Supplement | 06/07/2004 |
| | 0093.026 | TVA04 11784 | TVA04 11785 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Twenty-Seventh | 06/09/2004 |
| | 0093.027 | TVP0140687 | TVP0140688 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Twenty-Eighth | No Date |
| | 0094 | COF0042527 | COF0042528 | Letter from John B. Carden III, TVA, to DOE Contracting Officer re: delivery commitment schedules for the Sequoyah | 04/14/1997 |
| | 0095 | TVA001323 | TVA001348 | Letter from Beth Tomasoni, to John Carden, Re: Follow up to December 17, 1996, letter | 06/03/1997 |
| | 0096 | TVA001316 | TVA001317 | Letter from Beth Tomasoni, DOE Contracting Officer, to John B. Carden III, TVA re: Disapproval of DCSs for the | 06/16/1997 |
| | 0097 | TVA005201 | TVA005204 | TVA Spent Fuel Presentation - Key Points | 07/27/1997 |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0098 | COF0021934 TVA001268 | COF0021935 TVA001269 | Letter from John B. Carden III, TVA, to DOE Contracting Officer re: delivery commitment schedules for the Browns | 09/03/1997 |
| | 0099 | TVA005175 | TVA005177 | Handwritten Notes re: Meeting Spent Fuel Storage Options Study Tech Team | 10/08/1997 |
| | 0100 | TV 1075 | TV 1102 | Spent Nuclear Fuel Working Group Meeting November 20, 1997 | 11/20/1997 |
| | 0101 | TVA043216 | TVA043225 | E-mail from Donald Hutson, Jr., to Donald J. Green, cc: Everett Whitaker, re: Revision: Spent Fuel Status Section | 12/11/1997 |
| | 0102 | TVA043740 | TVA043740 | Email from Pamela Brock to Donald Hutson re: Short Codes - Members of the TVAN Spent Fuel Team | 12/17/1997 |
| | 0103 | TVA04-4009 | TVA04-4010 | E-mail from Pamela Brock defining Short Codes for Contract Default Damage Accounts | 12/17/1997 |
| | 0104 | TVA043196 | TVA043203 | Email from Donald Hutson to Donald Green re: Revision: Assessment and Evaluation of Spent Fuel Storage Options | 12/22/1997 |
| | 0105 | TV 0029 | TV 0029 | Letter from Don Green to J.A. Bailey re: Spent Fuel Storage Study | 12/31/1997 |
| | 0106 | TVA003715 | TVA003715 | Sequoyah Spent Fuel Strategy | 00/00/1998 |
| | 0107 | TVA004999 | TVA005044 | Notebook entitled "Spent Fuel Options Team" | 00/00/1998 |
| | 0108 | TVA043194, TVA043882 | TVA043194, TVA043883 | Email from Donald Hutson to Charles Wilson re: SQN Spent Fuel Time Table | 01/07/1998 |
| | 0109 | TVA005129 | TVA005138 | Evaluation and Assessment of Spent Fuel Storage Options Presented to Jack Bailey, 1/8/98 | 01/08/1998 |
| | 0110 | COF0042543, TVA000994 | COF0042543, TVA000994 | Letter from Beth Tomasoni, DOE Contracting Officer, to Donald L. Hutson TVA re: Disapproval of DCSs for the | 01/09/1998 |
| | 0111 | TVA008355 | TVA008362 | Spent Fuel Situation Briefing Paper 3/9/98 | 03/09/1998 |
| | 0112 | TVA005103 | TVA005110 | Draft Spent Fuel Situation Briefing Paper 3/9/98 | 03/09/1998 |

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0113 | TVA04-3738 | TVA04-3739 | E-mail from Donald L. Hutson to Thomas L. Hayslett, Jr., re: SNF Damages and attached Spent Nuclear Fuel Damages | 03/09/1998 |
| | 0114 | TVA043738 | TVA043739 | Email from Donald Hutson to Thomas Hayslett re: SNF Damges | 03/09/1998 |
| | 0115 | TVA003108 | TVA005148 TVA003217 | Presentation: Evaluation and Assessment of TVAN Spent Fuel Storage Options | 03/11/1998 |
| | 0116 | | | Fax from Jack Symonds, TVA, to Ken Spates, TVA, enclosing a letter from K. Singh, Holtec, to Symonds, and | 04/27/1998 |
