Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0001 | TVA051169 | TVA051169 | Unit O - Location of Structures - Browns Ferry Nuclear | 10/17/1980 |
| | 0002 | TV 1378 | TV 1426 | Letter from James J. Fiore, DOE, to Ray Hoskins, TVA, enclosing draft version of contract for disposal of spent | 06/03/1982 |
| | 0003 | TV 1365 | TV 1376 | Letter from Larry Hobart, American Public Power Association, to Charles Dean, TVA, enclosing parts of a | 01/12/1983 |
| | 0004 | TV 1317 | TV 1359 | Letter from S.P. Kraft, Edison Electric Institute, to Robert Mullin, TVA, enclosing EEI mark-up of draft contract | 01/24/1983 |
| | 0005.00 | ARC0010001 | ARC0010055 | Administrative Record-Standard Contract: Public Hearing on the Standard Contact for Disposal of Spent Nuclear Fuel | 03/03/1983 |
| | 0005.001 | ARC0010056 | ARC0010070 | Federal Register Notice Part IV re: Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level | 02/04/1983 |
| | 0005.002 | ARC0010071 | ARC0010090 | Federal Register Notice Part II re: Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level | 04/18/1983 |
| | 0005.003 | ARC0010091 | ARC0010101 | Response to request for comments on Standard Contract for Disposal of SNF and/or HLW | 02/04/1983 |
| | 0005.004 | ARC0010102 | ARC0010120 | Letter from Hunton & Williams to NWPA-Project Office, DOE | 02/08/1983 |
| | 0005.005 | ARC0010121 | ARC0010125 | Letter from Southern California Edison Company to NWPA-Project Office re: Contract for Disposal of SNF | 02/07/1983 |
| | 0005.006 | ARC0010126 | ARC0010136 | Letter from H.B. Tucker, Duke Power Company, to NWPA-Project Office re: Contract for Disposal of SNF | 02/08/1983 |
| | 0005.007 | ARC0010137 | ARC0010137 | Letter from the Virginia State Corporation Commission Division of Energy Regulation to NWPA - Project Office re: | 02/17/1983 |
| | 0005.008 | ARC0010138 | ARC0010140 | Letter from San Diego Gas & Electric to NWPA-Project Office re: Request for Comments on Standard Contract - | 02/24/1983 |
| | 0005.009 | ARC0010141 | ARC0010148 | Statement before the Public Hearing on DOE's Draft | 03/03/1983 |
| | 0005.010 | ARC0010149 | ARC0010156 | Statement of E. Linn Draper, Jr., Senior Vice President-External Affairs Gulf States Utilities Company on behalf of | No Date |

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0005.011 | ARC0010157 | ARC0010163 | Public Hearing Comments from Dr. William M. Jacobi, General Manager, Nuclear Fuel Division, Westinghouse | 03/03/1983 |
| | 0005.012 | ARC0010164 | ARC0010168 | Letter from D. H. Peterson, Northern State Power Co., to NWPA-Project Office re: Comments on the Draft Waste | 03/03/1983 |
| | 0005.013 | ARC0010169 | ARC0010175 | Omaha Public Power District's Comments concerning draft standard contract for the disposal of SNF. | No Date |
| | 0005.014 | ARC0010176 | ARC0010187 | Letter from the Cincinnati Gas & Electric Company re: Notice of Proposed Rulemaking on standard contract for | 03/04/1983 |
| | 0005.015 | ARC0010188 | ARC0010206 | Comments by Consumers Power Company on Contract for disposal of SNF | No Date |
| | 0005.016 | ARC0010207 | ARC0010211 | Letter from H.L. Brey, Public Service Company of Colorado to NWPA-Project Office re: Proposed standard contract for | 03/03/1983 |
| | 0005.017 | ARC0010212 | ARC0010224 | Comments from the Cleveland Electric Illuminating Company re: Contract for disposal of SNF and/or High-Level | 03/04/1983 |
| | 0005.018 | ARC0010225 | ARC0010235 | Comments from the Gulf States Utility re: Standard Contract for disposal of SNF and/or High-Level Radioactive Waste | No Date |
| | 0005.019 | ARC0010236 | ARC0010239 | Comments by Wisconsin Public Service Corporation; Contract for the disposal of SNF and/or High Level | 03/03/1983 |
| | 0005.020 | ARC0010240 | ARC0010241 | Letter from the Iowa Department of Transportation to NWPA-Project Office re: Proposed DOE Standard Contract | 03/04/1983 |
| | 0005.021 | ARC0010242 | ARC0010245 | Letter from the Public Service of New Hampshire to NWPA-Project Office re: Standard Contract for disposal of | 03/04/1983 |
| | 0005.022 | ARC0010246 | ARC0010249 | Letter from GPU Services to NWPA-Project Office re: Contract for disposal of SNF and/or High-Level Radioactive | 03/04/1983 |
| | 0005.023 | ARC0010250 | ARC0010254 | Letter from Yankee Atomic Electric Company, A.R. Soucy to NWPA-Project Office re: Standard Contract for disposal of | 03/04/1983 |
| | 0005.024 | ARC0010255 | ARC0010259 | Letter from Public Service Electric and Gas Company, Richard Fryling, to NWPA-Project Office re: Nuclear Waste | 03/03/1983 |
| | 0005.025 | ARC0010260 | ARC0010262 | Letter from the Long Island Lighting Company, W.J. Tunney, to NWPA-Project Office re: Contract for disposal of SNF | 03/03/1983 |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0005.026 | ARC0010263 | ARC0010268 | Letter from Northeast Utilities, B.W. Erk, to NWPA-Project Office re: Contract for disposal of SNF and/or High-Level | 03/03/1983 |
| | 0005.027 | ARC0010269 | ARC0010273 | Letter from Southern Company Services, Inc., Ruble A. Thomas, to Robert Morgan, NWPA-Project Office re: | 03/04/1983 |
| | 0005.028 | ARC0010274 | ARC0010282 | Letter from Alabama Power, F.L. Clayton, to Robert Morgan, NWPA-Project Office re: Contract for Disposal of SNF | 03/04/1983 |
| | 0005.029 | ARC0010283 | ARC0010290 | Standard Contract Administrative Record Final Comments from Duke Power Company; Standard Contract for disposal | 03/03/1983 |
| | 0005.030 | ARC0010291 | ARC0010298 | Letter from Kansas Gas and Electric Company to NWPA-Project Office re: Contract for disposal of SNF and/or | 03/01/1983 |
| | 0005.031 | ARC0010299 | ARC0010301 | Letter from Iowa Electric Light and Power Company to NWPA-Project Office re: Comments on the he proposed | 03/03/1983 |
| | 0005.032 | ARC0010302 | ARC0010315 | Letter from the Mississippi Power and Light Company to NWPA-Project re: Grand Gulf Nuclear Station Units 1 & 2 | 03/04/1983 |
| | 0005.033 | ARC0010316 | ARC0010324 | Letter from Portland General Electric Company, J.T. Owens to NWPA- Project Office re: Comments and | 03/04/1983 |
| | 0005.034 | ARC0010325 | ARC0010412 | Letter from Edison Electric Institute to Robert Morgan, NWPA-Project Office re: Standard Contract for Disposal of | 03/07/1983 |
| | 0005.035 | ARC0010413 | ARC0010413 | Letter from Atlantic Electric to NWPA-Project Office re: Nuclear Waste Policy Act of 1982 Standard Contract for | 03/02/1983 |
| | 0005.036 | ARC0010414 | ARC0010415 | Letter from Detroit Edison to NWPA-Project Office re: comments on Standard Contract for disposal of SNF and/or | 03/03/1983 |
| | 0005.037 | ARC0010416 | ARC0010416 | Letter from the State of Iowa, Dept. of Public Defense-Disaster Services to NWPA-Project Office re: | 03/02/1983 |
| | 0005.038 | ARC0010417 | ARC0010417 | Letter from Robert Alexander to the NWPA-Project Office re: Standard Contract for disposal of SNF and/or High-Level | 03/02/1983 |
