# APPENDIX

# INDEX TO APPENDIX

TVA's July 8, 2004 RCFC 26(a)(1) initial disclosures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-4

TVA's May 6, 2005 Witness List . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-11

Selected answers from TVA's October 9, 2001
Answer's to Defendant's First Set of Interrogatories
and Responses to Defendant's Request for Production
of Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-21

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TENNESSEE VALLEY AUTHORITY<br>Plaintiff<br><br>v.<br><br>THE UNITED STATES<br>Defendant | No. 01-249C<br>(Judge Lettow) |

**TVA'S RULE 26(A)(1) DISCLOSURES AS TO INDIVIDUALS**

Plaintiff Tennessee Valley Authority (TVA) makes the following disclosures as to individuals in accordance with Rule 26(a)(1) of the Rules of the Court of Federal Claims. Because literally hundreds of TVA employees have some knowledge with regard to TVA's claims, TVA has set forth below the addresses and telephone numbers of the persons likely to have the greatest amount of discoverable information that TVA may use to support its claims. In addition, TVA has previously produced to Defendant numerous documents which identify other individuals who are familiar with individual aspects of TVA's claims; and TVA refers Defendant to those documents as well.

The following current and former TVA employees are the individuals who are most knowledgeable about the necessity for TVA's construction of independent spent fuel storage installations (ISFSIs) and about TVA's claims for damages in this lawsuit:

1. Charles R. Davis
   Tennessee Valley Authority
   Sequoyah Nuclear Plant
   Soddy Daisy, Tennessee 37384
   Telephone: 423-843-7470

   (Information about ISFSI construction costs at Sequoyah Nuclear Plant)

2. Paul R. Walker
Tennessee Valley Authority
Sequoyah Nuclear Plant
Soddy Daisy, Tennessee 37384
Telephone: 423-843-8766

(Information about ISFSI construction costs at Sequoyah Nuclear Plant)

3. Perry C. Lawrence
Tennessee Valley Authority
Sequoyah Nuclear Plant
Soddy Daisy, Tennessee 37384
Telephone: 423-843-7019

(Information about ISFSI operational costs at Sequoyah Nuclear Plant)

4. R. Alan Chapman
Tennessee Valley Authority
Browns Ferry Nuclear Plant
Decatur, Alabama 35609
Telephone: 256-729-7333

(Information about ISFSI construction costs at Browns Ferry Nuclear Plant)

5. Thomas L. Hayslett, Jr.
Tennessee Valley Authority
1101 Market Street
Chattanooga, Tennessee
Telephone: 423-751-3250

(Information about matters covered in his declaration, including TVA's storage capacity for spent nuclear fuel and TVA's contract with DOE)

6. Donald L. Hutson (former TVA employee)
907 Brynwood Terrace
Chattanooga, TN 37415
Telephone: 423-875-3147

(Information about matters covered in Hayslett declaration, including TVA's storage capacity for spent nuclear fuel and TVA's contract with DOE, as well as information regarding TVA's decision to build ISFSIs and ISFSI contractor selection)

7. John B. Carden, III
Tennessee Valley Authority
1101 Market Street
Chattanooga, Tennessee 37402
Telephone: 423-751-7960

(Information regarding general contract matters;
Mr. Carden is the contracting officer for TVA's contract with the Department of Energy for removal of spent nuclear fuel)

Respectfully submitted,

July 8, 2004

Maureen H. Dunn
General Counsel

Edwin W. Small (TN BPR 012347)
Assistant General Counsel

Office of the General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Facsimile 865-632-6718

Peter K. Shea

Peter K. Shea (TN BPR 005573)
Senior Attorney
Telephone 865-632-7319

Attorneys for Plaintiff
Tennessee Valley Authority

003717139

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on counsel for Defendant on July 8, 2004, by facsimile and by mailing a copy to:

Harold D. Lester, Jr., Esq.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Attorney for Plaintiff
Tennessee Valley Authority

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TENNESSEE VALLEY AUTHORITY<br>Plaintiff<br><br>v.<br><br>THE UNITED STATES<br>Defendant | No. 01-249-C<br>(Judge Lettow) |

## TVA'S WITNESS LIST

Pursuant to the Court's February 4, and April 20, 2005 scheduling orders, TVA hereby submits its list of those individuals likely to be called to testify at trial of this matter. The list is further broken down into witnesses TVA presently thinks will be called and those whom TVA may call depending upon whether Defendant questions that TVA paid the costs shown as incurred in TVA's accounting records, upon whether Defendant agrees that TVA has accurately and appropriately performed the calculation of its AFUDC claim, upon Defendant's case at trial, including its cross-examination of TVA witnesses, and upon whether the parties are able to reach agreement on various matters related to spent nuclear fuel discharge projections.

