IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TENNESSEE VALLEY AUTHORITY<br>Plaintiff<br><br>v.<br><br>THE UNITED STATES<br>Defendant | No. 01-249-C<br>(Judge Lettow) |

**TVA'S AMENDED WITNESS LIST**

Pursuant to the Court's February 4, and April 20, 2005 scheduling orders and the Rules of the Court of Federal Claims, Tennessee Valley Authority (TVA) hereby submits its list of those individuals likely to be called to testify at trial of this matter. The list identifies those witnesses TVA presently thinks will be called and those whom TVA may call depending upon whether TVA and Defendant reach agreement on proposed stipulations and other matters and upon Defendant's case at trial, including its cross-examination of TVA witnesses. The differences between this list (which cuts back on the number of witnesses listed and rearranges the call status of others) and TVA's initial witness list served on Defendant on May 6, 2005, all have been the subject of discussion with counsel for Defendant.

## TVA PRESENT AND FORMER EMPLOYEES

The present and former TVA employees TVA currently intends to call as witnesses at trial are:

1. Jack A. Bailey
   Tennessee Valley Authority
   1101 Market Street
   Chattanooga, Tennessee 37402
   Telephone: 423-751-3922

(TVA's organizational structure and budgeting, TVA's practices regarding internal chargebacks and internal chargeback costs, and TVA's decision to build ISFSIs.)

(Estimated time: 1 hour)

2. R. Alan Chapman
Tennessee Valley Authority
Browns Ferry Nuclear Plant
Decatur, Alabama 35609
Telephone: 256-729-7333

(ISFSI construction and procurement, allocation of costs, and incurred costs and payments at Browns Ferry Nuclear Plant)

(Estimated time: 2-3 hours)

3. Charles R. Davis
Tennessee Valley Authority
Sequoyah Nuclear Plant
Soddy Daisy, Tennessee 37384
Telephone: 423-843-7470

(ISFSI construction and procurement, allocation of costs, and incurred costs and payments at Sequoyah Nuclear Plant)

(Estimated time: 1 hour)

4. Roy J. Galyon
Tennessee Valley Authority
1101 Market Street
Chattanooga, Tennessee 37402
Telephone: 423-751-8379

(Basis for TVA's internal Heavy Equipment Division chargebacks, equipment costs, the operations of TVA's Heavy Equipment Division, and payment and incremental cost issues)

(Estimated time: 1/2 hour)

5. Thomas L. Hayslett, Jr. (former TVA employee)
1910 Red Fox Lane
Hixson, Tennessee 37343
Telephone: 423-842-5986

(TVA's storage capacity for spent nuclear fuel, TVA's contract with DOE and contractual matters, acceptance rates and acceptance rate impacts, TVA's need for an ISFSI, and TVA's Nuclear Fuels organization)

(Estimated time: 1-2 hours)

6. Andrew W. Holmes
Tennessee Valley Authority
400 W. Summit Hill Drive
Knoxville, Tennessee 37902
Telephone: 865-632-2075

(Information about TVA's calculation and allocation of AFUDC, TVA's IBS general ledger system, accounting practices and audit reviews, and TVA's payment of costs incurred for ISFSI projects)

(Estimated time: Less than 1 hour)

7. George M. Holton, Jr.
Tennessee Valley Authority
1101 Market Street
Chattanooga, Tennessee 37402
Telephone: 423-751-3094

(TVA's storage capacity for spent nuclear fuel, TVA and DOE projections of SNF discharges, acceptance rates and acceptance rate impacts, SNF management, and TVA's Nuclear Fuels organization)

(Estimated time: 1 hour)

8. Paul J. Walker
Tennessee Valley Authority
Sequoyah Nuclear Plant
Soddy Daisy, Tennessee 37384
Telephone: 423-843-8766

(ISFSI construction and procurement, allocation of costs, and incurred costs and payments at Sequoyah Nuclear Plant)

(Estimated time: 2 hours)

The present and former TVA employees TVA may call as witnesses at trial are:

1. Phillip D. Brown
   Tennessee Valley Authority
   1101 Market Street
   Chattanooga, Tennessee 37402
   Telephone: 423-751-3082

   (TVA's spent nuclear fuel discharge projections, technical matters related to nuclear fuel, TVA's storage capacity for spent nuclear fuel, and SNF management)

   (Estimated time: less than 1 hour)

2. Donald L. Hutson (former TVA employee)
   907 Brynwood Terrace
   Chattanooga, Tennessee 37415
   Telephone: 423-875-3147

   (TVA's storage capacity for spent nuclear fuel and TVA's contract with DOE, as well as information regarding TVA's decision to build ISFSIs)

   (Estimated time: less than 1 hour)

3. George M. Laurie
   Tennessee Valley Authority
   Sequoyah Nuclear Plant
   Soddy Daisy, Tennessee 37381
   Telephone: 423-843-7658

   (ISFSI operational practices, and payments and incurred costs at Sequoyah Nuclear Plant)

   (Estimated time: less than 1 hour)

4. John L. Symonds
   Browns Ferry Nuclear Plant
   Decatur, Alabama 37379
   Telephone: 256-729-2012

   (Decision to build dry storage and ISFSI construction and procurement and construction costs and payments at Browns Ferry Nuclear Plant)

   (Estimated time: less than 1 hour)

## DEPARTMENT OF ENERGY PRESENT AND FORMER EMPLOYEES

TVA currently intends to present by deposition and/or former trial testimony, the following Department of Energy witnesses:

Lake H. Barrett

Alan Brownstein

Susan Klein

Ronald A. Milner

Thomas Pollog

Victor Trebules

David Zabransky

TVA also respectfully reserves the right to call as a witness any person appearing on Defendant's witness list and to call any rebuttal or impeachment witnesses as may be necessary.

Respectfully, submitted,

Electronically filed: May 26, 2005

Maureen H. Dunn
General Counsel

Edwin W. Small
Assistant General Counsel

s/Peter K. Shea
Peter K. Shea
Senior Attorney
Telephone 865-632-7319

Attorneys for Plaintiff
Tennessee Valley Authority

Office of the General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Facsimile 865-632-6718

003737059