IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TENNESSEE VALLEY AUTHORITY<br>Plaintiff<br><br>v.<br><br>THE UNITED STATES<br>Defendant | No. 01-249-C<br>(Judge Lettow) |

**TVA'S EXHIBIT LIST WITH SUPPLEMENTAL EXHIBITS**

Pursuant to the Court's February 4, and April 20, 2005 scheduling orders and the Rules of the Court of Federal Claims, Tennessee Valley Authority (TVA) hereby submits the attached exhibit list. The list separately identifies those documents identified in TVA's initial exhibit list served on Defendant on May 6, 2005, and the few supplemental exhibits subsequently added.

Respectfully submitted,

Electronically filed: May 26, 2005

Maureen H. Dunn
General Counsel

Edwin W. Small
Assistant General Counsel

s/Peter K. Shea
Peter K. Shea
Senior Attorney
Telephone 865-632-7319

Attorneys for Plaintiff
Tennessee Valley Authority

Office of the General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Facsimile 865-632-6718