## *TVA v. UNITED STATES*, No. 01-249-C
## TVA'S Exhibit List With Supplemental Exhibits

| Px. No. | Date | Description | Bates No. |
|---|---|---|---|
| 1 | 3/7/83 | Letter, Kvaven (TVA) to Morgan (DOE) enclosing TVA comments on proposed contract | TVA000013-41 |
| 2 | 3/7/83 | Letter, Kearney (Edison Electric Institute) to Morgan (DOE) | |
| 3 | 6/24/83 | Letter, Kvaven (TVA) to Keefe (DOE) enclosing contract copies | COF021 1081 |
| 4 | 7/00/83 | Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste | PA-178238-295 |
| 5 | 7/19/83 | TVA Board of Directors Resolution | |
| 6 | 9/15/83 | Memorandum, Williamson (DOE) to those listed (DOE) re Mission Plan Strategy | PNL-173-1282-1288 |
| 7 | 12/20/83 | Draft Civilian Radioactive Waste Management Program Mission Plan | SN045167-251 |
| 8 | 2/00/84 | Proceedings of the 1983 Civilian Radioactive Waste Management Information Meeting | SN069588-[D] - 92<br>SNO69599-600 |
| 9 | 7/00/84 | Nuclear Waste Fund Fee Adequacy: An Assessment | PNL-021-1190-98 |
| 10 | 7/23/84 | Letter, Lawrence (DOE) to Rusche (DOE) | |
| 11 | 6/00/85 | Mission Plan for the Civilian Radioactive Waste Management Program | HQ0005264-731 |
| 12 | 04/00/86 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program, DOE/RW-0047 | **Renumbered No. 94** |
| 13 | 06/00/87 | ORCWM Mission Plan Amendment | HQ0005798-6319 |
| 14 | 12/00/90 | DOE 1990 ACR/APR, DOE/RW-0294P | DD-101241-10364 |
| 15 | 12/00/91 | DOE 1991 ACR/APR, DOE/RW-0331P | HQ00002358-418<br>CTR-003-0456 |
| 16 | 12/20/91 | Memo, Milner (DOE) re approval of 1991 ACR | EDB0011764-65 |
| 17 | 3/4/92 | Letter, Detmer (DOE) to Marks (TVA) | TVA001560-69 |
| 18 | 05/00/93 | 1992 Annual Capacity Report, Rev. 1 | HQ0002314-2352 |
| 19 | 03/00/95 | DOE 1995 APR/ACR, DOE/RW-0457 | |
| 20 | 09/00/95 | Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program, DOE/RW-00479 | PA-176202-66 |
| 21 | 03/00/96 | Disposal and Storage of Spent Nuclear Fuel — Finding the Right Balance, A Report to Congress and the Secretary of Energy, Nuclear Waste Technical Review Board, March 1996. | |
| 22 | 7/29/98 | Memo, Bailey (TVA) to Scalice (TVA) transmitting SNF Evaluation Study | |
| 23 | 09/00/98 | Acquisition of Waste Acceptance and Transportation Services for the Office of Civilian Radioactive Waste Management, Draft RFP | PA-200636-858 |
| 24 | 12/00/98 | Nuclear Waste Fund Fee Adequacy: An Assessment, DOE/RW-0509 | PA-195781-821 |

