IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TENNESSEE VALLEY AUTHORITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-249C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S EXHIBIT LIST, INCLUDING SUPPLEMENTS

Pursuant to the Court's order filed February 4, 2005, defendant submits the attached exhibit list that includes supplementation of the list that defendant filed on April 29, 2005.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

/s Sonia M. Orfield
SONIA M. ORFIELD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0534
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

ALAN LO RE
Senior Trial Attorney

KEVIN B. CRAWFORD
SHARON A. SNYDER
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

June 10, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that, on June 10, 2005, a copy of the foregoing "Defendant's Exhibit List, Including Supplements," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sonia M. Orfield