IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TENNESSEE VALLEY AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | No. 01-249 C<br>(Judge Lettow) |

DEFENDANT'S FINAL WITNESS LIST

Pursuant to the Court's amended scheduling order and paragraph 15 of Appendix A of the Rules of the Court of Federal Claims, defendant, the United States, respectfully sets forth a list of witnesses that defendant expects to call at trial and witnesses that defendant may call if the need arises. Defendant reserves the right to modify the list as permitted by the Court as trial preparation continues. In addition, defendant reserves the right to call any witness appearing upon plaintiff's witness list. Finally, the following list does not include witnesses that defendant may call for impeachment.

**Witnesses That Defendant Expects to Present:**

**Government Employees**

1. Thomas Pollog

Mr. Pollog is expected to testify regarding the performance of the Standard Contract between TVA and DOE regarding the acceptance and disposal of spent nuclear fuel ("Standard Contract"); the DOE Spent Fuel Discharge Projections Model and the SNF acceptance allocations and schedule produced by that model; and other related matters.

Estimated Time For Direct: 1-2 hours

2. David Zabransky

Mr. Zabransky is expected to testify regarding the performance of the Standard Contract, fuel acceptance issues, and Yucca Mountain design and capabilities; his knowledge of issues concerning the Standard Contract discussed by the utility industry and DOE based upon his experience in the nuclear utility industry prior to his employment with DOE; and other related matters.

Estimated Time For Direct: 1-3 hours

3. Christopher Kouts

Mr. Kouts is expected to testify regarding DOE's plans to accept spent nuclear waste in a repository and a Monitored Retrievable Storage facility; plans for the anticipated Yucca Mountain design and capabilities; the reasons for delays in the Yucca Mountain project and the Department's ability to accept utility spent nuclear fuel; budgetary issues; and other related matters.

Estimated Time For Direct: 1-2 hours

**TVA Personnel (Present and Former)**

1. Thomas Hayslett

Mr. Hayslett is expected to testify regarding Tennessee Valley Authority’s ("TVA's") management of its spent fuel storage; the development of TVA’s damages claim in this matter; the allocation rates for TVA, and the manner in which considerations relating to TVA's management affected the development of the claim.

Estimated Time For Direct: 1 hour

2. Don Hutson

Mr. Hutson is expected to testify regarding TVA’s management of its spent fuel storage, delivery commitment schedules, and allocation rates for TVA.

Estimated Time For Direct: 1-2 hours

3. George M. Holton

Mr. Holton is expected to testify regarding TVA’s management of its spent fuel storage

and the allocation rates for TVA.

Estimated Time For Direct: 30 minutes

4. Ken Spates

Mr. Spates is expected to testify regarding TVA's management of its spent fuel storage.

Estimated Time For Direct: 1-2 hours

5. Paul Walker

Mr. Walker is expected to testify regarding the costs claimed as damages by TVA in this matter relating to its dry cask fuel storage project at the Sequoyah Nuclear Plant ("SQNP").

Estimated Time For Direct: 2 hours

6. Charles Davis

Mr. Davis is expected to testify regarding the costs claimed as damages by TVA in this matter relating to its dry cask fuel storage project at SQNP.

Estimated Time For Direct: 2 hours

7. George Laurie

Mr. Laurie is expected to testify regarding the costs claimed as damages by TVA in this matter relating to its dry cask fuel storage project at SQNP.

Estimated Time For Direct: 30 minutes

8. Alan Chapman

Mr. Chapman is expected to testify regarding the costs claimed as damages by TVA in this matter relating to its dry cask fuel storage project at the Browns Ferry Nuclear Plant ("BFNP").

Estimated Time For Direct: 2 hours

9. Donald Green

Mr. Green is expected to testify regarding TVA's management of its spent fuel storage.

Estimated Time For Direct: 1 hour

10. Jack Bailey

Mr. Bailey is expected to testify regarding TVA's management of its spent fuel storage.

Estimated Time For Direct: 1 hour

11. Jack Symonds

Mr. Symonds is expected to testify regarding the costs claimed as damages by TVA in this matter relating to its dry cask fuel storage project at BFNP.

