Documents

06/10/2005 9:28 PM

Filter: Rel to TVA (Documents) = Yes and Plaintiff's Exh # <> "" (93 of 6731)

| | Plaintiff'... | Full Name | Doc Date | Will use/... | Government Objections |
|---|---|---|---|---|---|
| | 0001 | Letter, Kvaven (TVA) to Morgan (DOE) enclosing TVA comments on proposed contract | 03/07/1983 | Will Use | No objections |
| | 0002 | Letter, Kearney (Edison Electric Institute) to Morgan (DOE) | 03/07/1983 | Will Use | Hearsay |
| | 0003 | Letter, Kvaven (TVA) to Keefe (DOE) enclosing contract copies | 06/24/1983 | Will Use | No objections |
| | 0004 | Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste | 07/1983 | Will Use | Relevance |
| | 0005 | TVA Board of Directors Resolution | 07/19/1983 | Will Use | No objections |
| | 0006 | Memorandum, Williamson (DOE) to those listed (DOE) re: Mission Plan Strategy | 09/15/1983 | Will Use | No objections |
| | 0007 | Draft Civilian Radioactive Waste Management Program Mission Plan | 12/20/1983 | Will Use | No objections |
| | 0008 | Proceedings of the 1983 Civilian Radioactive Waste Management Information Meeting | 02/1984 | Will Use | No objections |
| | 0009 | Nuclear Waste Fund Fee Adequacy: An Assessment | 07/1984 | Will Use | Relevance |
| | 0010 | Letter, Lawrence (DOE) to Rusche (DOE) | 07/23/1984 | Will Use | Hearsay |
| | 0011 | Mission Plan for the Civilian Radioactive Waste Management Program | 06/1985 | Will Use | No objections |
| | 0013 | OCRWM Mission Plan Amendment | 06/1987 | Will Use | No objections |
| | 0014 | DOE 1990 ACR/APR, DOE/RW-0294P | 12/1990 | Will Use | No objections |
| | 0015 | DOE 1991 ACR/APR, DOE/RW-0331P | 12/1991 | Will Use | No objections |
| | 0016 | Memo, Milner (DOE) re: approval of 1991 ACR | 12/20/1991 | Will Use | No objections |

Documents 06/10/2005 9:28 PM

Filter: Rel to TVA (Documents) = Yes and Plaintiff's Exh # <> "" (93 of 6731)

| | Plaintiff'... | Full Name | Doc Date | Will use/... | Government Objections |
|---|---|---|---|---|---|
| | 0017 | Letter, Detmer (DOE) to Marks (TVA) | 03/04/1992 | Will Use | No objections |
| | 0018 | 1992 Annual Capacity Report, Rev. 1 | 05/1993 | Will Use | No objections |
| | 0019 | DOE 1995 APR/ACR, DOE/RW-0457 | 03/1995 | Will Use | No objections |
| | 0020 | Analysis of the Total Life Cycle Cost of the Civilian Radioactive Waste Management Program, DOE/RW-00479 | 09/1995 | Will Use | No objections |
| | 0021 | Disposal and Storage of Spent Nuclear Fuel -- Finding the Right Balance, A Report to Congress and the Secretary of Energy, Nuclear Waste Technical Review Board, March 1996 | 03/1996 | Will Use | Hearsay, Foundation |
| | 0022 | Memo, Bailey (TVA) to Scalice (TVA) transmitting SNF Evaluation Study | 07/29/1998 | Will Use | No objections |
| | 0023 | Acquisition of Waste Acceptance and Transportation Services for the Office of Civilian Radioactive Waste Management, Draft RFP | 09/1998 | Will Use | Hearsay, Relevance |
| | 0024 | Nuclear Waste Fund Fee Adequacy: An Assessment, DOE/RW-0509 | 12/1998 | Will Use | Relevance |
| | 0025 | Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program, DOE/RW-0510 | 12/1998 | Will Use | Relevance |
| | 0027 | Report to Update Total System Life Cycle Cost Estimate for Site Recommendation / License Application | 12/1999 | Will Use | Relevance |
| | 0028 | TVA Board of Director Minutes | 04/19/2000 | Will Use | Incomplete |
| | 0029 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive | 05/2001 | Will Use | Relevance |

