IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TENNESSEE VALLEY AUTHORITY,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | No. 01-249 C<br>(Judge Lettow) |

JOINT STIPULATIONS

Pursuant to paragraph 17 of Appendix A of the Rules of the Court of Federal Claims, the parties respectfully submit the following joint stipulations.

1. TVA Browns Ferry Nuclear Plant (ABFNP@) Unit 1, Unit 2 and Unit 3 are Boiling Water Reactors (ABWRs@).

2. TVA Sequoyah Nuclear Plant (ASQNP@) Units 1 and 2 are Pressurized Water Reactors (APWRs@).

3. TVA Watts Bar Nuclear Plant (AWB@) Unit 1 is a PWR.

4. BFNP Unit 1 is scheduled to restart in 2007.

5. BFNP Units 2 and 3, SQNP Unit 1 and 2, and WB Unit 1 are all operating nuclear power units.

6. BFNP Unit 1 will have 764 assemblies in its core.

7. BFNP Unit 2 has 764 assemblies in its core.

8. BFNP Unit 3 has 764 assemblies in its core.

9. SQNP Unit 1 has 193 assemblies in its core.

10. SQNP Unit 2 has 193 assemblies in its core.

11. WB Unit 1 has 193 assemblies in its core.

12. The construction of Bellafonte Units 1 and 2 is not complete, and the facility is not licensed for operation.

13. The current license for BFNP Unit 1 expires in 2013. However, TVA has submitted an application to the Nuclear Regulatory Commission (ANRC@) for a license renewal. If the application is granted, the license for BFNP Unit 1 will be extended 20 years to 2033.

14. The current license for BFNP Unit 2 expires in 2014. However, TVA has submitted an application to the Nuclear Regulatory Commission (ANRC@) for a license renewal. If the application is granted, the license for BFNP Unit 2 will be extended 20 years to 2034.

15. The current license for BFNP Unit 3 expires in 2016. However, TVA has submitted an application to the Nuclear Regulatory Commission (ANRC@) for a license renewal. If the application is granted, the license for BFNP Unit 3 will be extended 20 years to 2036.

16. The current license for SQNP Unit 1 expires in 2020. However, TVA intends to submit an application to the Nuclear Regulatory Commission (ANRC@) for license renewal. If the application is granted, the license for SQNP Unit 1 will be extended 20 years to 2040.

17. The current license for SQNP Unit 2 expires in 2021. However, TVA intends to submit an application to the Nuclear Regulatory Commission (ANRC@) for a license renewal. If the application is granted, the license for SQNP Unit 2 will be extended 20 years to 2041.

18. The licensed pool capacity for BFNP Unit 1 is 3,471 fuel assemblies.

19. The licensed pool capacity for BFNP Unit 2 is 3,471 fuel assemblies.

20. The licensed pool capacity for BFNP Unit 3 is 3,471 fuel assemblies.

21. The licensed pool capacity for WBNP Unit 1 is 1,386 fuel assemblies.

22. The installed pool capacity for BFNP Units 1 and 2 is 6,942 fuel assemblies. BFNP Units 1 and 2 have 2 separate fuel pools with a canal that links the two.

23. The installed pool capacity for BFNP Unit 3 is 3,471 fuel assemblies. BFNP Unit 3 has a separate fuel pool.

24. The installed pool capacity for SQNP Units 1 and 2 is 2,091 fuel assemblies. SQNP Units 1 and 2 have a single, shared pool.

25. The equilibrium core loading for BFNP Units 1, 2 and 3, without the use of Highly Enriched Uranium/Blended Low Enriched Uranium (AHEU/BLEU@) fuel, is projected by TVA to be 328 spent fuel assemblies (ASFAs@) per unit per 24 months. The equilibrium core loading at BFNP Units 1, 2, and 3 will increase to between 360 to 368 SFAs with the use of HEU/BLEU fuel. The DOE model may project slightly different equilibrium core loading values depending upon the assumptions made in the model.

26. The equilibrium core loading for SQNP Units 1 and 2 are projected by TVA to be 80 to 81 SFAs per unit per 18 months, without tritium production. The equilibrium core loading at SQNP Units 1 and 2 is subject to potential increase when tritium production commences at SQNP at some date in the future. The DOE model may project slightly different equilibrium core loading values depending upon the assumptions made in the model.

27. The equilibrium core loading for WBNP Unit 1 are projected by TVA to be 76-77 SFAs per

18 months. The equilibrium core loading at WBNP Unit 1 is subject to potential impact due to tritium production. The DOE model may project slightly different equilibrium core loading values depending upon the assumptions made in the model.

28. The cumulative discharges, cumulative pickups at various rates and the TVA storage needs identified in PX 85 and PX 86 are accurate.

Respectfully submitted,

MAUREEN H. DUNN
General Counsel

EDWIN W. SMALL
Assistant General Counsel

s/Peter K. Shea.
PETER K. SHEA
Senior Attorney/Attorney of Record

Office of the General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1404
Tel: (865) 632-7319
Fax: (865) 632-6718

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester
HAROLD D. LESTER, JR.
Assistant Director

s/Sonia M. Orfield
SONIA M. ORFIELD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0534
Fax: (202) 307-2503

June 18, 2005
Attorneys for Plaintiff

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

SHARON A. SNYDER
KEVIN B. CRAWFORD
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

June 18, 2005
Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that, on June 18, 2005, a copy of the foregoing AJoint Stipulations@ was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Peter K. Shea