# In the United States Court of Federal Claims

**Filed: 6/27/05**

**No. 01-249C**

**TENNESSEE VALLEY AUTHORITY**

**V.**

**THE UNITED STATES**

**Transcript of Proceedings (5 Volumes) Taken at Chattanooga, TN**
**Before Judge Honorable Charles F. Lettow**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.