IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TENNESSEE VALLEY AUTHORITY<br>Plaintiff<br><br>v.<br><br>UNITED STATES<br>Defendant | No. 01-249-C |

**NOTICE OF WITHDRAWAL OF ORAL MOTION TO SEAL DOCUMENTS**

Plaintiff Tennessee Valley Authority (TVA) hereby gives notice that TVA has withdrawn the oral motion made at the conclusion of trial seeking to have filed under seal some documents used as exhibits, including certain of Plaintiff's financial exhibits

(e.g., PX-68 and PX-69) and Joint Exhibit Nos. 2 and 3. TVA previously has notified the Court and Defendant of the withdrawal of the motion.

Respectfully submitted,

August 9, 2005

Maureen H. Dunn
General Counsel

Office of the General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Facsimile 865-632-6718

Edwin W. Small
Assistant General Counsel

s/Peter K. Shea

Peter K. Shea
Attorney of Record/Attorney
Telephone 865-632-7319

Attorneys for Tennessee Valley Authority