# In the United States Court of Federal Claims

**01-249C**

**Filed: August 23, 2005**

**TENNESSEE VALLEY AUTHORITY**

**v.**

**THE UNITED STATES**

**CUMULATIVE INDEX**
**(TRANSCRIPT UNDER SEAL)**
**June 21, 2005 through July 15, 2005**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.