IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TENNESSEE VALLEY AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 01-249 C<br>(Judge Lettow) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR THE SUBMISSION OF THE PARTIES' POST-TRIAL BRIEFS

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of five calendar days for the parties to file their post-trial briefs. The parties' initial post-trial briefs are currently due on September 16, 2005. The extension would bring the date for submission of the initial post-trial briefs to September 21, 2005. The parties' responsive briefs are currently due on October 14, 2005. The enlargement would bring the date for submission of the responsive briefs to October 19, 2005. This is defendant's first request for an enlargement of time for this purpose. Counsel for TVA has advised that it does not oppose the Government's motion.

In support of this motion, defendant states as follows. In the last week the Federal Circuit issued an important decision in another spent nuclear fuel case, Indiana Michigan Power Co. v. United States, No. 04-5122. The Government is still determining what the implications of this decision might be for its entire spent nuclear fuel docket. During this process, the Government's briefing in individual spent fuel cases will require an extra layer of review to assure that any developing concerns have been properly considered. The Government requires additional time in

order to conduct this higher level review based on the new decision.

For the foregoing reasons, defendant respectfully requests that the Court grant an enlargement of time of five calendar days for each of the parties' post-trial briefs.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Sonia M. Orfield
SONIA M. ORFIELD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0534
Fax: (202) 307-2503

OF COUNSEL

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

KEVIN B. CRAWFORD
SHARON A. SNYDER
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

September 15, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that, on this 15th day of September 2005, a copy of the foregoing "Defendant's Unopposed Motion for an Enlargement of Time for the Submission of The Parties' Post-trial Briefs" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sonia M. Orfield