IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 01-249C

(Filed: September 19, 2005)

| | |
|---|---|
| TENNESSEE VALLEY AUTHORITY, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, | ) |

ORDER

Pending before the Court is Defendant's Unopposed Motion for Enlargement of Time for the submission of the parties' post-trial briefs, filed by defendant on September 15, 2005. The parties' initial post-trial briefs were due on September 16, 2005. Defendant requests an extension of five days to September 21, 2005 for the parties to submit their opening post-trial briefs. Defendant's counsel explains that the government requires additional time in order to determine the implications of the Federal Circuit's recent decision in another spent nuclear fuel case, *Indiana Michigan Power Co. v. United States*, ___ F.3d ___, 2005 WL 2173563 (Fed. Cir. Sep. 9, 2005). Defendant's counsel notes that counsel for plaintiff does not object to this request. (Plaintiff submitted its post-trial brief on schedule, *i.e.*, on September 16, 2005.)

Good cause having been established, defendant's Motion for Enlargement of Time is GRANTED. Defendant shall submit its post-trial brief on or before September 21, 2005.

The time for submitting post-trial responsive briefs shall also be extended. The parties shall submit their responsive briefs (simultaneously) on or before October 19, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge