# In the United States Court of Federal Claims

**No. 01-249 C**

**TENNESSEE VALLEY AUTHORITY,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Published Opinion and Order, filed January 31, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $34,893,207.00. No costs.

Brian Bishop
Clerk of Court

**January 31, 2006** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.