United States Court of Federal Claims
717 MADISON PLACE. N.W.
WASHINGTON, DC 20005

February 3, 2006

Peter K. Shea, Esq.
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, TN 37902-1499

In re: Tennessee Valley Authority v. United States, No. 01-249 C

Dear Mr. Shea:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated January 31, 2006, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. DeFade
Chief Deputy Clerk Operations

Enclosures

cc: Sonia Marie Orfield, Esq.
Department of Justice