# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2006-5073 - TENNESSEE VALLEY V US

**Date of docketing**: 04/19/2006

**Appeal from**: United States Court of Federal Claims case no. 01-249

**Appellant**(s): United States

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated August 1, 2005. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Sonia M. Orfield
Peter K. Shea

# 2006-5073

## In the United States Court of Federal Claims
## Appeal Information Sheet

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 19 2006

JAN HORBALY
CLERK

**Judge Charles F. Lettow**

**Type of Case**: 536 - Spent Nuclear Fuel

TENNESSEE VALLEY AUTHORITY,
*Plaintiff,*

vs.

THE UNITED STATES,
***Defendant,***

---

**Cross or Related Appeal**: No.

**CFC Number**: 01-249 C.

**Appeal Filed By**: Defendant.

**Date of Judgment**: January 31, 2006.

**Date of Appeal**: April 3, 2006.

**Fee**: Not required.

RECEIVED
2006 APR 18 PM 4:11
US COURT OF APPEALS
FEDERAL CIRCUIT

**<u>See docket sheet for information of Plaintiff's Counsel and Defendant's Counsel</u>**