IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 01-249C

(Filed: April 19, 2007)

TENNESSEE VALLEY AUTHORITY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

This spent-nuclear-fuel case was concluded by a decision and resulting judgment entered on January 31, 2006. Now, however, on April 18, 2007, well over a year after final judgment was entered, the clerk's office has received a motion to intervene in the action by Mr. William Peterson, who asserts an interest in processing spent nuclear fuel. The clerk's office did not file the proffered submission because it did not comport with this court's rules, but rather forwarded the submission to chambers for disposition.

The court concurs that the submission should not be filed and directs the clerk to return the proffered submission to Mr. Peterson. In addition to a failure to comply with the court';s rules for serving and filing pleadings and other papers, *see*, *e.g.*, Rules 5, 5.1, 5.2, and 5.3 of the Rules of the Court of Federal Claims, Mr. Peterson has not shown good cause why this concluded action should be reopened to permit his intervention.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge