IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 01-249C

(Filed: August 7, 2007)

TENNESSEE VALLEY AUTHORITY,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

This spent-nuclear-fuel case was concluded by a decision and resulting judgment entered on January 31, 2006. Nonetheless, on July 24, 2007, the clerk's office has received a motion to intervene in the action by Mr. William Peterson, who asserts an interest in processing spent nuclear fuel. The clerk's office did not file the proffered submission because it did not comport with this court's rules, but rather forwarded the submission to chambers for disposition.

A prior, somewhat similar submission was proffered by Mr. Peterson on April 18, 2007, and was ordered to be returned unfiled. *See* Order of April 19, 2007. Again, the court concurs with the clerk's office that the current submission is improper under the court's rules. The court directs the clerk to return the proffered submission to Mr. Peterson, unfiled.

It is so ORDERED.

s/ Charles F. Lettow
Judge