| | 0117 | TVA008395 | TVA008409 | Assessment and Evaluation of Spent Fuel Storage Options Update Report | 05/1998 |
| | 0118 | TVA05--40918 | TVA05--40920 | Fax from Dan Green, TVA, to Francine Thomas, enclosing a letter from William J. McConaghy, NAC, to Ken Spates, | 07/15/1998 |
| | 0119 | TVA005001 | TVA005003 | Letter from Jack Bailey to J.A. Scalice re: Spent Fuel Storage Evaluation | 07/29/1998 |
| | 0120 | N/A | N/A | Memorandum from Jack Bailey, TVA, to J.A. Scalice, TVA, enclosing TVA Nuclear Spent Fuel Storage Options | 07/29/1998 |
| | 0121 | TVA003569 | TVA003569 | TVA Spent Fuel Storage | 08/04/1998 |
| | 0122 | TVA000999 | TVA001000 | Letter from Dwight Shelor, DOE, to John Carden, TVA, re: multi-purpose canisters | 08/18/1998 |
| | 0123 | COF0021928 | COF0021929 | Letter from John B. Carden III, TVA, to DOE Contracting Officer re: delivery commitment schedules for the Sequoyah | 09/15/1998 |
| | 0124 | | | Letter from Richard Matson, Structural Integrity Associates, to Moses Taylor, NAC, re: Qualitative Assessment of the | 09/21/1998 |
| | 0125 | | | Letter from Moses Taylor, NAC, to Ken Spates, TVA, re: Browns Ferry - Preliminary Assessment of Structural | 09/22/1998 |
| | 0126 | EXD0030200, TVA001005 | EXD0030200, TVA001005 | Letter from Beth Tomasoni, DOE Contracting Officer, to John B. Carden III, TVA re: Disapproval of DCSs for the | 10/07/1998 |
| | 0127 | TV 0258 | TV 0262 | Memo from Don Hutson to Listed Distribution re: Spent Fuel Contract (83P66-938611): Default Damage Accounts | 11/30/1998 |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0128 | TVA04-4000 | TVA04-4005 | Memorandum Defining and Implementing Contract Default Damage Accounts | 11/30/1998 |
| | 0129 | TVA043880 | TVA043881 | Letter from T.L. Hayslett to R.R. Calabro re: Nuclear Fuel Supply Monthly Report - November 1998 | 12/04/1998 |
| | 0130 | TVA0413263 | TVA0413265 | Nuclear Safety Advisory Letter | 02/26/1999 |
| | 0131 | TVA000892 | TVA000892 | Impact of Repository Delay Until 2010 | 03/26/1999 |
| | 0132 | TVA043890 | TVA043892 | Letter from T.L. Hayslett to R.R. Calabro re: Nuclear Fuel Supply Monthly Report - March 1999 | No Date |
| | 0133 | TVA043133 | TVA043140 | Email from Donald Hutson to Edward Vigluicci re: Spent Fuel and HLW Briefing for Chairman Crowell | 05/03/1999 |
| | 0134 | TVA043893 | TVA043895 | Letter from T.L. Hayslett to R.R. Calabro re: Nuclear Fuel Supply Monthly Report - April 1999 | 05/10/1999 |
| | 0135 | TVA043896 | TVA043898 | Letter from Tom Hayslett to R.R. Calabro re: Nuclear Fuel Supply Monthly Report - May 1999 | 06/09/1999 |
| | 0136 | TVA002079 | TVA002080 | Spent Fuel Meeting Subject Outline | 07/19/1999 |
| | 0137 | TVA043869 | TVA043871 | Letter from Tom Hayslett to R.R. Calabro re: Nuclear Fuel Supply Monthly Report - July 1999 | 08/06/1999 |
| | 0138 | COF0042550 | COF0042551 | Letter from John B. Carden III, TVA, to DOE Contracting Officer re: delivery commitment schedules for the Browns | 09/13/1999 |
| | 0139 | COF0042554, TVA000990 | COF0042554, TVA000990 | Letter from Beth Tomasoni, DOE Contracting Officer, to Donald L. Hutson TVA re: Disapproval of DCSs for the | 09/30/1999 |
| | 0140 | TVA04-3900 | TVA04-3901 | Memo from Thomas Hayslett to R.R. Calabro re: Nuclear Fuel Supply Monthly Report - October 1999 | 11/03/1999 |
| | 0141 | TVA043900 | TVA043901 | Letter from Tom Hayslett to R.R. Calabro re: Nuclear Fuel Supply Monthly Report - October 1999 | 11/03/1999 |