| | 0005.039 | ARC0010418 | ARC0010420 | Letter from American Electric Power to NWPA Project Office re: 10 C.F.R. PART 961, Standard Contract for disposal of | 03/07/1983 |
| | 0005.040 | ARC0010421 | ARC0010422 | Letter from Nuclear Energy Information Service, Energy Analyst, to NWPA Project Office re: Corrections to testimony | 03/05/1983 |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0005.041 | ARC0010423 | ARC0010435 | Letter from Penberthy Electomelt International, Inc., L. Penberthy to NWPA-Project Office re: Hearing for Public | 03/04/1983 |
| | 0005.042 | ARC0010436 | ARC0010437 | Letter from Larry Caldwell to NWPA Project Office re: Comments on Standard Contract for Disposal of Spent | 03/05/1983 |
| | 0005.043 | ARC0010438 | ARC0010441 | Letter from Florida Power and Light Company re: Standard Contract for disposal of SNF and/or High Level Radioactive | 03/07/1983 |
| | 0005.044 | ARC0010442 | ARC0010443 | Letter from Arkansas Power & Light Company re: Comments on Contract for disposal of SNF and /or High | 03/04/1983 |
| | 0005.045 | ARC0010444 | ARC0010445 | Letter from Nebraska Public Power District to NWPA-Project Office re: Comments on Contract for disposal of SNF and | 03/04/1983 |
| | 0005.046 | ARC0010446 | ARC0010446 | Letter from Department of Justice to NWPA-Project Office re: Contract for disposal of SNF and /or High Level | 03/07/1983 |
| | 0005.047 | ARC0010447 | ARC0010448 | Letter from Nebraska Public Power District to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or | 03/04/1983 |
| | 0005.048 | ARC0010449 | ARC0010451 | Letter from Pennsylvania Power & Light Company to NWPA-Project Office re: Comments on Contract for | 03/04/1983 |
| | 0005.049 | ARC0010452 | ARC0010455 | Letter from Duquesne Light to NWPA-Project Office re: Letter from Nebraska Public Power District to NWPA-Project | 03/04/1983 |
| | 0005.050 | ARC0010456 | ARC0010457 | Letter from Toledo Edison to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High | 03/04/1983 |
| | 0005.051 | ARC0010458 | ARC0010464 | Letter from Commonwealth Edison to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High | 03/04/1983 |
| | 0005.052 | ARC0010465 | ARC0010467 | Letter from the Environmental Policy Inst. re: Comments on Contract for disposal of SNF and /or High Level Radioactive | 03/07/1983 |
| | 0005.053 | ARC0010468 | ARC0010472 | Letter from Westinghouse Electric Corporation to NWPA-Project Office re: Comments on Contract for disposal | 03/07/1983 |
| | 0005.054 | ARC0010473 | ARC0010473 | Letter from Atlantic Electric to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High | 03/02/1983 |
| | 0005.055 | ARC0010474 | ARC0010476 | Responsive Comments from the AIF Committee on the Nuclear Waste Fund re: Comments on Contract for disposal | No Date |

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0005.056 | ARC0010477 | ARC0010483 | Letter from the American Electric Power Service Corp., to NWPA-Project Office re: Comments on Contract for disposal | 03/04/1983 |
| | 0005.057 | ARC0010484 | ARC0010487 | Letter from the Philadelphia Electric Company to NWPA-Project Office re: Comments on Contract for disposal | 03/03/1983 |
| | 0005.058 | ARC0010488 | ARC0010490 | Letter from Carolina Power and Light Company to NWPA-Project Office re: Contract for disposal of SNF and | 03/03/1983 |
| | 0005.059 | ARC0010491 | ARC0010492 | Letter from Friends of the Earth to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High | 03/07/1983 |
| | 0005.060 | ARC0010493 | ARC0010524 | Comments by Pacific Gas and Electric Company; Contract for the disposal of SNF and/or High Level Radioactive Waste | 03/04/1983 |
| | 0005.061 | ARC0010525 | ARC0010526 | Letter from Mary Metcalf to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High | 03/02/1983 |
| | 0005.062 | ARC0010527 | ARC0010532 | Letter from LeBoeuf, Lamb, Leiby and MacRae to NWPA-Project Office re: Contract for disposal of SNF and | 03/07/1983 |
| | 0005.063 | ARC0010533 | ARC0010559 | Comments by TVA; Contract for the disposal of SNF and/or High Level Radioactive Waste | No Date |
| | 0005.064 | ARC0010560 | ARC0010561 | Letter from the Nuclear Fuel Service, Inc. to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or | 03/07/1983 |
| | 0005.065 | ARC0010562 | ARC0010564 | Letter from Maine Yankee Atomic Power Company to NWPA-Project Office re: Comments on Contract for disposal | 03/07/1983 |
| | 0005.066 | ARC0010565 | ARC0010570 | Letter from The Houston Lighting and Power Company to Office of Procurement Operations re: Comments on | 03/04/1983 |
| | 0005.067 | ARC0010571 | ARC0010573 | Letter from Virginia Electric and Power Company to NWPA-Project Office re: Comments on Contract for disposal | 03/07/1983 |
| | 0005.068 | ARC0010574 | ARC0010623 | Letter from General Electric to NWPA re: Comments on Contract for disposal of SNF and /or High Level Radioactive | 03/08/1983 |
| | 0005.069 | ARC0010624 | ARC0010631 | Letter from Middle South Services, Inc., to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or | 03/07/1983 |
| | 0005.070 | ARC0010632 | ARC0010638 | Letter from Vermont Yankee Nuclear Power Corp., to NWPA-Project Office re: Comments on Contract for disposal | 03/07/1983 |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0005.071 | ARC0010639 | ARC0010641 | Letter from Baltimore Gas and Electric to NWPA-Project Office re: Draft DOE Utility Standard Waste Disposal | 03/07/1983 |
| | 0005.072 | ARC0010642 | ARC0010647 | Letter from Consolidated Edison Company to NWPA re: Draft Contract for disposal of SNF and /or High Level | 03/07/1983 |
| | 0005.073 | ARC0010648 | ARC0010648 | Letter from C-E Power Systems to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High | 03/07/1983 |
| | 0005.074 | ARC0010649 | ARC0010649 | Letter from Southern California Edison Company to NWPA-Project Office re: Comments on Contract for disposal | 03/04/1983 |
| | 0005.075 | ARC0010650 | ARC0010652 | Letter from Virginia Electric and Power Company to NWPA-Project re: Comments on Contract for disposal of | 03/07/1983 |
| | 0005.076 | ARC0010653 | ARC0010656 | Letter from Louisiana Power and Light to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or | 03/07/1983 |
| | 0005.077 | ARC0010657 | ARC0010659 | Letter from Rochester Gas and Electric Corp. to NWPA-Project Office re: Comments on Contract for disposal | 03/07/1983 |
| | 0005.078 | ARC0010660 | ARC0010662 | Letter from South Carolina Electric and Gas Co., to NWPA-Project Office re: Comments on Contract for disposal | 03/07/1983 |
| | 0005.079 | ARC0010663 | ARC0010663 | Letter from Arizona Nuclear Power Project to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or | 03/07/1983 |