## TVA PRESENT AND FORMER EMPLOYEES

The present and former TVA employees TVA currently intends to call as witnesses at trial are:

1. Mark J. Burzynski
   Tennessee Valley Authority
   1101 Market Street
   Chattanooga, Tennessee 37402
   Telephone: 423-751-2508

   (TVA's organizational structure, accounting practices and budgeting, and TVA's practices regarding internal chargebacks and internal chargeback costs)

2. R. Alan Chapman
Tennessee Valley Authority
Browns Ferry Nuclear Plant
Decatur, Alabama 35609
Telephone: 256-729-7333

(ISFSI construction and procurement, allocation of costs, and incurred costs and payments at Browns Ferry Nuclear Plant)

3. C. Gayle Creamer
Tennessee Valley Authority
1101 Market Street
Chattanooga, Tennessee 37402
Telephone: 423-751-7887

(Basis for TVA's internal engineering chargebacks, engineering costs, the operations of TVA's corporate nuclear engineering organization, and payment and incremental cost issues)

4. Charles R. Davis
Tennessee Valley Authority
Sequoyah Nuclear Plant
Soddy Daisy, Tennessee 37384
Telephone: 423-843-7470

(ISFSI construction and procurement, allocation of costs, and incurred costs and payments at Sequoyah Nuclear Plant)

5. Roy J. Galyon
Tennessee Valley Authority
1101 Market Street
Chattanooga, Tennessee 37402
Telephone: 423-751-8379

(Basis for TVA's internal Heavy Equipment Division chargebacks, equipment costs, the operations of TVA's Heavy Equipment Division, and payment and incremental cost issues)

6. Thomas L. Hayslett, Jr.
1910 Red Fox Lane
Hixson, Tennessee 37343
Telephone: 423-842-5986

(TVA's storage capacity for spent nuclear fuel, TVA's contract with DOE and contractual matters, acceptance rates and

acceptance rate impacts, TVA's need for an ISFSI, and TVA's Nuclear Fuels organization)

7. Andrew W. Holmes
Tennessee Valley Authority
400 W. Summit Hill Drive
Knoxville, Tennessee 37902
Telephone: 865-632-2075

(Information about TVA's calculation and allocation of AFUDC, TVA's IBS general ledger system, accounting practices and audit reviews, and TVA's payment of costs incurred for ISFSI projects)

8. T. A. Keys
Tennessee Valley Authority
1101 Market Street
Chattanooga, Tennessee 37402
Telephone: 423-751-3094

(TVA's storage capacity for spent nuclear fuel, TVA and DOE projections of SNF discharges, acceptance rates and acceptance rate impacts, SNF management, and TVA's Nuclear Fuels organization)

9. Michael L. Turnbow
Tennessee Valley Authority
Sequoyah Nuclear Plant
Soddy Daisy, Tennessee 37384
Telephone: 423-843-4303

(Basis for TVA's Inspection Services Organization chargebacks, and payment and incremental cost issues)

10. Paul J. Walker
Tennessee Valley Authority
Sequoyah Nuclear Plant
Soddy Daisy, Tennessee 37384
Telephone: 423-843-8766

(ISFSI construction and procurement, allocation of costs, and incurred costs and payments at Sequoyah Nuclear Plant)

The present and former TVA employees TVA may call as witnesses at trial are:

1. Jack A. Bailey
   Tennessee Valley Authority
   1101 Market Street
   Chattanooga, Tennessee 37402
   Telephone: 423-751-3922

   (TVA's organizational structure and budgeting, TVA's practices regarding internal chargebacks and internal chargeback costs, and TVA's decision to build ISFSI)

2. Phillip D. Brown
   Tennessee Valley Authority
   1101 Market Street
   Chattanooga, Tennessee 37402
   Telephone: 423-751-3082

   (TVA's spent nuclear fuel discharge projections, technical matters related to nuclear fuel, TVA's storage capacity for spent nuclear fuel, and SNF management)

3. George M. Holton. Jr.
   Tennessee Valley Authority
   1101 Market Street
   Chattanooga, Tennessee 37402
   Telephone: 423-751-3263

   (TVA's storage capacity for spent nuclear fuel, TVA and DOE projections of SNF discharges, acceptance rates and acceptance rate impacts, and SNF management)

4. J. David Humphrey
   Tennessee Valley Authority
   1101 Market Street
   Chattanooga, Tennessee 37402
   Telephone: 423-751-4555

   (Information about TVA's calculation and allocation of AFUDC)

5. Donald L. Hutson (former TVA employee)
   907 Brynwood Terrace
   Chattanooga, TN 37415
   Telephone: 423-875-3147

(TVA's storage capacity for spent nuclear fuel and TVA's contract with DOE, as well as information regarding TVA's decision to build ISFSIs)