***TVA v. UNITED STATES*, No. 01-249-C**
**TVA'S Exhibit List With Supplemental Exhibits**

| | | | |
|---|---|---|---|
| 25 | 12/00/98 | Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program, DOE/RW-0510 | HQR-036-0006 - 86 |
| **26** | | Viability Assessment of a Repository at Yucca Mountain, DOE/RW-0508/V5 | **Renumbered No. 95** |
| 27 | 12/00/99 | Report to Update Total System Life Cycle Cost Estimate for Site Recommendation/License Application | |
| 28 | 4/19/00 | TVA Board of Director Minutes | |
| 29 | 05/00/01 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program, DOE/RW-0533 | |
| 30 | 8/22/01 | TVA Board of Director Minutes | |
| 31 | 02/00/02 | Calculation Method for the Projection of Future Spent Nuclear Fuel Discharges | |
| 32 | 02/00/02 | Excerpts from Final Environmental Impact Statement for a Geologic Repository for the Disposal of Spent Nuclear Fuel and High-Level Radioactive Waste at Yucca Mountain, Nye County, Nevada, DOE/EIS-0250 | |
| 33 | 11/12/02 | Fedwire Package * | |
| 34 | 07/00/03 | Report of Costs Incurred by TVA Through September 30, 2002, as a Result of DOE's Failure to Begin Accepting SNF by January 31, 1998, Pursuant to Contract DE-CR01-83NE44420 * | |
| 35 | 06/00/04 | Report of FY 2003 Costs Incurred by TVA as a Result of DOE's Breach of Contract DE-CR01-83NE44420 * | |
| 36 | 07/00/04 | DOE 2004 ACR/APR, DOE/RW-0567 | |
| 37 | 7/28/04 | Letter, Zabransky (DOE) to Carden (TVA) * | |
| 38 | 8/1/04 | TVA Accounting Practice—Accrued Liabilities—CFO-SPP-13.3 * | |
| 39 | 8/1/04 | TVA Accounting Practice—General Ledger Operations and Maintenance—CFO-SPP-13.1 * | |
| 40 | 9/00/04 | Civilian Radioactive Waste Management System Requirements Document, Revision 06, DOE/RW-0406 | HQR322 0001-42 |
| 41 | 10/1/04 | DOE Energy Information Administration SNF Data as of 12/31/02 | |
| 42 | 10/1/04 | TVA Accounting Practice—Account Creation and Maintenance—CFO-SPP-13.10 * | |
| 43 | 11/00/04 | Report of FY2004 Costs Incurred by TVA as a Result of DOE's Breach of Contract DE-CR01-83NE44420 * | |
| 44 | 11/1/04 | TVA Accounting Practice—Internal Billing—CFO-SSP-13.5 * | |
| 45 | 11/3/04 | Letter, Zabransky (DOE) to Carden (TVA) | |
| 46 | 12/1/04 | TVA Accounting Practice—Accounting for Materials and Supplies Inventories—CFO-SPP-13.8 * | |
| 47 | 12/1/04 | TVA Accounting Practice—Accounts Payable—CFO-SPP-13.9 * | |

***TVA v. UNITED STATES*, No. 01-249-C**
**TVA'S Exhibit List With Supplemental Exhibits**

| | | | |
|---|---|---|---|
| 48 | 1/18/05 | Letter, Crawford (DOE) to Shea (TVA) * | |
| 49 | 2/28/05 | TVA Accounting Practice—External Billing—CFO-SPP-13.7, Rev. 1 * | |
| 50 | 3/10/05 | Accounting Memo No. 2005-07 - Accounting for AFUDC | |
| 51 | 3/11/05 | Defendant's Revised Response to Interrogatories Nine and Seventeen From Plaintiff's Second Set of Interrogatories | |
| 52 | 3/12/05 | Letter, Crawford (DOE) to Shea (TVA) * | EXT003-001 - 70 |
| 53 | 3/29/05 | Expert Report of Raymond S. Hartman * | EXT003-0142-71 |
| 54 | 3/29/05 | Expert Report of Warren K. Brewer * | |
| 55 | 4/00/05 | Chart of TVA Payments (Response to 3/12/05 DOJ Request) | |
| 56 | 4/19/05 | Defendant's Response to Plaintiff's March 21, 2005 Interrogatories to Defendant | |
| 57 | 4/29/05 | Electronic Funds Transfer Summary * | |
| 58 | Various | TVA Delivery Commitment Schedules and DOE Responses | |
| 59 | | Sequoyah Nuclear Plant (SQNP) Design Change Notice No. 20959 — Railroad Bay and Egress Reinforcement | |
| 60 | | SQNP Design Change Notice No. 21018 — Electrical Modifications | |
| 61 | | SQNP Design Change Notice No. 20922 — Roadways, Fencing and Storage and Fabrication Pads | |
| 62 | | SQNP Design Change Notice No. 20960 (Dry Cask Facility Operation & Licensing) | |
| 63 | | SQNP Design Change Notice No. 21513 —Electrical Modifications for Dry Cask Building | |
| 64 | | Browns Ferry Nuclear Plant (BFNP) Design Change Notice No. 51386 — Security System Expansion | TVA05-14373-16438 |
| 65 | | BFNP Design Change Notice No. 51979 — Equipment Documentation & Program Revisions | |
| 66 | | BFNP Design Change Notice No. 51290 — Fabrication and Storage Pads | |
| 67 | | BFNP Design Change Notice No. 51291 — Transport Roadway Modifications | |
| 68 | UNDATED | IBS Ledger Run for Sequoyah Nuclear Plant ISFSI Project thru FY2004 | |
| 69 | UNDATED | IBS Ledger Run for Browns Ferry Nuclear Plant ISFSI Project thru FY2004 | |
| 70 | UNDATED | DOE Office of Public Affairs Spent Nuclear Fuel Transportation | |
| 71 | UNDATED | Summary of AFUDC Recoverable Amounts — Browns Ferry and Sequoyah Nuclear Plants | **WITHDRAWN** |
| 72 | UNDATED | Summary of TVA's Incurred Costs—Sequoyah Nuclear Plant | |
| 73 | UNDATED | Summary of TVA's Incurred Costs—Browns Ferry Nuclear Plant | |
| 74 | UNDATED | FY2004 BFNP TVA Labor Report * | |