Estimated Time For Direct: 1 hour

**Expert Witnesses**

1. Warren Brewer

Mr. Brewer is expected to testify regarding the costs included in TVA’s damages claim, including costs that TVA would have incurred regardless of any breach of the Standard Contract, and technical issues and matters relevant to TVA's damages and costs.

Estimated Time For Direct: 3 hours

2. Ray Hartman

Mr. Hartman is expected to testify regarding the economic considerations surrounding TVA’s damages claim in this matter and the results of his evaluation of that claim.

Estimated Time For Direct: 5 hours

3. Stephen Kiraly

Mr. Kiraly is expected to testify regarding TVA’s damages claim and the audit that Navigant performed of the damages claim.

Estimated Time For Direct: 3 hours

**Witnesses That Defendant May Call If The Need Arises:**

**Government Employees (Present and Former)**

1. Michael Lawrence

Mr. Lawrence, former Director of the Nuclear Waste Policy Act Office, may testify about the formation and implementation of the Nuclear Waste Policy Act ("NWPA"), the 1987 amendments to the NWPA, the Standard Contract, and fuel acceptance issues. He may also provide testimony necessary to authenticate certain documents.

Estimated Time For Direct: 1 hour

2. Robert L. Morgan

Mr. Morgan, former Director of the Nuclear Waste Policy Act Project Office, may testify regarding the formation and implementation of the NWPA, the Standard Contract, and fuel acceptance issues. He may also provide testimony necessary to authenticate certain documents.

Estimated Time For Direct: 1 hour

3. Bernard Rusche

Mr. Rusche, former Director of the Office of Civilian Radioactive Waste Management, may testify regarding the implementation of the NWPA and the 1987 amendments to the NWPA. He may also provide testimony necessary to authenticate certain documents.

Estimated Time For Direct: 1 hour

4. Nancy Slater-Thompson

Ms. Slater-Thompson, Office of Radioactive Waste Management, may provide testimony necessary to authenticate certain documents.

Estimated Time For Direct: 1 hour

5. Beth Tomasoni

Ms. Tomasoni, former Contracting Officer for the "Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste," may provide testimony necessary to authenticate certain documents.

Estimated Time For Direct: 1 hour

**TVA Personnel**

1. Tom Beu

Mr. Beu is only necessary to provide testimony to authenticate certain documents.

Estimated Time For Direct: 30 minutes

2. Phil Brown

Mr. Brown may testify regarding TVA's management of its spent fuel storage.

Estimated Time For Direct: 1-2 hours

3. Robert Marks

Mr. Marks is only necessary to provide testimony to authenticate certain documents.

Estimated Time For Direct: 30 minutes

4. J.R. Walker

Mr. Walker is only necessary to provide testimony to authenticate certain documents.

Estimated Time For Direct: 30 minutes

5. Steve Harrell

Mr. Harrell is only necessary to provide testimony to authenticate certain documents.

Estimated Time For Direct: 30 minutes

6. Peter C. Askins

Mr. Askins is only necessary to provide testimony to authenticate certain documents.

Estimated Time For Direct: 30 minutes

7. O.J. Zerinque

Mr. Zerinque is only necessary to provide testimony to authenticate certain documents.

Estimated Time For Direct: 30 minutes

8. Robert J. Mullin

Mr. Mullin is only necessary to provide testimony to authenticate certain documents.

Estimated Time For Direct: 30 minutes

9. Eric Kvaven

Mr. Kvaven is only necessary to provide testimony to authenticate certain documents.

Estimated Time For Direct: 30 minutes

10. James R. Ratliff

Mr. Ratliff is only necessary to provide testimony to authenticate certain documents.

Estimated Time For Direct: 30 minutes

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

SHARON A. SNYDER
KEVIN B. CRAWFORD
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Sonia M. Orfield
SONIA M. ORFIELD
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 307-2503

June 10, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that, on June 10, 2005, a copy of the foregoing “Defendant's Witness List” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sonia M. Orfield