Documents 06/10/2005 9:28 PM

Filter: Rel to TVA (Documents) = Yes and Plaintiff's Exh # <> "" (93 of 6731)

| | Plaintiff'... | Full Name | Doc Date | Will use/... | Government Objections |
|---|---|---|---|---|---|
| | ** | Waste Management Program, DOE/RW-0533 | ** | ** | ** |
| | 0030 | TVA Board of Director Minutes | 08/22/2001 | Will Use | Incomplete |
| | 0031 | Calculation Method for the Projection of Future Spent Nuclear Fuel Discharges | 02/2002 | Will Use | Hearsay |
| | 0032 | Excerpts from Final Environmental Impact Statement for a Geologic Repository for a Geologic Repository for the Disposal of Spent Nuclear Fuel and High-Level Radioactive Waste at Yucca Mountain, Nye County, Nevada, DOE/EIS-0250 | 02/2002 | Will Use | No objections |
| | 0033 | Fedwire Package | 11/12/2002 | May Use | Hearsay, Foundation |
| | 0034 | Report of Costs Incurred by TVA Through September 30, 2002, as a Result of DOE's Failure to Begin Accepting SNF by January 31, 1998, Pursuant to Contract DE-CR01-83NE44420 | 07/2003 | May Use | Hearsay, Foundation |
| | 0035 | Report of FY 2003 Costs Incurred by TVA as a Result of DOE's Breach of Contract DE-CR01-83NE44420 | 06/2004 | May Use | Hearsay, Foundation, Incomplete |
| | 0036 | DOE 2004 ACR/APR, DOE/RW-0567 | 07/2004 | Will Use | Relevance |
| | 0037 | Letter, Zabransky (DOE) to Carden (TVA) | 07/28/2004 | May Use | Relevance |
| | 0038 | TVA Accounting Practice -- Accrued Liabilities -- CFO-SPP-13.3 | 08/01/2004 | May Use | No objections |
| | 0039 | TVA Accounting Practice -- General Ledger Operations and Maintenance -- CFO-SPP-13.1 | 08/01/2004 | May Use | No objections |
| | 0040 | Civilian Radioactive Waste Management System Requirements Document, Revision 06, | 09/2004 | Will Use | No objections |

Documents 06/10/2005 9:28 PM

Filter: Rel to TVA (Documents) = Yes and Plaintiff's Exh # <> "" (93 of 6731)

| | Plaintiff'... | Full Name | Doc Date | Will use/... | Government Objections |
|---|---|---|---|---|---|
| | ** | DOE/RW-0406 | ** | ** | ** |
| | 0041 | DOE Energy Information Administration SNF Data as of 12/31/02 | 10/01/2004 | Will Use | No objections |
| | 0042 | TVA Accounting Practice -- Account Creation and Maintenance -- CFO-SPP-13.10 | 10/01/2004 | May Use | No objections |
| | 0043 | Report of FY2004 Costs Incurred by TVA as a Result of DOE's Breach of Contract DE-CRO1-83NE44420 | 11/2004 | May Use | Hearsay, Foundation |
| | 0044 | TVA Accounting Practice -- Internal Billing -- CFO-SPP-13.5 | 11/01/2004 | May Use | No objections |
| | 0045 | Letter, Zabransky (DOE) to Carden (TVA) | 11/03/2004 | Will Use | No objections |
| | 0046 | TVA Accounting Practice -- Accounting for Materials and Supplies Inventories -- CFO-SPP-13.8 | 12/01/2004 | May Use | No objections |
| | 0047 | TVA Accounting Practice -- Accounts Payable -- CFO-SPP-13.9 | 12/01/2004 | May Use | No objections |
| | 0048 | Letter, Crawford (DOE) to Shea (TVA) | 01/18/2005 | May Use | Hearsay, Relevance |
| | 0049 | TVA Accounting Practice -- External Billing -- CFO-SPP-13.7, Rev. 1 | 02/28/2005 | May Use | No objections |
| | 0050 | Accounting Memo No. 2005-07 -- Accounting for AFUDC | 03/10/2005 | Will Use | Hearsay |
| | 0051 | Defendant's Revised Response to Interrogatories Nine and Seventeen from Plaintiff's Second Set of Interrogatories | 03/11/2005 | Will Use | R. 408 as to PECO settlement portions |
| | 0052 | Letter, Crawford (DOE) to Shea (TVA) | 03/12/2005 | May Use | Hearsay, Relevance |
| | 0053 | Expert Report of Raymond S. Hartman | 03/29/2005 | May Use | No objections |
| | 0054 | Expert Report of Warren K. | 03/29/2005 | May Use | No objections |