| | 0142 | TVA003831 | TVA003833 | E-mail from T.A. Keys to Donald Hutson, et al., re: BFN Reload Batch Size for Extended Power Uprate (EPU) | 12/05/1999 |

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0143 | TVA043902 | TVA043903 | Letter from Tom Hayslett to R.R. Calabro re: Nuclear Fuel Supply Monthly Report - November 1999 | 12/08/1999 |
| | 0144 | TVA04-3902 | TVA04-3903 | Memo from Thomas Hayslett to R.R. Calabro re: Nuclear Fuel Supply Monthly Report - November 1999 | 12/08/1999 |
| | 0145 | TVA003608<br>TVA04-1111 | TVA003609<br>TVA04-1112 | E-mail from Donald Hutson to John Symonds re: atttached draft BFN Spent Fuel Projections | 01/18/2000 |
| | 0146 | TVA007901 | TVA007997 | Strategic Plan for Nuclear Fuel | 03/2000 |
| | 0147 | TVA043909 | TVA043911 | Letter from T.L. Hayslett to R.R. Calabro re: Nuclear Fuel Supply Monthly Report - Febuary 2000 | 03/07/2000 |
| | 0148 | TVA043912 | TVA043914 | Letter from Thomas Hayslett to T.A. Keys re: Nuclear Fuel Supply Monthly Report - March 2000 | 03/11/2000 |
| | 0149 | TVA05-40569 | TVA05-40575 | Email from Donald L. Hutson RE: Spent Fuel Storage: Tritium Production Impact | 03/23/2000 |
| | 0150 | TVA04-4193 | TVA04-4194 | Energy Resources International Inc. report entitled 2000 Nuclear Fuel Cycle Supply and Price Report; with | 04/2000 |
| | 0151 | TVA002164 | TVA002176 | Strategic Plan for Nuclear Fuel | 04/2000 |
| | 0152 | TVA005757 | TVA005757 | Table, Business Plan FY 2001, Sequoyah Unit 1 | 04/20/2000 |
| | 0153 | TVA005742 | TVA005742 | Table, Business Plan FY 2001, Watts Bar Unit 1 | 05/01/2000 |
| | 0154 | GPE0011020 | GPE0011021 | Letter from DOE, Office of Civilian Radioactive Waste Management, I. Itkin to the Honorable A. S. King, re: letter of | 05/03/2000 |
| | 0155 | TVA003038 | TVA003041 | Letter from John A. Scalice to NRC Document Control Desk re: TVA Expected Submittal Dates For Browns Ferry Nuclear | 06/01/2000 |
| | 0156 | TVA043915 | TVA043918 | Letter from T.L. Hayslett to T.A. Keys re: Nuclear Fuel Supply Monthly Report - June 2000 | 07/07/2000 |
| | 0157 | TVA003274 | TVA003275 | Email from Donald Hutson to Charles Davis re: SQN Dry Storage Project: Recoverable Costs Over The Next Three | 08/03/2000 |

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0158 | EXD0030207 | EXD0030208 | Letter from John B. Carden III, TVA, to DOE Contracting Officer re: delivery commitment schedules for the Sequoyah | 09/01/2000 |
| | 0159 | TVA04-2986 | TVA04-2987 | E-mail chain between Donald Hutson, Lisa McKinney, et al., re: Storage Capacity and License Expiration | 09/06/2000 |
| | 0160 | EXT0010054 | EXT0010074 | Operation, Maintenance and Testing (NEDO-10084-5) | 10/02/2000 |
| | 0161 | TVA05 000430 | TVA05 000508 | TVA Contract Work Authorizations, 2000 - 2004 | 10/05/2000 |
| | 0162 | TV 0035 | TV42 | Fax from Tom Hayslett to Ed Small re: Spent Fuel Information | 12/13/2000 |
| | 0163 | TVA002071 | TVA002072 | Spent Fuel Storage Sequoyah Nuclear Plant | 02/2001 |
| | 0164 | TVA007721 | TVA007723 | Outline entitled Spent Fuel Storage | 02/2001 |
| | 0165 | TVA007701 | TVA007701 | Outline entitled Fuel Projection Assumptions | 02/01/2001 |
| | 0166 | | | Interagency Agreement Between DOE and TVA for the Off-Specification Fuel Project | 02/08/2001 |
| | 0167 | TVA042980 | TVA042980 | Email from James Robert to Donald Hutson re: BFN Reload Batch Size Increase Due to EPU Implementation | 02/12/2001 |