| | 0005.080 | ARC0010664 | ARC0010672 | Letter from Dairyland Power Corp., to NWPA-Project Office re: Comments on Contract for disposal of SNF and /or High | 03/07/1983 |
| | 0005.081 | ARC0010673 | ARC0010680 | Letter from J.T. Beckham, Jr, Georgia Power to NWPA-Project Office re: Comments on Contract for | 03/04/1983 |
| | 0005.082 | ARC0010681 | ARC0010681 | Letter from Delmarva Power to NWPA-Project Office re: Contract for disposal of SNF and /or High Level Radioactive | 03/08/1983 |
| | 0005.083 | ARC0010682 | ARC0010690 | Letter from Niagara Mohawk Power Corp., to NWPA-Project Office re: Contract for disposal of SNF and /or High Level | 03/07/1983 |
| | 0005.084 | ARC0010691 | ARC0010692 | Letter from Florida Power to NWPA-Project Office re: Standard Contract for disposal of SNF and/or High Level | 03/04/1983 |
| | 0005.085 | ARC0010693 | ARC0010694 | Comments by Boston Edison: Contract for the disposal of SNF and/or High Level Radioactive Waste | No Date |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0005.086 | ARC0010695 | ARC0010696 | Excerpts from Federal Register re: Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level | 05/24/1983 |
| | 0006 | TVP0041022 | TVP0041036 | Letter from the American Public Power Association, L. Hobart to DOE, Dr. Thomas Dillon re: APPA's comments on | 01/21/1983 |
| | 0007 | SMUD0011715 | SMUD0011729 | Letter to T. Dillon re: Specific Language Changes to 1/19/83 DOE Draft Contract | 01/21/1983 |
| | 0008 | TVP0041103 | TVP0041145 | Letter from Edison Electronic Institute S. Kraft to Tennessee Valley Authority, R. Mullin containing attachment EEI's | 01/24/1983 |
| | 0009 | TVP0041012 | TVP0041021 | Memorandum from Eileen Peerless to APPA Members with Interest in Nuclear Power re: Results of DOE Briefing on | 01/24/1983 |
| | 0010 | TVP0041148 | TVP0041148 | Letter from the Atomic Industrial Forum, Inc., Emanuel Gordon to Working Group on Nuclear Waste Fund Draft | 01/24/1983 |
| | 0011 | TV 1251 | TV 1261 | Letter from Larry Hobart, American Public Power Association, to Charles Dean, TVA, enclosing APPA | 01/24/1983 |
| | 0012 | TVA000237 | TVA000253 | Memo from R.J. Mullin to Erik Kvaven re: Implementation of Nuclear Waste Policy Act of 1982, with Attachments | 01/24/1983 |
| | 0013 | TV 1223 | TV 1223 | Memorandum from H.G. Parks to W.F. Willis re: Working Draft of a Contract Between DOE and Utilities for Disposal | 01/31/1983 |
| | 0014 | SMUDPRIV0050 | SMUDPRIV0054 | DOE Spent Fuel Disposal Contract | 02/04/1983 |
| | 0015 | TVA000174 | TVA000188 | Memo from James Ratliff to Erik Kvaven re: Draft Comments regarding the Waste Bill | 02/18/1983 |
| | 0016 | GPE0010322 | GPE0010392 | Letter from Edison Electric Inst. S.P. Kraft to Members of the Nuclear Fuel Committee re: Comments on Draft | 02/18/1983 |
| | 0017 | TVA000170 | TVA000172 | Telecopy Request from Erik Kvaven to M.L. Wills of a letter from James Williams to Jan Atkinsons re: Draft Standard | 02/24/1983 |
| | 0018 | TVA000189, TVA000131 | TVA000189, TVA000132 | Transmittal from Erik Kvaven to J.H. McDowell, Jr. of a letter from James Williams to Jan Atkinsons re: Draft Standard | 02/28/1983 |
| | 0019 | TVA000054 | TVA000061 | Statement of M.C. Cook Vice President, Contracts, Fuels and Corporate Development On Behalf of Florida Power & | 03/01/1983 |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0020 | TVA000079 | TVA000082 | Memo from H.G. Parris to W.F. Willis re: Nuclear Waste Policy Act of 1982 (Act) - Comments on Draft Contract | 03/02/1983 |
| | 0021 | TVA000044 | TVA000045 | Letter from James Williams to Jan Atkinsons re: Draft Standard Contract for Disposal Services | 03/07/1983 |
| | 0022 | SMUDPRIV0102 | SMUDPRIV0104 | Shaw Pittman Memorandum from Jay Silberg re: DOE Final Disposal Contract | 04/14/1983 |
| | 0023 | TVA000744, TVA000013 | TVA000744, TVA000014 | Letter from Erik Kvaven, TVA, to Thomas Keefe, DOE, re: The March 7, 1983 letter from C.H. Dean, Jr. to Robert | 05/06/1983 |
| | 0024 | GPE0010496 | GPE0010501 | Meeting Notes from Edison Electric Institute, Task Group on Waste Contract | 05/12/1983 |
| | 0025 | TVA000516 | TVA000518 | Letter from L.E. Gruber, General Electric, to James Williams, Jr., TVA re: Contracts 66-p-76-t1 and 67p-76-t2, Including | 05/19/1983 |
| | 0026 | TVA000506 | TVA000509 | Letter from Erik Kvaven, TVA, to Thomas Keefe, DOE, re: Deviations from and changes to the Standard Contract | 05/20/1983 |
| | 0027 | YDK023709 | YDK023716 | Letter from Edison Electric Inst. J. J. Kearney to NWPA Project Office, Robert Morgan re: 10 CFR Part 961 - | 05/20/1983 |
| | 0028 | TV 1467 | TV 1475 | Memorandum from Allan T. Mullins to Erik Kvaven re: Requisition for Contract with DOE Required by the Nuclear | 05/24/1983 |
| | 0029 | TVA000514 | TVA000515 | Letter from Thomas Keefe, DOE, to Erik Kvaven, TVA, re: Deviations from and changes to the Standard Contract | 06/17/1983 |
| | 0030 | TVA000495 | TVA000497 | Memo from James Williams, Jr. to W.F. Willis re: Requisition 66-938611 - Contract with the Department of Energy for | 06/20/1983 |
| | 0031 | TVA000544 | TVA000544 | Letter from Erik Kvaven, TVA, to Thomas Keefe, DOE, re: Copies of Contract for Disposal of Spent Fuel containing | 06/24/1983 |
| | 0032 | JT EX p. 1 | JT EX p. 70 | Standard Contract DE-CR01-83NE44420, Contract between TVA and the United States for Disposal of Spent Nuclear | 06/28/1983 |
| | 0033 | TVA000505 | TVA000505 | Lette from Erick Kvaven to Herbert Sanger re: Nuclear Waste Policy Act of 1982 (Nwpa) - Initial Payment under | 07/13/1983 |
| | 0034 | SMUDPRIV0130 | SMUDPRIV0146 | Potential Issues to Be Addressed in a Rulemaking Proceeding on the DOE Disposal Contract | 08/29/1983 |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0035 | TVA001651 | TVA001651 | Memo from C.R. Dodson to W.A. Dobson Re: Contract DE-CR01-83NE44420- Contract for Disposal of Spent | 09/12/1983 |
| | 0036 | YDK045589 | YDK045591 | Memorandum from Yankee Atomic - Bolton, J. Buchheit and E. Pilat to R. Grube and R. Rich re: Sept. 27, 1983 | 10/19/1983 |
| | 0037 | SNP0118459 | SNP0118885 | DOE Office of Civilian Radioactive Waste Management: Proceedings of the 1983 Civilian Radioactive Waste | 12/12/1983 |
| | 0038 | CTR-042-1065 | CTR-042-1190 | Draft Civilian Radioactive Waste Management Program Mission Plan, Volume I, Overview and Current Program | 12/20/1983 |
| | 0039 | YDK023771 | YDK023772 | Memorandum from Yankee Atomic, J.M. Buchheit to R.M. Grube re: Petition for Rulemaking to Amend the Nuclear | 01/20/1984 |
| | 0040 | PNL-150-0158 | PNL-150-0167 | Draft Program Strategy w/attached comments from Head, C.R. | 02/29/1984 |
| | 0041 | TVA001592 | TVA001615 | Memo from A. T. Mullins Distributing Raymond E. Hoskins Presentation titled Concepts for an All-Purpose Transport, | 03/19/1984 |
| | 0042 | | | Draft Mission Plan for the Civilian Radioactive Waste Management Program, Volumes I: Overview and Current | 04/1984 |