6. George M. Laurie
Tennessee Valley Authority
Sequoyah Nuclear Plant
Soddy Daisy, Tennessee 37381
Telephone: 423-843-7658

(ISFSI operational practices, and payments and incurred costs at Sequoyah Nuclear Plant)

7. John L. Symonds
Browns Ferry Nuclear Plant
Decatur, Alabama 37379
Telephone: 256-729-2012

(Decision to build dry storage and ISFSI construction and procurement and construction costs and payments at Browns Ferry Nuclear Plant)

## DEPARTMENT OF ENERGY PRESENT AND FORMER EMPLOYEES

TVA currently intends to present by deposition and/or former trial testimony, the following Department of Energy witnesses:

Lake H. Barrett

Alan Brownstein

Susan Klein

Ronald A. Milner

Thomas Pollog

Victor Trebules

David Zabransky

TVA also respectfully reserves the right to call as a witness any person appearing on Defendant's witness list and to call any rebuttal or impeachment witnesses as may be necessary.

May 6, 2005

Office of the General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Facsimile 865-632-6718

Maureen H. Dunn
General Counsel

Edwin W. Small
Assistant General Counsel

Peter K. Shea
Senior Attorney
Telephone 865-632-7319

Attorneys for Plaintiff
Tennessee Valley Authority

003735275

**CERTIFICATE OF SERVICE**

I certify that the foregoing document, together with TVA's Exhibit List, was served on counsel for Defendant on May 6, 2005 by sending a copy via Federal Express to:

Sonia M. Orfield., Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Peter K. Sh[illegible]
Attorney for Plaintiff
Tennessee Valley Authority

10/9/01
5.2.2.1
TVA

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TENNESSEE VALLEY AUTHORITY | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 01-249C |
| | ) | (Judge Bruggink) |
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant | ) | |

TVA'S ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND RESPONSES TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rules 26, 33, and 34 of the Rules of the United States Court of Federal Claims (RCFC), Tennessee Valley Authority (TVA) answers and responds as follows to the first set of interrogatories and requests for production of documents directed to TVA by the United States of America (defendant).

**General Objections**

1. TVA objects generally to these discovery requests to the extent that the United States seeks information protected from disclosure by the attorney-client privilege, the work product doctrine, the common interest privilege, or any other applicable privilege or doctrine.

2. TVA objects generally to these discovery requests to the extent that they seek to impose upon TVA a duty or obligation greater than that imposed by the rules adopted by the United States Court of Federal Claims (CFC).

3. TVA objects generally to these discovery requests to the extent that they purport to require TVA to form opinions, respond to contentions not advanced by TVA, seek out information not within TVA's possession or control, answer on behalf of former

**Interrogatory No. 4**

Identify all documents, including documents submitted to FERC, NRC, state regulatory commissions, other utilities, industry organizations and research groups, that were prepared by you or on your behalf and relate to any of your anticipated, proposed, approved, or disapproved delivery commitment schedules, or final delivery schedules, as well as each and every draft thereof, making sure to:

a. identify the author of each document or draft;

b. identify when the document or draft was created; and

c. explain the reason that each document or draft was created.

**Answer**

a-c. Pursuant to RCFC 33(c), TVA will produce for inspection and copying business records from which the requested information may be ascertained. In this regard, TVA directs the defendant to the working files of Thomas L. Hayslett, Jr., Donald L. Hutson, and John B. Carden, III. In addition, TVA specifically identifies the operating licenses for its Browns Ferry and Sequoyah Nuclear Plants which may be found in the files of TVA's Mark J. Burzynski.

**Interrogatory No. 14**

Identify all documents, including documents sent to or received from FERC, the NRC, any state regulatory commissions, other utilities, other Standard Contract holders, and utility industry groups, which were sent to or received by you that in any way address DOE's schedule to pick up, accept, and/or take SNF from plaintiff in this action, making sure to:

a. identify who sent or received those documents;

b. identify the location from which those documents came or to which they were sent; and

c. state when those documents were sent or received.

**Answer**

a-c. See answer to interrogatory No. 4.

**Interrogatory No. 35**

Explain in detail your intentions relating to the length of time that you would continue to operate your nuclear reactor(s) when you executed the Standard Contract, making sure to:

a. identify the projected start date for plant operation;

b. identify the projected end date for plant operation;

c. identify any documents that support these intentions;

d. identify all persons with knowledge regarding these intentions;

e. explain the source of each person's knowledge regarding these intentions;

f. identify the NRC license expiration date for your facility; and

g. identify all documents that support and/or relate to your response to this interrogatory.

**Answer**

a-g. TVA objects to subparts c, d, e, and g of this interrogatory on the grounds that, as regards TVA, they are irrelevant to schedule issues; that no useful purpose would be served by responding to them; and that literally thousands of TVA employees and others may have some knowledge of these matters. Pursuant to RCFC 33(c), TVA directs defendant to the operating licenses issued by the NRC for Browns Ferry Nuclear Plant, Units 1-3, and Sequoyah Nuclear Plant, Units 1-2 that precisely delineate the information requested. Copies of these documents may be found among the files of TVA's Mark J. Burzynski.