***TVA v. UNITED STATES*, No. 01-249-C**
**TVA'S Exhibit List With Supplemental Exhibits**

| | | | |
|---|---|---|---|
| 75 | UNDATED | DOE SNF Discharge Projections Model Results for TVA, TVA Projected Discharges | |
| 76 | UNDATED | DOE SNF Acceptance Model Results, TVA Projected Discharges, DOE 900 Rate | |
| 77 | UNDATED | DOE SNF Acceptance Model Results, TVA Projected Discharges, DOE 2100 Rate | |
| 78 | UNDATED | DOE SNF Acceptance Model Results, TVA Projected Discharges, DOE 3000 Rate | |
| 79 | UNDATED | DOE SNF Acceptance Model Results, TVA Projected Discharges, TVA 3000 Rate | |
| 80 | UNDATED | DOE SNF Discharge Projections Model Results for TVA, DOE Projected Discharges | |
| 81 | UNDATED | DOE SNF Acceptance Model Results, DOE Projected Discharges, DOE 900 Rate | |
| 82 | UNDATED | DOE SNF Acceptance Model Results, DOE Projected Discharges, DOE 2100 Rate | |
| 83 | UNDATED | DOE SNF Acceptance Model Results, DOE Projected Discharges, DOE 3000 Rate | |
| 84 | UNDATED | DOE SNF Acceptance Model Results, DOE Projected Discharges, TVA 3000 Rate | |
| 85 | UNDATED | Summary of DOE Model Results, TVA Projected Discharges | |
| 86 | UNDATED | Summary of DOE Model Results, DOE Projected Discharges | |
| 87 | UNDATED | Chart Showing SQN & BFN SNF Storage Needs Based on DOE Model Results, TVA Projected Discharges, DOE 900, 2100 and 3000 Rates and TVA 3000 Rate | |
| 88 | UNDATED | Chart Showing SQN & BFN SNF Storage Needs Based on DOE Model Results, DOE Projected Discharges, DOE 900, 2100 and 3000 Rates and TVA 3000 Rate | |
| 89 | UNDATED | Chart Showing SQN & BFN SNF Storage Needs Based on DOE Model Results, TVA Projected Discharges, TVA 3000 Rate | |
| 90 | UNDATED | Chart Showing SQN & BFN SNF Storage Needs Based on DOE Model Results, DOE Projected Discharges, TVA 3000 Rate | |
| 91 | UNDATED | Holtec Invoice Payments Chart * | |
| 92 | UNDATED | Sample AFUDC Calculation | |
| 93 | UNDATED | TVA Heavy Equipment Division Lists | |
| **94** | 04/00/86 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program, DOE/RW-0047 | Moved from 12 above |
| **95** | | Viability Assessment of a Repository at Yucca Mountain, DOE/RW-0508/V5 | Moved from 26 above |

***TVA v. UNITED STATES*, No. 01-249-C**
**TVA'S Exhibit List With Supplemental Exhibits**

| | | | |
|---|---|---|---|
| | | **SUPPLEMENTAL EXHIBITS** | |
| | | | |
| **96** | 02/00/85 | Nuclear Waste Fund Fee Adequacy: An Assessment | EX-000121-136 |
| **97** | 03/00/86 | Nuclear Waste Fund Fee Adequacy: An Assessment | PNL023-0467-485 |
| **98** | 06/00/87 | Nuclear Waste Fund Fee Adequacy: An Assessment | PNL047-1879-1898 |
| **99** | 12/01/04 | Letter, Zabransky (DOE) to Carden (TVA) re suspension of DCS process* | |
| | | | |
| | | | |
| | | **Note: Exhibits designated with an asterisk are those documents which TVA may offer if the need arises; other documents are those which TVA currently plans to offer into evidence** | |
| | | | |
| | | **TVA reserves the right to use as an exhibit any document listed on Defendant's exhibit list and to use as a rebuttal exhibit any document the need for which could not reasonably have been anticipated prior to Defendant's direct case or cross-examination of TVA witnesses.** | |
| | | | |
| | | | |

***TVA v. UNITED STATES*, No. 01-249-C**
**TVA'S Exhibit List With Supplemental Exhibits**

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| **Joint Ex. No.** | **Date** | **Description** | **Bates No.** |
| | | | |
| 1 | 6/28/83 | Contract No. DE-CR01-83NE44420 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 003735276 | | | |