Documents

06/10/2005 9:28 PM

Filter: Rel to TVA (Documents) = Yes and Plaintiff's Exh # <> "" (93 of 6731)

| | Plaintiff'... | Full Name | Doc Date | Will use/... | Government Objections |
|---|---|---|---|---|---|
| | ** | Brewer | ** | ** | ** |
| | 0055 | Chart of TVA Payments (Response to 03/12/05 DOJ Request) | 04/2005 | Will Use | Hearsay, Foundation |
| | 0056 | Defendant's Response to Plaintiff's March 21, 2005 Interrogatories to Defendant | 04/19/2005 | Will Use | No objections |
| | 0057 | Electronic Funds Transfer Summary | 04/29/2005 | May Use | Hearsay, Foundation |
| | 0058 | TVA Delivery Commitment Schedules and DOE Responses | Various | Will Use | No objections |
| | 0059 | Sequoyah Nuclear Plant (SQNP) Design Change Notice No. 20959 -- Railroad Bay and Egress Reinforcement | No Date | Will Use | Hearsay, Foundation |
| | 0060 | SQNP Design Change Notice No. 21018 -- Electrical Modifications | No Date | Will Use | Hearsay, Foundation |
| | 0061 | SQNP Design Change Notice No. 20922 -- Roadways, Fencing and Storage and Fabrication Pads | No Date | Will Use | Hearsay, Foundation |
| | 0062 | SQNP Design Change Notice No. 20960 (Dry Cask Facility Operation & Licensing) | No Date | Will Use | Hearsay, Foundation |
| | 0063 | SQNP Design Change Notice No. 21513 -- Electrical Modifications for Dry Cask Building | No Date | Will Use | Hearsay, Foundation |
| | 0064 | Browns Ferry Nuclear Plant (BFNP) Design Change Notice No. 51386 -- Security System Expansion | No Date | Will Use | Hearsay, Foundation |
| | 0065 | BFNP Design Change Notice No. 51979 -- Equipment Documentation & Program Revisions | No Date | Will Use | Hearsay, Foundation |
| | 0066 | BFNP Design Change Notice No. 51290 -- | No Date | Will Use | Hearsay, Foundation |

Documents 06/10/2005 9:28 PM

Filter: Rel to TVA (Documents) = Yes and Plaintiff's Exh # <> "" (93 of 6731)

| | Plaintiff'... | Full Name | Doc Date | Will use/... | Government Objections |
|---|---|---|---|---|---|
| | ** | Fabrication and Storage Pads | ** | ** | ** |
| | 0067 | BFNP Design Change Notice No. 51291 -- Transport Roadway Modifications | No Date | Will Use | Hearsay, Foundation |
| | 0068 | IBS Ledger Run for Sequoyah Nuclear Plant ISFSI Project thru FY2004 | Undated | Will Use | Hearsay, Foundation |
| | 0069 | IBS Ledger Run for Browns Ferry Nuclear Plant ISFSI Project thru FY2004 | Undated | Will Use | Hearsay, Foundation |
| | 0070 | DOE Office of Public Affairs Spent Nuclear Fuel Transportation | Undated | Will Use | No objections |
| | 0072 | Summary of TVA's Incurred Costs -- Sequoyah Nuclear Plant | Undated | Will Use | Hearsay, Foundation |
| | 0073 | Summary of TVA's Incurred Costs -- Browns Ferry Nuclear Plant | Undated | Will Use | Hearsay, Foundation |
| | 0074 | FY2004 BFNP TVA Labor Report | Undated | May Use | Hearsay, Foundation |
| | 0075 | DOE SNF Discharge Projections Model Results for TVA, TVA Projected Discharges | Undated | Will Use | No objections |
| | 0076 | DOE SNFAcceptance Model Results, TVA Projected Discharges, DOE 900 Rate | Undated | Will Use | No objections |
| | 0077 | DOE SNF Acceptance Model Results, TVA Projected Discharges, DOE 2100 Rate | Undated | Will Use | No objections |
| | 0078 | DOE SNF Acceptance Model Results, TVA Projected Discharges, DOE 3000 Rate | Undated | Will Use | No objections |
| | 0079 | DOE SNF Acceptance Model Results, TVA Projected Discharges, TVA 3000 Rate | Undated | Will Use | Hearsay, Foundation |