| | 0168 | TVA05-29128 | TVA05-29129 | Letter from William Tench to Charles R. Davis re: Track Bay Qualification | 03/20/2001 |
| | 0169 | TVA04737 | TVA04739 | Nuclear Fuel Notes - May 2001 | 05/2001 |
| | 0170 | TVA007694 | TVA007694 | Effect of BFN Operations Changes on Spent Fuel Requirements | 06/04/2001 |
| | 0171 | TVA002427 | TVA002427 | E-mail from Donald L. Hutson to John Symonds, et al., re: BFN Dry Storage Schedules: Loss of Full Court Discharge | 06/20/2001 |
| | 0172 | TVA0419469 | TVA0419470 | Email from Robert L. Keener RE: Auxilary Building Cask Crane Upgrade | 07/19/2001 |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0173 | TVA0419490 | TVA0419490 | Email from Robert L. Keener RE: Draft Response to Holtec | 07/31/2001 |
| | 0174 | COF0042561 | COF0042562 | Letter from John B. Carden III, TVA, to DOE Contracting Officer re: delivery commitment schedules for the Browns | 09/06/2001 |
| | 0175 | | | TVA's Answers to Defendant's First Set of Interrogatories and Responses to Defendant's Request for Production of | 10/09/2001 |
| | 0176 | | | TVA's Answers to Defendant's First Set of Interrogatories and Responses to Defendant's Request for Production of | 10/09/2001 |
| | 0177 | TVA0428069 | TVA0428069 | Email from Charles Davis to Jay Grafton re: Review of Proposed Contract for BFN Dry Storage | 10/10/2001 |
| | 0178 | TVA04-27916 | TVA04-27929 | E-mail from John B. Carden to Peter C. Askins re: Attached agenda for Meeting with Holtec | 10/17/2001 |
| | 0179 | TVA0522385 | TVA0522386 | Email from Donald L. Hutson to Larry D. Thompson re: Spent Fuel Recoverable Costs | 01/28/2002 |
| | 0180 | | | Calculation Method for the Projection of Future Spent Nuclear Fuel Discharges, Prepared for DOE, Prepared by | 02/2002 |
| | 0181 | HQR2390031 | HQR2390086 | Office of Radioactive Waste Management System Requirements Document Revision 05, DCN 05 | 05/2002 |
| | 0182 | TVA04-2257 | TVA04-2261 | Preliminary Spent Fuel Dry Storage Cost Estimates for Sequoyah and Browns Ferry Nuclear Plants; prepared by | 06/28/2002 |
| | 0183 | TVA05 22387 | TVA05 22388 | E-mail to R. Alan Chapman, cc: K. Niyoigi, Holtec, enclosing table re: Heavy Load Handling Path Hazard Evaluation | 07/11/2002 |
| | 0184 | TVA05-22389 | TVA05-22390 | R. Alan Chapman, e-mail message re: Load Path Hazards | 07/11/2002 |
| | 0185 | | | Projected High Energy Spent Fuel Inventories BFN Units 1 and 2 | 07/22/2002 |
| | 0186 | TVA042210 | TVA042211 | Email from T.A. Keys to Donald Hutson re: Spent Fuel Charges | 08/12/2002 |
| | 0187 | | | Letter from L. Mark Padovan to J.A. Scalice | 09/23/2002 |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0188 | EXT0010077 | EXT0010080 | Safety Evaluation Report Rev. 36 | 12/02/2002 |
| | 0189 | EXT0010045; EXT0010075 | EXT0010053; EXT0010076 | 9001 IF-300 71-9001; Certificate of Compliance Rev. 36 | 12/02/2002 |
| | 0190 | TVA043661 | TVA043663 | Email from Donald Hutson to Kay Whittenburg re: Spent Fuel Fact Sheet | 01/302003 |
| | 0191 | EXT0010030 | EXT0010044 | Operating Procedures Rev. LWT-03A | 02/2003 |
| | 0192 | TV03-2311 | TV03-2313 | Email from Donald Hutson to Peter Shea re: DOE Request For Decision Basis Not to Rerack | 03/04/2003 |
| | 0193 | TVA03-2498 | TVA03-2498 | Access Database named FD_1002.MDB provided by TVA on or about March 7, 2003 | 03/07/2003 |