| | 0043 | YDK013940 | YDK013941 | Letter from Donald Paul Hodel, Secretary, Dept. of Energy to the Honorable J. Bennett Johnston, Committee on Energy | 09/07/1984 |
| | 0044 | SMUD0014889 | SMUD0014914 | Memorandum in Support of Petition for Rulemaking | 03/18/1985 |
| | 0045 | HQR0031088 | HQR0031620 | DOE, Office of Civilian Radioactive Waste: 1985 Mission Plan for the Civilian Radioactive Waste Management | 06/1985 |
| | 0046 | TVA000594 | TVA000594 | Appendix a Nuclear Power Reactor(s) or Other Facilities Covered | 06/1986 |
| | 0047 | HQR0540039 | HQR0540101 | Recommendations for Management of Greater-Than-Class-C Low-Level Radioactive Waste: Report | 12/01/1987 |
| | 0048 | PNL-037-0307 | PNL-037-0349 | Monitored Retrievable Storage Submission to Congress—Volume I: The Proposal | 03/1987 |
| | 0049 | HQ 0005797 | HQ 0006319 | OCRWM Mission Plan Amendment with Comments on the Draft Amendment and Responses to the Comments | 06/1987 |

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0050 | HQR0012705 | HQR0012792 | DOE Office of Civilian Radioactive Waste Publication: 1987 Annual Capacity Report | 06/1987 |
| | 0051 | HQR0031621 | HQR0032143 | DOE Office of Civilian Radioactive Waste: 1987 OCRWM Mission Plan Amendment w/ comments on the Draft | 06/01/1987 |
| | 0052 | TVA001936 | TVA001944 | Summary of Standard Contract Issues | 06/15/1987 |
| | 0053 | YDK038291 | YDK038416 | Letter from Utility Nuclear Waste Management Group, Nancy Montgomery to Members, High-Level Waste/Spent | 06/24/1987 |
| | 0054 | CTR0031055 | CTR0031056 | Letter from Utility Nuclear Waste Management Group, Nancy Montgomery to DOE, Office of Civilian Radioactive | 11/10/1987 |
| | 0055 | TVA001839 | TVA001901 | Letter from Alan Brownstein to Nancy Montgomery re: Draft Summary 1987 Annual Capacity Report (ACR) | 11/19/1987 |
| | 0056 | PNL0460173 | PNL0460173 | Edison Electric Inst. Listing of Members of the Utility Nuclear Waste Management Group; Annual Capacity Report | 12/09/1987 |
| | 0057 | DB0001097 | DB0001187 | Annual Capacity Report | 06/1988 |
| | 0058 | HQR0012610 | HQR0012704 | DOE Office of Civilian Radioactive Waste Publication: 1988 Annual Capacity Report | 06/1988 |
| | 0059 | HQR0030688 | HQR0030797 | Draft 1988 Mission Plan Amendment | 06/1988 |
| | 0060 | HQR0255201 | HQR0255309 | DOE Report, Office of Civilian Radioactive Waste Management: Draft 1988 Mission Plan Amendment | 06/1988 |
| | 0061 | CTR0060075 | CTR0060085 | Minutes of Meeting between ACR Response Team, UNWMG, and DOE | 10/13/1988 |
| | 0062 | TVA002428 | TVA002446 | Statement of William F. Willis Before the Monitored Retrievable Storage Review Commission | 01/17/1989 |
| | 0063 | CDB006316 | CDB006336 | Letter from Edison Electric Inst. Brian Farrell to ACR Committee re: DOE White Papers | 07/17/1989 |
| | 0064 | DB0001441 | DB0001474 | Report to Congress on Reassessment of the Civilian Radioactive Waste Management Program | 11/1989 |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0065 | NET0010692 | NET0010714 | Letter from Energy Resources International, M. Schwartz to Brian Farrell, Edison Electric Institute | 11/15/1990 |
| | 0066 | HQR0012487 | HQR0012609 | DOE Office of Civilian Radioactive Waste Publication: 1990 Annual Capacity Report | 12/1990 |
| | 0067 | EDB0011518 | EDB0011519 | DOE Memorandum from Ron Milner to the Director, Office of Civilian Radioactive Waste Management, Approval for the | 12/21/1990 |
| | 0068 | | | Letter re enclosures of final versions of 11 ACR positions discussed at 2/19/91 meeting; also enclosed is draft | 03/20/1991 |
| | 0069 | CTR0001694 | CTR0001712 | Letter re Annual Capacity Report Issue Resolution Process | 04/01/1991 |
| | 0070 | TVA001966 | TVA001966 | Modifications for the TVA to DOE's Draft Acceptance Priority Ranking | 05/1991 |
| | 0071 | TVA001552 | TVA001552 | Modifications for the TVA to DOE's Draft Acceptance Priority Ranking | 05/1991 |
| | 0072 | TVA005188 | TVA005191 | Memo from T. L. Hayslett, Jr. to M.O. Medford re: High-Level Waste Briefing Paper | 07/10/1991 |
| | 0073 | HQR0030798 | HQR0031012 | Office of Civilian Radioactive Waste Management: 1991 Draft Mission Plan Amendment | 09/1991 |
| | 0074 | TVA004271 | TVA004285 | Memo from R. J. Mullin to T. L. Hayslett, Jr. re: Spent Fuel Management - Draft Input For FY 1992 Annual Plan | 09/04/1991 |
| | 0075 | TVA004268 | TVA004270 | Memo from R. J. Mullin to T. L. Hayslett, Jr. re: Spent Fuel Management - Draft Input For Nuclear Fuel Supply Strategy | 09/05/1991 |
| | 0076 | HQR0012357 | HQR0012419 | DOE Office of Civilian Radioactive Waste Publication: DOE 1991 Annual Capacity Report | 12/1991 |
| | 0077 | HQ0006854 | HQ0006889 | 1991 Acceptance Priority Ranking | 12/1991 |
| | 0078 | EDB0011764 | EDB0011765 | DOE Memorandum to the Director, Office of Civilian Radioactive Waste Management, J.W. Bartlett re: Approval | 12/20/1991 |
| | 0079 | TVA001560 | TVA001569 | Letter from M. Detmer, DOE to David H. Marks, TVA re: Standard Contract for Disposal of SNF and/or High-Level | 03/04/1992 |

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0080 | RS001570 | RS001572 | Dual Purpose Cask/Dry Transfer System Demonstration Project Meeting | 04/07/1992 |
| | 0081 | TVA004286 | TVA004299 | Memo from T. L. Hayslett, Jr. re: FY 1993 Annual Plan - Nuclear Fuel Supply | 10/06/1992 |
| | 0082 | TVA004301 | TVA004307 | Fiscal Year 1992 Situation Assessment for the Nuclear Fuel Supply Program of the TVA | 11/1992 |
| | 0083 | HQR-038-0090 | HQR-038-0093 | Letter enclosing "A New Strategy for Management of Commercial Spent Nuclear Fuel" | 12/17/1992 |
| | 0084 | HQR0012315 | HQR0012353 | DOE Office of Civilian Radioactive Waste Publication: 1992 Annual Capacity Report | 05/1993 |
| | 0085 | TVA004065 | TVA004135 | Presentation Outline Spent Fuel Storage/Disposal TVA Perspective and Projects | 08/30/1993 |
| | 0086 | GPE0010596 | GPE0010597 | Letter from DOE, Office of Civilian Radioactive Waste Management, L. Barrett to Sacramento Municipal Utility | 09/02/1993 |
| | 0087 | TVA004206 | TVA004207 | Spent Nuclear Fuel Plans/Contingencies | 01/10/1994 |
| | 0088 | EDB0010315 | EDB0010384 | DOE Report, Office of Civilian Radioactive Waste Management: Acceptance Priority Ranking and Annual | 03/1995 |
| | 0089 | HQ0002243 | HQ0002312 | 1995 Acceptance Priority Ranking and Annual Capacity Report | 03/1995 |
| | 0090 | CTR0020138 | CTR0020200 | 1995 Acceptance Priority Ranking and Annual Capacity Report | 09/1996 |
| | 0091 | TVA005206 | TVA005208 | Letter from Don Hutson to Ed Hartwig | 10/09/1996 |
| | 0092 | TVA001404 | TVA001404 | TVA High Level Waste Situation | 12/05/1996 |
| | 0093 | TVP0170001 | TVP0170168 | TVA Dry Cask Spent Fuel Storage Projects Sequoyah and Browns Ferry Nuclear Plants Contract No: 99999906 with | 06/01/2000 |