**Interrogatory No. 36**

Explain in detail how your intentions relating to the length of time you would operate your nuclear reactor(s) have changed, if at all, since you executed the Standard Contract, making sure to:

a. identify the planned or projected end date for plant operation;

b. identify any documents that support these intentions;

c. identify all persons with knowledge regarding these intentions;

d. explain the source of each person's knowledge regarding this response;

e. identify the NRC license expiration date for your facility; and

f. identify all documents that support and/or relate to your response to this interrogatory.

**Answer**

a-f. See answer to interrogatory No. 35. In addition, TVA states that it informed the NRC by letter dated June 1, 2000 (copy attached), that TVA may submit license renewal requests for Browns Ferry Units 2 and 3 by December 31, 2002 and for Sequoyah Nuclear Plant Units 1-2 by December 31, 2007, if approval to do so is granted by the TVA Board of Directors. In addition to John A. Scalice, TVA's Chief Nuclear Officer, and Mark J. Burzynski, the primary drafter of the letter, the TVA employees most familiar with the issues are listed as the recipients of carbon copies. Finally, pursuant to RCFC 33(c), TVA will produce for inspection and copying business records among which the additional, essentially cumulative, information would be expected to be found.

**Interrogatory No. 37**

State whether you are contemplating applying for, have applied for, or received from the NRC a license extension concerning the operation of your nuclear facility or facilities. If yes:

a. identify the individuals who played a role in any decision to apply for a license extension;

b. describe the role, area of expertise, and knowledge of each of those individuals identified;

c. discuss the operational, financial, economic, or other reasons for the application;

d. describe in detail the changes in your license will affect the schedule for DOE's acceptance of SNF from your facility and from the facilities of all contract holders; and

e. identify all documents that support and/or relate to your response to this interrogatory.

**Answer**

a-e. See answers to interrogatory Nos. 35 and 36.

**Interrogatory No. 47**

With respect to each individual interrogatory, or part thereof, identify the person, or persons answering and/or providing information incorporated into the response.

**Answer**

Peter K. Shea, counsel of record for TVA, was responsible for drafting the answers to these interrogatories based upon documents and information supplied to him by TVA employees and upon information obtained in discovery. The following TVA employees provided information as noted:

| | | |
|---|---|---|
| Thomas L. Hayslett, Jr. | Nos. | 1-2, 4-34, 38-41 |
| Donald L. Hutson | Nos. | 1-2, 4-34, 38-41 |
| Mark J. Burzynski | Nos. | 4, 14, 35-37 |
| William E. Smith | Nos. | 24-27 |
| Donna R. Sokol | No. | 49 |

In addition, Mr. Shea spoke with other TVA counsel and employees and with counsel for other utility plaintiffs during the course of drafting the responses; and the defendant is directed to the answers of the other utility plaintiffs for additional information.

**Request No. 15**

All documents relating to any sale, assignment, and/or transfer of your Standard Contract and/or of any rights relating to your Standard Contract.

**Response**

Subject to TVA's general and specific objections, TVA will produce any responsive documents.

**Request No. 16**

All documents relating to the sale, assignment, and/or transfer of your SNF and/or your nuclear power facilities to any third party.

**Response**

Subject to TVA's general and specific objections, TVA will produce any responsive documents.

Dated: October 9, 2001

Respectfully submitted,

Peter K. Shea

Peter K. Shea
Telephone 865-632-7319
Facsimile 865-632-6718

Attorney of Record for
Tennessee Valley Authority
Knoxville, Tennessee 37902-1401

Of Counsel:

Maureen H. Dunn
General Counsel

Edwin W. Small
Assistant General Counsel
Telephone 865-632-3021

03689385.doc

# VERIFICATION

STATE OF TENNESSEE )
) SS
COUNTY OF KNOX )

Peter K. Shea, being first duly sworn, deposes and says:

1. I am employed by TVA, and I am an attorney of record in this action. I am the agent of TVA for the purposes of making this verification.

2. I have read the foregoing interrogatories and responses, and the responses are true and correct to the best of my knowledge, information, and belief based upon information supplied to me.

Peter K. Shea
Peter K. Shea

Sworn to and subscribed before me

this 9th day of October, 2001.

Joyce S. Hall
Notary Public

My commission expires: 10/31/2001

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing answers to interrogatories and responses to document requests were served on counsel for defendant by sending a copy thereof by overnight delivery to:

Harold D. Lester, Jr., Esq.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

This 9th day of October, 2001.

Attorney for
Tennessee Valley Authority