Documents 06/10/2005 9:28 PM

Filter: Rel to TVA (Documents) = Yes and Plaintiff's Exh # <> "" (93 of 6731)

| | Plaintiff'... | Full Name | Doc Date | Will use/... | Government Objections |
|---|---|---|---|---|---|
| | 0080 | DOE SNF Discharge Projections Model Results for TVA, DOE Projected Discharges | Undated | Will Use | No objections |
| | 0081 | DOE SNF Acceptance Model Results, DOE Projected Discharges, DOE 900 Rate | Undated | Will Use | No objections |
| | 0082 | DOE SNF Acceptance Model Results, DOE Projected Discharges, DOE 2100 Rate | Undated | Will Use | No objections |
| | 0083 | DOE SNF Acceptance Model Results, DOE Projected Discharges, DOE 3000 Rate | Undated | Will Use | No objections |
| | 0084 | DOE SNF Acceptance Model Results, DOE Projected Discharges, TVA 3000 Rate | Undated | Will Use | Hearsay, Foundation |
| | 0085 | Summary of DOE Model Results, TVA Projected Discharges | Undated | Will Use | Hearsay, Foundation |
| | 0086 | Summary of DOE Model Results, DOE Projected Results | Undated | Will Use | Hearsay, Foundation |
| | 0087 | Chart Showing SQN & BFN SNF Storage Needs Based on DOE Model Results, TVA Projected Discharges, DOE 900, 2100, and 3000 Rates and TVA 3000 Rate | Undated | Will Use | Hearsay, Foundation |
| | 0088 | Chart Showing SQN & BFN SNF Storage Needs Based on DOE Model Results, DOE Projected Discharges, DOE 900, 2100 and 3000 Rates and TVA 3000 Rate | Undated | Will Use | Hearsay, Foundation |
| | 0089 | Chart Showing SQN & BFN SNF Storage Needs Based on DOE Model Results, TVA Projected Discharges, TVA 3000 Rate | Undated | Will Use | Hearsay, Foundation |

Documents

06/10/2005 9:28 PM

Filter: Rel to TVA (Documents) = Yes and Plaintiff's Exh # <> "" (93 of 6731)

| | Plaintiff'... | Full Name | Doc Date | Will use/... | Government Objections |
|---|---|---|---|---|---|
| | 0090 | Chart Showing SQN & BFN SNF Storage Needs Based on DOE Model Results, TVA Projected Discharges, TVA 3000 Rate | Undated | Will Use | Hearsay, Foundation |
| | 0091 | Holtec Invoice Payments Chart | Undated | May Use | Hearsay, Foundation |
| | 0092 | Sample AFUDC Calculation | Undated | Will Use | Hearsay, Foundation |
| | 0093 | TVA Heavy Equipment Division Lists | Undated | Will Use | Hearsay, Foundation |
| | 0094 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program, DOE/RW-0047 | 04/1986 | Will Use | No objections |
| | 0095 | Viability Assessment of a Repository at Yucca Mountain, DOE/RW-0508/V5 | 12/1998 | Will Use | Relevance |
| | 0098 | Nuclear Waste Fund Fee Adequacy: An Assessment | 06/1987 | Will Use | Hearsay, Relevance |