| | 0194 | HQR2610120 | HQR2610130 | Statement of Dr. Margaret Chu, Director for Office of Civilian Radioactive Waste Management U. S. Department of | 04/07/2003 |
| | 0195 | EXT0010029 | EXT0010029 | Safety Evaluation Report Rev. 36 | 09/24/2003 |
| | 0196 | EXT0010010 | EXT0010028 | 9225 NAC-LWT 71-9225: Certificate of Compliance Rev. 36 | 09/24/2003 |
| | 0197 | TVA04-19975 | TVA04-19984 | Shaw Stone & Webster Construction Inc.: Proposal in Response to TVA RFP No. CSH22703 - Dry Cask Loading | 09/25/2003 |
| | 0198 | HQO.20031007.0004 | | Letter from Zabransky to Redeker | 09/25/2003 |
| | 0199 | TVA04-3445 | TVA04-3447 | Spent Fuel and High-Level Waste Repository and Interim Storage Status. | 11/2003 |
| | 0200 | TVA04-3448 | TVA04-3448 | Fuel Transfer Agreement Between General Electric Company and Tennessee Valley Authority | 11/17/03 |
| | 0201 | TVA04-3489 | TVA04-3490 | Fuel Transfer Agreement Between General Electric and Tennessee Valley Authority | 11/18/2003 |
| | 0202 | TVA05000495 | TVA05000497 | Contract Work Authorization (CWA) Request, CWA's 24D00200 thru 239, Stone & Webster | 12/30/2003 |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0203 | HQR2610532 | HQR2610532 | Schedule titled "SNF & HLW Disposal Decision Plan, Rev. C" | 01/12/2004 |
| | 0204 | TVP0080188 | TVP0100273 | Letter from John Carden to David Zanbransky re: Spent Fuel Transfer | 01/21/04 |
| | 0205 | HQR3040001 | HQR3040112 | DOE FY 2005 Congressional Budget Request, Budget Highlights, DOE/ME-0039 | 02/2004 |
| | 0206 | HQR3040333 | HQR3040993 | DOE FY 2005 Congressional Budget Request National Nuclear Security Administration, Office of the Administrator, | 02/2004 |
| | 0207 | HQR3040113 | HQR3040332 | DOE FY 2005 Congressional Budget Request, Other Defense Activities, Energy Security and Assurance Security, | 02/2004 |
| | 0208 | | | Access Database named SQFLEAS.MDB provided by TVA on a disk named SQN/WBN Fuel Data 7-7-04 | 07/07/2004 |
| | 0209 | TVA05-29209 | TVA05-29220 | E-mail from P. Richard Bevil to R. Alan Chapman, enclosing draft report entitled "Dry Cask Storage Project Lessons | 08/26/2004 |
| | 0210 | HQR3220001 | HQR3220042 | CRWMS Requirement Document Revision 06 | 09/2004 |
| | 0211 | HQR3220001 | HQR3220042 | Office of Radioactive Waste Management System Requirements Document Revision 06, DOE/RW-406 | 09/2004 |
| | 0212 | | | TVA's Answers to Defendant's First Set of Interrogatories and Third Request for Production of Documents | 01/24/2005 |
| | 0213 | | | Capital Project Justification Forms for Browns Ferry Nuclear Spent Fuel Management | 02/23/2005 |
| | 0214 | | | Business Plan FY 2005, Browns Ferry Unit 1 | 02/28/2005 |
| | 0215 | EXT0030063 | EXT0030063 | Table entitled Sequoyah Loading Costs | 03/28/2005 |
| | 0216 | EXT0030142 | EXT0030171 | Expert Witness Report of Warren K. Brewer | 03/29/2005 |
| | 0217 | EXT0130001 | EXT0130070 | Expert Report of Raymond S. Hartman | 03/29/2005 |

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0218 | EXT0040001 | EXT0040229 | Expert Report of Stephen Kiraly | 03/29/2005 |
| | 0219 | | | Photographs of Site Visit to Browns Ferry Nuclear Station | No Date |
| | 0220 | | | Photographs of Site Visit to Sequoyah Nuclear Station | No Date |
| | 0221 | TVA005149 | TVA005154 | Spent Fuel Storage Options Cash Flow Analysis | No Date |
| | 0222 | TVA002576 | TVA002593 | DOE Nuclear Fuel Data Survey | No Date |
| | 0223 | TVA002124 | TVA002135 | Tables and Graphs Showing Cash Flow for Storage at Browns Ferry and Sequoyah | 04/06/1999 |