| | 0093.001 | TVP0171067 | TVP0171067 | Holtec International, A New Jersey Corporation Notes to Financial Statements (Continued) December 31, 1996 and | 12/31/1996 |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0093.002 | TVP0171076 | TVP0171238 | TVA Contract No: 99999906 with Holtec International Attachments I through K | 12/31/1996 |
| | 0093.003 | TVA05 1594 | TVA05 1695 | Specification for On-Site Spent Fuel Storage at the Browns Ferry Nuclear Plant (BFN), Revision 3 | 06/07/2002 |
| | 0093.004 | TVA04 11618 | TVA04 11623 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Sixth Supplement | 03/10/2003 |
| | 0093.005 | TVA04 11611 | TVA04 11612 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Seventh Supplement | 03/31/2003 |
| | 0093.006 | TVA04 11600 | TVA04 11601 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Eighth Supplement | 04/02/2003 |
| | 0093.007 | TVA04 11474 | TVA04 11476 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Ninth Supplement | 06/26/2003 |
| | 0093.008 | TVA04 11452 | TVA04 11453 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Tenth Supplement | 07/28/2003 |
| | 0093.009 | TVA04 9208 | TVA04 9211 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Eleventh Supplement | 08/05/2003 |
| | 0093.010 | TVA04 11389 | TVA04 11390 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Twelfth Supplement | 08/12/2003 |
| | 0093.011 | TVA04 11376 | TVA04 11378 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Thirteenth Supplement | 09/03/2003 |
| | 0093.012 | TVA04 9192 | TVA04 9194 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Fourteenth Supplement | 10/21/2003 |
| | 0093.013 | TVA04 11222 | TVA04 11223 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Fifteenth Supplement | 10/28/2003 |
| | 0093.014 | TVA04 9190 | TVA04 9190 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Fifteenth Supplement, | No Date |
| | 0093.015 | TVA04 12063 | TVA04 12064 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Sixteenth Supplement | 02/16/2004 |
| | 0093.016 | TVA04 12060 | TVA04 12062 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Seventeenth Supplement | 01/27/2004 |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0093.017 | TVA04 8257 | TVA04 8258 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Eighteenth Supplement | 01/16/2004 |
| | 0093.018 | TVA04 12054 | TVA04 12057 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Nineteenth Supplement | 02/16/2004 |
| | 0093.019 | TVA04 12052 | TVA04 12053 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Twentieth Supplement | 02/13/2004 |
| | 0093.020 | TVA04 12033 | TVA04 12034 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Twenty-First Supplement | 03/08/2004 |
| | 0093.021 | TVA04 9139 | TVA04 9142 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Twenty-Second | 03/23/2004 |
| | 0093.022 | TVA04 9134 | TVA04 9137 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Twenty-Third Supplement | 03/23/2004 |
| | 0093.023 | TVA04 9129 | TVA04 9130 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Twenty-Fourth | 03/24/2004 |
| | 0093.024 | TVA04 11888 | TVA04 11889 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Twenty-Fifth Supplement | 04/15/2004 |
| | 0093.025 | TVA04 11782 | TVA04 11783 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Twenty-Sixth Supplement | 06/07/2004 |
| | 0093.026 | TVA04 11784 | TVA04 11785 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Twenty-Seventh | 06/09/2004 |
| | 0093.027 | TVP0140687 | TVP0140688 | TVA Contract No: 99999906 with Holtec International for Dry Cask Spent Fuel Storage Project, Twenty-Eighth | No Date |
| | 0094 | COF0042527 | COF0042528 | Letter from John B. Carden III, TVA, to DOE Contracting Officer re: delivery commitment schedules for the Sequoyah | 04/14/1997 |
| | 0095 | TVA001323 | TVA001348 | Letter from Beth Tomasoni, to John Carden, Re: Follow up to December 17, 1996, letter | 06/03/1997 |
| | 0096 | TVA001316 | TVA001317 | Letter from Beth Tomasoni, DOE Contracting Officer, to John B. Carden III, TVA re: Disapproval of DCSs for the | 06/16/1997 |
| | 0097 | TVA005201 | TVA005204 | TVA Spent Fuel Presentation - Key Points | 07/27/1997 |

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0098 | COF0021934 TVA001268 | COF0021935 TVA001269 | Letter from John B. Carden III, TVA, to DOE Contracting Officer re: delivery commitment schedules for the Browns | 09/03/1997 |
| | 0099 | TVA005175 | TVA005177 | Handwritten Notes re: Meeting Spent Fuel Storage Options Study Tech Team | 10/08/1997 |
| | 0100 | TV 1075 | TV 1102 | Spent Nuclear Fuel Working Group Meeting November 20, 1997 | 11/20/1997 |
| | 0101 | TVA043216 | TVA043225 | E-mail from Donald Hutson, Jr., to Donald J. Green, cc: Everett Whitaker, re: Revision: Spent Fuel Status Section | 12/11/1997 |
| | 0102 | TVA043740 | TVA043740 | Email from Pamela Brock to Donald Hutson re: Short Codes - Members of the TVAN Spent Fuel Team | 12/17/1997 |
| | 0103 | TVA04-4009 | TVA04-4010 | E-mail from Pamela Brock defining Short Codes for Contract Default Damage Accounts | 12/17/1997 |
| | 0104 | TVA043196 | TVA043203 | Email from Donald Hutson to Donald Green re: Revision: Assessment and Evaluation of Spent Fuel Storage Options | 12/22/1997 |
| | 0105 | TV 0029 | TV 0029 | Letter from Don Green to J.A. Bailey re: Spent Fuel Storage Study | 12/31/1997 |
| | 0106 | TVA003715 | TVA003715 | Sequoyah Spent Fuel Strategy | 00/00/1998 |
| | 0107 | TVA004999 | TVA005044 | Notebook entitled "Spent Fuel Options Team" | 00/00/1998 |
| | 0108 | TVA043194, TVA043882 | TVA043194, TVA043883 | Email from Donald Hutson to Charles Wilson re: SQN Spent Fuel Time Table | 01/07/1998 |
| | 0109 | TVA005129 | TVA005138 | Evaluation and Assessment of Spent Fuel Storage Options Presented to Jack Bailey, 1/8/98 | 01/08/1998 |
| | 0110 | COF0042543, TVA000994 | COF0042543, TVA000994 | Letter from Beth Tomasoni, DOE Contracting Officer, to Donald L. Hutson TVA re: Disapproval of DCSs for the | 01/09/1998 |
| | 0111 | TVA008355 | TVA008362 | Spent Fuel Situation Briefing Paper 3/9/98 | 03/09/1998 |
| | 0112 | TVA005103 | TVA005110 | Draft Spent Fuel Situation Briefing Paper 3/9/98 | 03/09/1998 |

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0113 | TVA04-3738 | TVA04-3739 | E-mail from Donald L. Hutson to Thomas L. Hayslett, Jr., re: SNF Damages and attached Spent Nuclear Fuel Damages | 03/09/1998 |
| | 0114 | TVA043738 | TVA043739 | Email from Donald Hutson to Thomas Hayslett re: SNF Damges | 03/09/1998 |
| | 0115 | TVA003108 | TVA005148<br>TVA003217 | Presentation: Evaluation and Assessment of TVAN Spent Fuel Storage Options | 03/11/1998 |
| | 0116 | | | Fax from Jack Symonds, TVA, to Ken Spates, TVA, enclosing a letter from K. Singh, Holtec, to Symonds, and | 04/27/1998 |
| | 0117 | TVA008395 | TVA008409 | Assessment and Evaluation of Spent Fuel Storage Options Update Report | 05/1998 |