| | 0224 | TVA007760 | TVA007761 | Table Projecting Storage Requirements at Sequoyah and Browns Ferry | No Date |
| | 0225 | TVA003725 | TVA003737 | Spent Fuel Presentation - Key Points | No Date |
| | 0226 | TVA007764 | TVA007765 | SQN Expansion: Dry Storage and BFN: Re-Rack | No Date |
| | 0227 | TVA003114 | TVA003118 | TVAN Spent Fuel Strategy | No Date |
| | 0228 | | | Reload Enrichments and Batch Sizes | No Date |
| | 0229 | TVA041147 | TVA041148 | Spent Fuel Study | No Date |
| | 0230 | TVA007768 | TVA007769 | Control of High-Level Waste | No Date |
| | 0231 | | | Browns Ferry "Uprated" Power Level over Time | No Date |
| | 0232 | EXT0030064 | EXT0030073 | Tables of Estimates Prepared by ABZ re: loading Fuel | No Date |

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0233 | TVA004463 | TVA004476 | Presentation Outline Spent Fuel Storage | No Date |
| | 0234 | TVA005192 | TVA005193 | TVA Intergrated Resource Plan High-Level Waste - Spent Nuclear Fuel Fact Sheet | No Date |
| | 0235 | | | The ACR Issue Resolution Process | No Date |
| | 0236 | TVA002067 | TVA002070 | BFN License Extension: Supplement to the Environmental Impact Statement (Spent Fuel) | No Date |
| | 0237 | TVA000293 | TVA000318 | General Comments with Marginallia | No Date |
| | 0238 | TVA000895 | TVA000895 | Recoverable Costs | No Date |
| | 0239 | TVA007762 | TVA007763 | Spent Fuel Plans, Sequoyah, Browns Ferry, Watts Bar | No Date |
| | 0240 | TVA002056 | TVA002056 | BFN Spent Fuel Storage Requirement | No Date |
| | 0241 | TVA004644 | TVA004644 | Information and Accumulation | No Date |
| | 0242 | CTR0031111 | CTR0031120 | Paper by A. Brownstein and B. Cole to Improve the Standard Disposal Contract: Paper re: Utility and DOE | No Date |
| | 0243 | TVA003183 | TVA003192 | Sequoyah Spent Fuel Strategy | No Date |
| | 0244 | TVA007695 | TVA007695 | Memorandum re: Impact of BFN Power Uprate and HEU on Spent Fuel Storage | No Date |
| | 0245 | TVA003032 | TVA003037 | TVA Docket No. 50-390 Watts Bar Nuclear Plant, Unit 1 Facility Operating License | No Date |
| | 0246 | TVA001963 | TVA001964 | Attachments A and B Assemblies Discharged from BFN | No Date |
| | 0247 | TVA000128 | TVA000130 | Letter from James Williams to Jan Atkinsons re: Draft Standard Contract for Disposal Services | No Date |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0248 | TVA003734 | TVA003734 | Spent Fuel Storage Status Report | No Date |
| | 0249 | TVA008363 | TVA008394 | Presentation To Ike Zeringue | No Date |
| | 0250 | TVA000134 | TVA000169 | Document Summary from W.F. Willis to H.G. Parris re: Nuclear Waste Policy Act of 1982 - Comments on Draft | No Date |
| | 0251 | TVA003829 | TVA003829 | Potential DOE Spent Fuel Acceptance vs TVA Requirements | No Date |
| | 0252 | | | Projected of Future Average Batch Discharge Exposures (MWD/MTU) | No Date |
| | 0253 | TVA056209 | TVA056209 | Dry Fuel Storage Project Proposed General Arrangement | No Date |
| | 0254 | TVA0419072 | TVA0419128 | TVA Review of SQN/BFN | No Date |
| | 0255 | TVA001382 | TVA001382 | Enclosure Spent Nuclear Fuel On-Site Storage Tennessee Valley Authority | No Date |
| | 0256 | TVA007702 | TVA007710 | Spent Fuel and High-Level Waste Briefing | No Date |
| | 0257 | TVA002026 | TVA002026 | Projected High Energy Spent Fuel Inventories | No Date |
| | 0258 | TVA004215 | TVA004223 | Nuclear Fuel Strategic Plan 1994 | No Date |