| | 0118 | TVA05--40918 | TVA05--40920 | Fax from Dan Green, TVA, to Francine Thomas, enclosing a letter from William J. McConaghy, NAC, to Ken Spates, | 07/15/1998 |
| | 0119 | TVA005001 | TVA005003 | Letter from Jack Bailey to J.A. Scalice re: Spent Fuel Storage Evaluation | 07/29/1998 |
| | 0120 | N/A | N/A | Memorandum from Jack Bailey, TVA, to J.A. Scalice, TVA, enclosing TVA Nuclear Spent Fuel Storage Options | 07/29/1998 |
| | 0121 | TVA003569 | TVA003569 | TVA Spent Fuel Storage | 08/04/1998 |
| | 0122 | TVA000999 | TVA001000 | Letter from Dwight Shelor, DOE, to John Carden, TVA, re: multi-purpose canisters | 08/18/1998 |
| | 0123 | COF0021928 | COF0021929 | Letter from John B. Carden III, TVA, to DOE Contracting Officer re: delivery commitment schedules for the Sequoyah | 09/15/1998 |
| | 0124 | | | Letter from Richard Matson, Structural Integrity Associates, to Moses Taylor, NAC, re: Qualitative Assessment of the | 09/21/1998 |
| | 0125 | | | Letter from Moses Taylor, NAC, to Ken Spates, TVA, re: Browns Ferry - Preliminary Assessment of Structural | 09/22/1998 |
| | 0126 | EXD0030200,<br>TVA001005 | EXD0030200,<br>TVA001005 | Letter from Beth Tomasoni, DOE Contracting Officer, to John B. Carden III, TVA re: Disapproval of DCSs for the | 10/07/1998 |
| | 0127 | TV 0258 | TV 0262 | Memo from Don Hutson to Listed Distribution re: Spent Fuel Contract (83P66-938611): Default Damage Accounts | 11/30/1998 |

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0128 | TVA04-4000 | TVA04-4005 | Memorandum Defining and Implementing Contract Default Damage Accounts | 11/30/1998 |
| | 0129 | TVA043880 | TVA043881 | Letter from T.L. Hayslett to R.R. Calabro re: Nuclear Fuel Supply Monthly Report - November 1998 | 12/04/1998 |
| | 0130 | TVA0413263 | TVA0413265 | Nuclear Safety Advisory Letter | 02/26/1999 |
| | 0131 | TVA000892 | TVA000892 | Impact of Repository Delay Until 2010 | 03/26/1999 |
| | 0132 | TVA043890 | TVA043892 | Letter from T.L. Hayslett to R.R. Calabro re: Nuclear Fuel Supply Monthly Report - March 1999 | No Date |
| | 0133 | TVA043133 | TVA043140 | Email from Donald Hutson to Edward Vigluicci re: Spent Fuel and HLW Briefing for Chairman Crowell | 05/03/1999 |
| | 0134 | TVA043893 | TVA043895 | Letter from T.L. Hayslett to R.R. Calabro re: Nuclear Fuel Supply Monthly Report - April 1999 | 05/10/1999 |
| | 0135 | TVA043896 | TVA043898 | Letter from Tom Hayslett to R.R. Calabro re: Nuclear Fuel Supply Monthly Report - May 1999 | 06/09/1999 |
| | 0136 | TVA002079 | TVA002080 | Spent Fuel Meeting Subject Outline | 07/19/1999 |
| | 0137 | TVA043869 | TVA043871 | Letter from Tom Hayslett to R.R. Calabro re: Nuclear Fuel Supply Monthly Report - July 1999 | 08/06/1999 |
| | 0138 | COF0042550 | COF0042551 | Letter from John B. Carden III, TVA, to DOE Contracting Officer re: delivery commitment schedules for the Browns | 09/13/1999 |
| | 0139 | COF0042554, TVA000990 | COF0042554, TVA000990 | Letter from Beth Tomasoni, DOE Contracting Officer, to Donald L. Hutson TVA re: Disapproval of DCSs for the | 09/30/1999 |
| | 0140 | TVA04-3900 | TVA04-3901 | Memo from Thomas Hayslett to R.R. Calabro re: Nuclear Fuel Supply Monthly Report - October 1999 | 11/03/1999 |
| | 0141 | TVA043900 | TVA043901 | Letter from Tom Hayslett to R.R. Calabro re: Nuclear Fuel Supply Monthly Report - October 1999 | 11/03/1999 |
| | 0142 | TVA003831 | TVA003833 | E-mail from T.A. Keys to Donald Hutson, et al., re: BFN Reload Batch Size for Extended Power Uprate (EPU) | 12/05/1999 |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0143 | TVA043902 | TVA043903 | Letter from Tom Hayslett to R.R. Calabro re: Nuclear Fuel Supply Monthly Report - November 1999 | 12/08/1999 |
| | 0144 | TVA04-3902 | TVA04-3903 | Memo from Thomas Hayslett to R.R. Calabro re: Nuclear Fuel Supply Monthly Report - November 1999 | 12/08/1999 |
| | 0145 | TVA003608<br>TVA04-1111 | TVA003609<br>TVA04-1112 | E-mail from Donald Hutson to John Symonds re: atttached draft BFN Spent Fuel Projections | 01/18/2000 |
| | 0146 | TVA007901 | TVA007997 | Strategic Plan for Nuclear Fuel | 03/2000 |
| | 0147 | TVA043909 | TVA043911 | Letter from T.L. Hayslett to R.R. Calabro re: Nuclear Fuel Supply Monthly Report - Febuary 2000 | 03/07/2000 |
| | 0148 | TVA043912 | TVA043914 | Letter from Thomas Hayslett to T.A. Keys re: Nuclear Fuel Supply Monthly Report - March 2000 | 03/11/2000 |
| | 0149 | TVA05-40569 | TVA05-40575 | Email from Donald L. Hutson RE: Spent Fuel Storage: Tritium Production Impact | 03/23/2000 |
| | 0150 | TVA04-4193 | TVA04-4194 | Energy Resources International Inc. report entitled 2000 Nuclear Fuel Cycle Supply and Price Report; with | 04/2000 |
| | 0151 | TVA002164 | TVA002176 | Strategic Plan for Nuclear Fuel | 04/2000 |
| | 0152 | TVA005757 | TVA005757 | Table, Business Plan FY 2001, Sequoyah Unit 1 | 04/20/2000 |
| | 0153 | TVA005742 | TVA005742 | Table, Business Plan FY 2001, Watts Bar Unit 1 | 05/01/2000 |
| | 0154 | GPE0011020 | GPE0011021 | Letter from DOE, Office of Civilian Radioactive Waste Management, I. Itkin to the Honorable A. S. King, re: letter of | 05/03/2000 |
| | 0155 | TVA003038 | TVA003041 | Letter from John A. Scalice to NRC Document Control Desk re: TVA Expected Submittal Dates For Browns Ferry Nuclear | 06/01/2000 |
| | 0156 | TVA043915 | TVA043918 | Letter from T.L. Hayslett to T.A. Keys re: Nuclear Fuel Supply Monthly Report - June 2000 | 07/07/2000 |
| | 0157 | TVA003274 | TVA003275 | Email from Donald Hutson to Charles Davis re: SQN Dry Storage Project: Recoverable Costs Over The Next Three | 08/03/2000 |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0158 | EXD0030207 | EXD0030208 | Letter from John B. Carden III, TVA, to DOE Contracting Officer re: delivery commitment schedules for the Sequoyah | 09/01/2000 |
| | 0159 | TVA04-2986 | TVA04-2987 | E-mail chain between Donald Hutson, Lisa McKinney, et al., re: Storage Capacity and License Expiration | 09/06/2000 |
| | 0160 | EXT0010054 | EXT0010074 | Operation, Maintenance and Testing (NEDO-10084-5) | 10/02/2000 |
| | 0161 | TVA05 000430 | TVA05 000508 | TVA Contract Work Authorizations, 2000 - 2004 | 10/05/2000 |
| | 0162 | TV 0035 | TV42 | Fax from Tom Hayslett to Ed Small re: Spent Fuel Information | 12/13/2000 |
| | 0163 | TVA002071 | TVA002072 | Spent Fuel Storage Sequoyah Nuclear Plant | 02/2001 |
| | 0164 | TVA007721 | TVA007723 | Outline entitled Spent Fuel Storage | 02/2001 |
| | 0165 | TVA007701 | TVA007701 | Outline entitled Fuel Projection Assumptions | 02/01/2001 |
| | 0166 | | | Interagency Agreement Between DOE and TVA for the Off-Specification Fuel Project | 02/08/2001 |
| | 0167 | TVA042980 | TVA042980 | Email from James Robert to Donald Hutson re: BFN Reload Batch Size Increase Due to EPU Implementation | 02/12/2001 |
| | 0168 | TVA05-29128 | TVA05-29129 | Letter from William Tench to Charles R. Davis re: Track Bay Qualification | 03/20/2001 |