| | 0259 | TVA04-717 | TVA04-717 | BFN Spent Fuel Storage Requirement | No Date |
| | 0260 | TVA002053 | TVA002053 | BFN Spent Fuel Cask Projections | No Date |
| | 0261 | TVA04-724 | TVA04-724 | BFN Spent Fuel Storage Requirement | No Date |
| | 0262 | TVA002074 | TVA002074 | Updated Projection of Tritium Production Impact on SQN Dry Storage | No Date |

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0263 | TVA002063 | TVA002063 | Current Sequoyah SFSP Burnup/Enrichment Equivalency | No Date |
| | 0264 | TVA04-2212 | TVA04-2213 | BFN Spent Fuel Management | No Date |
| | 0265 | TVA041916 | TVA041918 | Figures showing Potential DOE Spent Fuel Acceptance vs. TVA Requirements, Sequoyah and Browns Ferry Unit 3 | No Date |
| | 0266 | TVA007768 | TVA007769 | TVA Presentation re: Control of High-Level Waste | No Date |
| | 0267 | TVA002090 | TVA002099 | Spent Fuel and High-Level Waste Briefing | No Date |
| | 0268 | | | TN-68 FSAR | No Date |
| | 0269 | TVA05-1437 | TVA05-1503 | Holtec International, Holtec Report No: HI-2022848: Analysis of Storage Rack Spacing in Browns Ferry Spent Fuel Pools | No Date |
| | 0270 | TVA04-28069 | TVA04-28091 | E-mail message from Charles R. Davis to Jay T. Grafton re: Review of Proposed Contract for BFN Dry Storage | No Date |
| | 0271 | TVA003644 | TVA003646 | Spent Fuel Study and Sequoyah Spent Fuel Strategy | No Date |
| | 0272 | TVA002081 | TVA002083 | Spent Nuclear Fuel Storage | No Date |
| | 0273 | TVA055325 | TVA055325 | Browns Ferry Dry Fuel Storage Project General | No Date |
| | 0274 | TVA000097 | TVA000127 | Contract for Disposal of Spent Nuclear Fuel And/or High-level Radioactive Waste Comments on Nuclear Waste | No Date |
| | 0275 | | | Hi-Storm FSAR Report Hi-2002444 Table 8.1.1 Estimated Handling Weights of Hi-Storm 100 System Components | No Date |
| | 0276 | EXT0010081 | EXT0010081 | HI-951251, Hi-Star SAR Report, Table 7.1.2 Estimated Maximum Handling Weights Hi-Star 100 System | No Date |
| | 0277 | TVA005113 | TVA005121 | Presentation and Table re: Transship Option | No Date |

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0278 | | | OCRWM Comparison between Budget Request for Federal Repository and Actual Appropriations | No Date |
| | 0279 | | | DOE Chart Comparing Budget Request to Actual Appropriations for Federal Repository 1995-2005 | No Date |
| | 0280 | TVA003727 | TVA003733 | Presentation re: SQN Options | No Date |
| | 0281 | TVA007696 | TVA007697 | Tables Projecting Storage Requirements | No Date |
| | 0282 | TVA003107 | TVA003118 | Outline: Presentation to Ike Zeringue | No Date |
| | 0283 | | | Capital Project Justification Forms for Project BFN Spent Fuel Management | No Date |
| | 0284 | TVP0190071 | TVP0190087 | Holtec Invoice Log | No Date |
| | 0285 | TVA004511 | TVA004511 | BFN and BLN Status | No Date |
| | 0286 | TVA007785 | TVA007792 | TVAN Paper re: Spent Fuel Management | No Date |
| | 0287 | TVA000743 | TVA000743 | General Electric Draft Letter re: Contract for removal of SNF | No Date |
| | 0288 | TVA04-3696 | TVA04-3697 | TVA Self-Assessment Report and Interview | No Date |
| | 0289 | TVA002879 | TVA002895 | TVA v. United States Materials from the Files of: Mark J. Burzynski | No Date |
| | 0290 | TV 1035 | TV 1071 | Draft Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | No Date |
| | 0291 | TV 1074 | TV 1074 | Major Issues on DOE Nuclear Waste Contracts | No Date |