| | 0169 | TVA04737 | TVA04739 | Nuclear Fuel Notes - May 2001 | 05/2001 |
| | 0170 | TVA007694 | TVA007694 | Effect of BFN Operations Changes on Spent Fuel Requirements | 06/04/2001 |
| | 0171 | TVA002427 | TVA002427 | E-mail from Donald L. Hutson to John Symonds, et al., re: BFN Dry Storage Schedules: Loss of Full Court Discharge | 06/20/2001 |
| | 0172 | TVA0419469 | TVA0419470 | Email from Robert L. Keener RE: Auxilary Building Cask Crane Upgrade | 07/19/2001 |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0173 | TVA0419490 | TVA0419490 | Email from Robert L. Keener RE: Draft Response to Holtec | 07/31/2001 |
| | 0174 | COF0042561 | COF0042562 | Letter from John B. Carden III, TVA, to DOE Contracting Officer re: delivery commitment schedules for the Browns | 09/06/2001 |
| | 0175 | | | TVA's Answers to Defendant's First Set of Interrogatories and Responses to Defendant's Request for Production of | 10/09/2001 |
| | 0176 | | | TVA's Answers to Defendant's First Set of Interrogatories and Responses to Defendant's Request for Production of | 10/09/2001 |
| | 0177 | TVA0428069 | TVA0428069 | Email from Charles Davis to Jay Grafton re: Review of Proposed Contract for BFN Dry Storage | 10/10/2001 |
| | 0178 | TVA04-27916 | TVA04-27929 | E-mail from John B. Carden to Peter C. Askins re: Attached agenda for Meeting with Holtec | 10/17/2001 |
| | 0179 | TVA0522385 | TVA0522386 | Email from Donald L. Hutson to Larry D. Thompson re: Spent Fuel Recoverable Costs | 01/28/2002 |
| | 0180 | | | Calculation Method for the Projection of Future Spent Nuclear Fuel Discharges, Prepared for DOE, Prepared by | 02/2002 |
| | 0181 | HQR2390031 | HQR2390086 | Office of Radioactive Waste Management System Requirements Document Revision 05, DCN 05 | 05/2002 |
| | 0182 | TVA04-2257 | TVA04-2261 | Preliminary Spent Fuel Dry Storage Cost Estimates for Sequoyah and Browns Ferry Nuclear Plants; prepared by | 06/28/2002 |
| | 0183 | TVA05 22387 | TVA05 22388 | E-mail to R. Alan Chapman, cc: K. Niyoigi, Holtec, enclosing table re: Heavy Load Handling Path Hazard Evaluation | 07/11/2002 |
| | 0184 | TVA05-22389 | TVA05-22390 | R. Alan Chapman, e-mail message re: Load Path Hazards | 07/11/2002 |
| | 0185 | | | Projected High Energy Spent Fuel Inventories BFN Units 1 and 2 | 07/22/2002 |
| | 0186 | TVA042210 | TVA042211 | Email from T.A. Keys to Donald Hutson re: Spent Fuel Charges | 08/12/2002 |
| | 0187 | | | Letter from L. Mark Padovan to J.A. Scalice | 09/23/2002 |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0188 | EXT0010077 | EXT0010080 | Safety Evaluation Report Rev. 36 | 12/02/2002 |
| | 0189 | EXT0010045; EXT0010075 | EXT0010053; EXT0010076 | 9001 IF-300 71-9001; Certificate of Compliance Rev. 36 | 12/02/2002 |
| | 0190 | TVA043661 | TVA043663 | Email from Donald Hutson to Kay Whittenburg re: Spent Fuel Fact Sheet | 01/302003 |
| | 0191 | EXT0010030 | EXT0010044 | Operating Procedures Rev. LWT-03A | 02/2003 |
| | 0192 | TV03-2311 | TV03-2313 | Email from Donald Hutson to Peter Shea re: DOE Request For Decision Basis Not to Rerack | 03/04/2003 |
| | 0193 | TVA03-2498 | TVA03-2498 | Access Database named FD_1002.MDB provided by TVA on or about March 7, 2003 | 03/07/2003 |
| | 0194 | HQR2610120 | HQR2610130 | Statement of Dr. Margaret Chu, Director for Office of Civilian Radioactive Waste Management U. S. Department of | 04/07/2003 |
| | 0195 | EXT0010029 | EXT0010029 | Safety Evaluation Report Rev. 36 | 09/24/2003 |
| | 0196 | EXT0010010 | EXT0010028 | 9225 NAC-LWT 71-9225: Certificate of Compliance Rev. 36 | 09/24/2003 |
| | 0197 | TVA04-19975 | TVA04-19984 | Shaw Stone & Webster Construction Inc.: Proposal in Response to TVA RFP No. CSH22703 - Dry Cask Loading | 09/25/2003 |
| | 0198 | HQO.20031007.0004 | | Letter from Zabransky to Redeker | 09/25/2003 |
| | 0199 | TVA04-3445 | TVA04-3447 | Spent Fuel and High-Level Waste Repository and Interim Storage Status. | 11/2003 |
| | 0200 | TVA04-3448 | TVA04-3448 | Fuel Transfer Agreement Between General Electric Company and Tennessee Valley Authority | 11/17/03 |
| | 0201 | TVA04-3489 | TVA04-3490 | Fuel Transfer Agreement Between General Electric and Tennessee Valley Authority | 11/18/2003 |
| | 0202 | TVA05000495 | TVA05000497 | Contract Work Authorization (CWA) Request, CWA's 24D00200 thru 239, Stone & Webster | 12/30/2003 |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0203 | HQR2610532 | HQR2610532 | Schedule titled "SNF & HLW Disposal Decision Plan, Rev. C" | 01/12/2004 |
| | 0204 | TVP0080188 | TVP0100273 | Letter from John Carden to David Zanbransky re: Spent Fuel Transfer | 01/21/04 |
| | 0205 | HQR3040001 | HQR3040112 | DOE FY 2005 Congressional Budget Request, Budget Highlights, DOE/ME-0039 | 02/2004 |
| | 0206 | HQR3040333 | HQR3040993 | DOE FY 2005 Congressional Budget Request National Nuclear Security Administration, Office of the Administrator, | 02/2004 |
| | 0207 | HQR3040113 | HQR3040332 | DOE FY 2005 Congressional Budget Request, Other Defense Activities, Energy Security and Assurance Security, | 02/2004 |
| | 0208 | | | Access Database named SQFLEAS.MDB provided by TVA on a disk named SQN/WBN Fuel Data 7-7-04 | 07/07/2004 |
| | 0209 | TVA05-29209 | TVA05-29220 | E-mail from P. Richard Bevil to R. Alan Chapman, enclosing draft report entitled "Dry Cask Storage Project Lessons | 08/26/2004 |
| | 0210 | HQR3220001 | HQR3220042 | CRWMS Requirement Document Revision 06 | 09/2004 |
| | 0211 | HQR3220001 | HQR3220042 | Office of Radioactive Waste Management System Requirements Document Revision 06, DOE/RW-406 | 09/2004 |
| | 0212 | | | TVA's Answers to Defendant's First Set of Interrogatories and Third Request for Production of Documents | 01/24/2005 |
| | 0213 | | | Capital Project Justification Forms for Browns Ferry Nuclear Spent Fuel Management | 02/23/2005 |
| | 0214 | | | Business Plan FY 2005, Browns Ferry Unit 1 | 02/28/2005 |
| | 0215 | EXT0030063 | EXT0030063 | Table entitled Sequoyah Loading Costs | 03/28/2005 |
| | 0216 | EXT0030142 | EXT0030171 | Expert Witness Report of Warren K. Brewer | 03/29/2005 |
| | 0217 | EXT0130001 | EXT0130070 | Expert Report of Raymond S. Hartman | 03/29/2005 |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0218 | EXT0040001 | EXT0040229 | Expert Report of Stephen Kiraly | 03/29/2005 |
| | 0219 | | | Photographs of Site Visit to Browns Ferry Nuclear Station | No Date |
| | 0220 | | | Photographs of Site Visit to Sequoyah Nuclear Station | No Date |
| | 0221 | TVA005149 | TVA005154 | Spent Fuel Storage Options Cash Flow Analysis | No Date |
| | 0222 | TVA002576 | TVA002593 | DOE Nuclear Fuel Data Survey | No Date |
| | 0223 | TVA002124 | TVA002135 | Tables and Graphs Showing Cash Flow for Storage at Browns Ferry and Sequoyah | 04/06/1999 |
| | 0224 | TVA007760 | TVA007761 | Table Projecting Storage Requirements at Sequoyah and Browns Ferry | No Date |
| | 0225 | TVA003725 | TVA003737 | Spent Fuel Presentation - Key Points | No Date |
| | 0226 | TVA007764 | TVA007765 | SQN Expansion: Dry Storage and BFN: Re-Rack | No Date |
| | 0227 | TVA003114 | TVA003118 | TVAN Spent Fuel Strategy | No Date |
| | 0228 | | | Reload Enrichments and Batch Sizes | No Date |
| | 0229 | TVA041147 | TVA041148 | Spent Fuel Study | No Date |
| | 0230 | TVA007768 | TVA007769 | Control of High-Level Waste | No Date |
| | 0231 | | | Browns Ferry "Uprated" Power Level over Time | No Date |
| | 0232 | EXT0030064 | EXT0030073 | Tables of Estimates Prepared by ABZ re: loading Fuel | No Date |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0233 | TVA004463 | TVA004476 | Presentation Outline Spent Fuel Storage | No Date |
| | 0234 | TVA005192 | TVA005193 | TVA Intergrated Resource Plan High-Level Waste - Spent Nuclear Fuel Fact Sheet | No Date |
| | 0235 | | | The ACR Issue Resolution Process | No Date |
| | 0236 | TVA002067 | TVA002070 | BFN License Extension: Supplement to the Environmental Impact Statement (Spent Fuel) | No Date |
| | 0237 | TVA000293 | TVA000318 | General Comments with Marginallia | No Date |
| | 0238 | TVA000895 | TVA000895 | Recoverable Costs | No Date |
| | 0239 | TVA007762 | TVA007763 | Spent Fuel Plans, Sequoyah, Browns Ferry, Watts Bar | No Date |
| | 0240 | TVA002056 | TVA002056 | BFN Spent Fuel Storage Requirement | No Date |
| | 0241 | TVA004644 | TVA004644 | Information and Accumulation | No Date |
| | 0242 | CTR0031111 | CTR0031120 | Paper by A. Brownstein and B. Cole to Improve the Standard Disposal Contract: Paper re: Utility and DOE | No Date |
| | 0243 | TVA003183 | TVA003192 | Sequoyah Spent Fuel Strategy | No Date |
| | 0244 | TVA007695 | TVA007695 | Memorandum re: Impact of BFN Power Uprate and HEU on Spent Fuel Storage | No Date |
| | 0245 | TVA003032 | TVA003037 | TVA Docket No. 50-390 Watts Bar Nuclear Plant, Unit 1 Facility Operating License | No Date |
| | 0246 | TVA001963 | TVA001964 | Attachments A and B Assemblies Discharged from BFN | No Date |
| | 0247 | TVA000128 | TVA000130 | Letter from James Williams to Jan Atkinsons re: Draft Standard Contract for Disposal Services | No Date |

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0248 | TVA003734 | TVA003734 | Spent Fuel Storage Status Report | No Date |
| | 0249 | TVA008363 | TVA008394 | Presentation To Ike Zeringue | No Date |
| | 0250 | TVA000134 | TVA000169 | Document Summary from W.F. Willis to H.G. Parris re: Nuclear Waste Policy Act of 1982 - Comments on Draft | No Date |
| | 0251 | TVA003829 | TVA003829 | Potential DOE Spent Fuel Acceptance vs TVA Requirements | No Date |
| | 0252 | | | Projected of Future Average Batch Discharge Exposures (MWD/MTU) | No Date |
| | 0253 | TVA056209 | TVA056209 | Dry Fuel Storage Project Proposed General Arrangement | No Date |
| | 0254 | TVA0419072 | TVA0419128 | TVA Review of SQN/BFN | No Date |
| | 0255 | TVA001382 | TVA001382 | Enclosure Spent Nuclear Fuel On-Site Storage Tennessee Valley Authority | No Date |
| | 0256 | TVA007702 | TVA007710 | Spent Fuel and High-Level Waste Briefing | No Date |
| | 0257 | TVA002026 | TVA002026 | Projected High Energy Spent Fuel Inventories | No Date |
| | 0258 | TVA004215 | TVA004223 | Nuclear Fuel Strategic Plan 1994 | No Date |
| | 0259 | TVA04-717 | TVA04-717 | BFN Spent Fuel Storage Requirement | No Date |
| | 0260 | TVA002053 | TVA002053 | BFN Spent Fuel Cask Projections | No Date |
| | 0261 | TVA04-724 | TVA04-724 | BFN Spent Fuel Storage Requirement | No Date |
| | 0262 | TVA002074 | TVA002074 | Updated Projection of Tritium Production Impact on SQN Dry Storage | No Date |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0263 | TVA002063 | TVA002063 | Current Sequoyah SFSP Burnup/Enrichment Equivalency | No Date |
| | 0264 | TVA04-2212 | TVA04-2213 | BFN Spent Fuel Management | No Date |
| | 0265 | TVA041916 | TVA041918 | Figures showing Potential DOE Spent Fuel Acceptance vs. TVA Requirements, Sequoyah and Browns Ferry Unit 3 | No Date |
| | 0266 | TVA007768 | TVA007769 | TVA Presentation re: Control of High-Level Waste | No Date |
| | 0267 | TVA002090 | TVA002099 | Spent Fuel and High-Level Waste Briefing | No Date |
| | 0268 | | | TN-68 FSAR | No Date |
| | 0269 | TVA05-1437 | TVA05-1503 | Holtec International, Holtec Report No: HI-2022848: Analysis of Storage Rack Spacing in Browns Ferry Spent Fuel Pools | No Date |
| | 0270 | TVA04-28069 | TVA04-28091 | E-mail message from Charles R. Davis to Jay T. Grafton re: Review of Proposed Contract for BFN Dry Storage | No Date |
| | 0271 | TVA003644 | TVA003646 | Spent Fuel Study and Sequoyah Spent Fuel Strategy | No Date |
| | 0272 | TVA002081 | TVA002083 | Spent Nuclear Fuel Storage | No Date |
| | 0273 | TVA055325 | TVA055325 | Browns Ferry Dry Fuel Storage Project General | No Date |
| | 0274 | TVA000097 | TVA000127 | Contract for Disposal of Spent Nuclear Fuel And/or High-level Radioactive Waste Comments on Nuclear Waste | No Date |
| | 0275 | | | Hi-Storm FSAR Report Hi-2002444 Table 8.1.1 Estimated Handling Weights of Hi-Storm 100 System Components | No Date |
| | 0276 | EXT0010081 | EXT0010081 | HI-951251, Hi-Star SAR Report, Table 7.1.2 Estimated Maximum Handling Weights Hi-Star 100 System | No Date |
| | 0277 | TVA005113 | TVA005121 | Presentation and Table re: Transship Option | No Date |

Tennessee Valley Authority v. United States No. 01-249-C, Defendant's Exhibit List May 6, 2005

| | Gov. Exh # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0278 | | | OCRWM Comparison between Budget Request for Federal Repository and Actual Appropriations | No Date |
| | 0279 | | | DOE Chart Comparing Budget Request to Actual Appropriations for Federal Repository 1995-2005 | No Date |
| | 0280 | TVA003727 | TVA003733 | Presentation re: SQN Options | No Date |
| | 0281 | TVA007696 | TVA007697 | Tables Projecting Storage Requirements | No Date |
| | 0282 | TVA003107 | TVA003118 | Outline: Presentation to Ike Zeringue | No Date |
| | 0283 | | | Capital Project Justification Forms for Project BFN Spent Fuel Management | No Date |
| | 0284 | TVP0190071 | TVP0190087 | Holtec Invoice Log | No Date |
| | 0285 | TVA004511 | TVA004511 | BFN and BLN Status | No Date |
| | 0286 | TVA007785 | TVA007792 | TVAN Paper re: Spent Fuel Management | No Date |
| | 0287 | TVA000743 | TVA000743 | General Electric Draft Letter re: Contract for removal of SNF | No Date |
| | 0288 | TVA04-3696 | TVA04-3697 | TVA Self-Assessment Report and Interview | No Date |
| | 0289 | TVA002879 | TVA002895 | TVA v. United States Materials from the Files of: Mark J. Burzynski | No Date |
| | 0290 | TV 1035 | TV 1071 | Draft Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | No Date |
| | 0291 | TV 1074 | TV 1074 | Major Issues on DOE Nuclear Waste Contracts | No Date |